# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) ) | CV 2013-519 |
| SAFETYNET YOUTHCARE, INC., | ) ) ) | |
| Defendant. | ) ) | |
| SAFETYNET YOUTHCARE, INC., | ) ) | |
| Third-Party Plaintiff, | ) | Civil Action No. |
| v. | ) ) | CV 2013-519 |
| ALABAMA DEPARTMENT OF HUMAN RESOURCE | ) ) ) | |
| Third-Party Defendant. | ) ) | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, **Defendant/Counter-Plaintiff**, SafetyNet Youthcare, Inc. ("SafetyNet"), hereby moves this Court for an order granting summary judgment in SafetyNet's favor and against Plaintiff Alabama Disabilities Advocacy Program ("ADAP").

There is no genuine dispute as to any material fact, and SafetyNet is entitled to judgment as a matter of law. In support of this Motion, SafetyNet relies upon its Memorandum Brief in Support of Summary Judgment and Evidentiary Submission filed contemporaneously herewith.

/s/ Martha Leach Thompson
Martha Leach Thompson
Stewart W. McCloud
Attorneys for Defendant,
SafetyNet Youthcare, Inc.

1

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2014, I have electronically filed the foregoing pleading with the Clerk of the Court which will send notification of the filing to:

Sharon E. Ficquette
Luther Strange
Felicia Brooks
Alabama Department of Human Resources
P O Box 304000
50 Ripley Street, Suite 2122
Montgomery, AL 36130-4000

David Slawkowski
Andrea Mixson
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487

/s/ *Martha Leach Thompson*
Of Counsel