EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO.: 13-0519-CG-B<br>) |
| SAFETYNET YOUTHCARE, INC., | )<br>) |
| Defendant, | ) |
| SAFETYNET YOUTHCARE, INC., | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, | )<br>)<br>) |
| Third-Party Defendant. | ) |

### AFFIDAVIT OF LYN WHEATLEY

Before me, the undersigned authority, personally appeared Lyn Wheatley, who is known to me and who, having been first duly sworn, deposes and states as follows:

1. My name is Lyn Wheatley. I am a resident of Montgomery, Alabama. I am over the age of 19 years, and am competent to testify as to the matters contained in this affidavit.

2. I am the Chief Executive Officer at SafetyNet Academy ("SafetyNet") and I have held this title since 2001.

3. SafetyNet Academy is a residential facility, licensed by the Alabama Department of Human Resources ("DHR"), and provides services and treatment for males ages 10-18.

4. SafetyNet has operated its Moderate Residential Program under a contract with DHR since 2007. SafetyNet submitted a response to the Alabama Department of Human Resources' ("DHR") Request for Proposal ("RFP"). SafetyNet was again awarded a contract for its Moderate Residential Service ("Moderate Program") and Intensive Residential Services ("Intensive Program") on November 10, 2009.

5. Pursuant to SafetyNet's contract with DHR, SafetyNet is required to comply with all DHR policies and procedures and non-compliance could result in DHR revoking SafetyNet's license.

6. In or about October 2012, a representative from the Alabama Disabilities Advocacy Program ("ADAP") sought access to monitor residents in SafetyNet's Moderate Program. In response to ADAP's request, SafetyNet contacted Sharon Ficquette at DHR Legal to determine whether DHR would permit ADAP to monitor residents in SafetyNet's Moderate Program. DHR legal advised us that ADAP did not have the right to monitor residents in the Moderate Program, and that SafetyNet should refer ADAP's representatives to DHR's Legal Department.

7. In January 2013, ADAP again requested access to monitor residents in the Moderate Program at SafetyNet's facility Minter, Alabama. Per DHR's instructions, SafetyNet informed ADAP that it would have to contact DHR's Legal Department before ADAP would be permitted to monitor residents in the Moderate Program.

8. DHR has continually instructed me and other SafetyNet employees, not to grant ADAP's request for access to monitor residents in the Moderate Program and to refer ADAP's representatives to DHR's Legal Department.

9. ~~SafetyNet has had absolutely no involvement and/or input in DHR's~~ decision to deny ADAP's request for access to monitor residents in SafetyNet's Moderate Program.

_[signature]_
Lyn Wheatley
SafetyNet, Chief Executive Officer

Sworn to and subscribed before me on this the 18th day of September, 2014.

_[signature]_
Notary Public, State at Large

My Commission Expires: 08/23/18