# EXHIBIT "D"

**ALABAMA DISABILITIES ADVOCACY PROGRAM**

Protection & Advocacy for Persons with Developmental Disabilities

Protection & Advocacy for Individuals with Mental Illness

Protection & Advocacy of Individual Rights

Protection & Advocacy for Assistive Technology

Protection & Advocacy for Individuals with Traumatic Brain Injury

Protection & Advocacy for Beneficiaries of Social Security

Protection & Advocacy for Voting Accessibility

THE UNIVERSITY OF ALABAMA
FOUNDED 1831

500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
(205)348-4928
(800)826-1675
FAX (205)348-3909
adap@adap.ua.edu
www.ADAP.net

VIA EMAIL & US MAIL
October 7, 2013

Mr. Lyn Wheatley
Chief Executive Officer
SafetyNet Academy
80 Mel Bailey Drive
Minter, Alabama 36761

RE: Alabama Disabilities Advocacy Program (ADAP) Access Authority to Monitor and Investigate Safety Net Programs

Dear Mr. Wheatley:

Since October 2012, ADAP has been attempting to work with SafetyNet Inc. to inform and educate you and your staff on its federal access authority to monitor and investigate all areas of SafetyNet facilities used by and accessible to individuals with disabilities. Specifically, ADAP has communicated with SafetyNet through numerous written correspondences and in person meetings explaining its right to access the Moderate Program of SafetyNet Academy located in Minter, Alabama. Each time ADAP has requested access to the Moderate Program, SafetyNet has refused ADAP access and has directed ADAP to State DHR Legal Counsel for justification for its denial.

At this time, SafetyNet has left ADAP with no meaningful option other than to take legal action to gain access to SafetyNet Academy's Moderate Program. A copy of ADAP's complaint is enclosed requesting a Declaratory Judgment and Injunctive Relief against SafetyNet for its refusal to grant ADAP access to the Moderate Program and to award ADAP costs and attorney's fees per 28 U.S.C. § 2202, 42 U.S.C. § 1988, and 45 C.F.R. §1386.25. ADAP intends to file this complaint with the U.S. District Court of the Southern District of Alabama within 14 days of the date of this letter.

We hope to hear from you soon so that this issue can be resolved quickly and avoid litigation. You may contact me at (205) 348-7679 or at amixson@adap.ua.edu.

Sincerely,

Andrea J. Mixson
Staff Attorney

Enc.

CC: Mr. Dave Slawkowski, Esq.