# EXHIBIT "E"



**State of Alabama**

**Department of Human Resources**

S. Gordon Persons Building
50 Ripley Street
P. O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.alabama.gov



ROBERT BENTLEY
*Governor*

Nancy T. Buckner
*Commissioner*

October 10, 2013

**VIA FASCIMILE & US MAIL**

Honorable Andrea Mixson
Alabama Disabilities Advocacy Program
University of Alabama
500 Martha Patham West
Tuscaloosa, Alabama 35487-0395

RE:  *Alabama Disabilities Advocacy Program (ADAP)*
     *Request for Access to SafetyNet Moderate Programs*

Dear Ms. Mixson:

The Alabama Department of Human Resources ("DHR") is in receipt of correspondence from you to Lynn Wheatley, Director of SafetyNet Youth Care, Inc. ("Safety Net") and the attached Complaint for Injunctive and Declarative Relief against SafetyNet. In the Complaint, you seek access to all the Moderate Programs of SafetyNet. Additionally, you indicate the intention to file the Complaint within fourteen (14) days of the letter dated October 7, 2013.

In an effort to resolve these issues DHR, as the licensing authority for SafetyNet is willing to implement a protocol for access to SafetyNet's moderate program. Neither DHR nor SafetyNet are admitting that any of the allegations in the Complaint are true. DHR and SafetyNet agree to access by ADAP to SafetyNet's moderate program based upon Eleventh Circuit standard for intensive programs set out in the case of *Alabama Disabilities Advocacy Program v. J.S. Tarwater Developmental Ctr.*, 97 F.3d 492 (11th Cir. 1996). Therefore, access to the SafetyNet Moderate Program is conditioned upon:

a) an incident or complaint made to ADAP as to the SafetyNet's moderate program; *or*
b) there is probable cause to believe an incident has occurred at SafetyNet's moderate program.

Please note that in accordance with ALA. CODE § 26-14-3 (1975), reports of child abuse and neglect must be made to DHR immediately. Therefore, it is the expectation that ADAP, as a mandatory reporter under the statute; report to DHR any allegations of abuse or neglect.

DHR does not concede that ADAP has a sufficient legal basis for the relief sought should the complaint be filed. Moderate facilities are not Intensive treatment programs and are not

considered a part of the Psychiatric Services for Individuals under the Age of 21 ("Psych. 21"). As such, DHR is willing to implement this protocol in good faith to resolve this matter as to SafetyNet.

The basic premise of the protocol is stated above. However, we will submit a formal draft for your review and suggestions if you agree with the proposed protocol for SafetyNet. Please advise me within seven {7} days if you agree. DHR is interested in resolving this matter expeditiously.

I look forward to hearing from you soon about the proposed protocol.

Sincerely,

Sharon E. Ficquette
General Counsel
Phone: (334) 242-9330
Fax: (334) 242-0689

Cc: Lyn Wheatley
     Honorable Martha Thompson