**EXHIBIT "F"**

## Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

CASE NUMBER: 13:0519-CG-B

ALABAMA DISABILITIES ADVOCACY PROGRAM,
　Plaintiff,
　vs.
SAFETYNET YOUTHCARE, INC.,
　Defendant.
------------------------------------
SAFETYNET YOUTHCARE, INC.,
　Third-Party Plaintiff,
　vs.
ALABAMA DEPARTMENT OF HUMAN RESOURCES,
　Third-Party-Defendant.

DEPOSITION TESTIMONY OF
DR. TIMOTHY E. STONE
AUGUST 11, 2014

## Page 2

STIPULATION

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Dr. Timothy E. Stone may be taken before Stephanie Nicholas, Commissioner, at the Alabama Department of Human Resources, 50 Ripley Street, Suite 2122, Montgomery, Alabama, on the 11th day of August, 2014.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is not waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of the trial,

## Page 3

or at the time said deposition is offered in evidence, or prior thereto.

IT IS FURTHER STIPULATED AND AGREED that the notice of filing of the deposition by the Commissioner is waived.

INDEX

| EXAMINATION BY: | PAGE NUMBER: |
|---|---|
| MS. BROOKS | 9, 183, 186 |
| MR. MCCLOUD | 181 |
| MS. MIXSON | 181, 186 |

## Page 4

| EXHIBITS: | PAGE NUMBER: |
|---|---|
| EXHIBIT 1 (Deposition Notice) | 11 |
| EXHIBIT 2 (Definition of Emotional Disturbance printout) | 37 |
| EXHIBIT 3 (Resume) | 53 |
| EXHIBIT 4 (Affidavit) | 57 |
| EXHIBIT 5 (Order) | 81 |
| EXHIBIT 6 (List of Mental Disorders) | 176 |

**101**

1  testified about a website.
2      A.   Yes.
3      Q.   Okay. And so my next question is
4  did you consider the contract that SafetyNet has
5  in -- with the Department of Human Resources in
6  formulating your opinion that you're going to
7  give today?
8      A.   I have considered it.
9      Q.   Okay. And what is -- and then we
10 got into questions about was it detailed enough
11 for you to formulate an opinion.
12     A.   As I recall, it affirmed my opinion.
13 It did not create or influence it in that it --
14 I -- the opinion I had was there, but it -- it
15 -- as I recall, it affirmed it.
16     Q.   Okay. What detail in the website
17 did you think was not available in a contract
18 that you reviewed?
19     A.   Well, the website -- oh. Ask that
20 question again.
21     Q.   I guess I'm trying to reconcile what
22 you said earlier. I asked you initially about
23 the contracts and did you rely upon them in any

**102**

1  way and what the difference is between the two.
2  And then --
3      A.   I haven't agreed that there were
4  differences between the two.
5      Q.   Okay. Assuming that there is no
6  difference between the two contracts -- no.
7  Strike that.
8         Assuming that there is a difference
9  between the contracts and they way they are
10 written, would that matter in your analysis?
11     A.   It depends on the broader criteria
12 that are used within the contract.
13     Q.   And what would be different about
14 that than what's on the website?
15     A.   There's not.
16     Q.   Okay. On the website, were you able
17 to identify the core services?
18     A.   Yes.
19     Q.   Okay.
20     A.   Well, what was reported to be the
21 core services.
22     Q.   Yes, sir. And what were the core
23 services that you recall to help formulate your

**103**

1  opinion today?
2      A.   I don't have it written right here
3  in front of me. I can give you a general
4  recollection of --
5      Q.   Yes, sir.
6      A.   I can tell you what the exclusions
7  were. On the website -- I can't go into core
8  services, but I can give you the criteria for
9  acceptance -- that had to be in place for
10 acceptance and what excluded individuals.
11     Q.   And that's based upon the website?
12     A.   Yes.
13     Q.   Okay. And what are those criteria?
14     A.   There must be an Axis I diagnosis.
15     Q.   And do you know whether or not
16 that's a -- that's in the contract or the RFP
17 proposal?
18     A.   I haven't seen the RFP proposal.
19     Q.   Okay. So you haven't seen the RFP
20 proposals for 2009 to the present?
21     A.   Not that I recall.
22     Q.   Do you know if you've seen the
23 contracts from 2009 to 2014?

**104**

1      A.   I saw a contract, but I'm not sure
2  when -- what the date was.
3      Q.   So --
4      A.   Could I -- could I consult with the
5  lawyers for ADAP?
6      Q.   Sure.
7         MR. SLAWKOWSKI: Actually, you
8  can't.
9         THE WITNESS: I can't?
10        MR. SLAWKOWSKI: No.
11        THE WITNESS: Okay.
12     Q.   (BY MS. BROOKS:) Well, I guess
13 maybe I'm not -- let me ask it a different way.
14 Do you think you reviewed more than one contract
15 for SafetyNet?
16     A.   I did not review more than one
17 contract.
18     Q.   So you think you reviewed one?
19     A.   Yes.
20     Q.   Okay.
21        MR. SLAWKOWSKI: For whatever good
22 it may or may not do, this witness is not being
23 offered to interpret any contracts or make any

### Page 105

1  legal opinions whatsoever.
2      MS. BROOKS: No. I understand.
3      Q. (BY MS. BROOKS:) I'm just trying to
4  understand the basis of your opinions, sir. So
5  I hope -- I'm not trying to be offensive to you.
6      A. You're not offensive. I just -- you
7  start getting into contracts. I'm not a
8  contract person, but I can talk about criteria
9  and things like that myself.
10     Q. Right. Right.
11     A. And by the way, you know, the
12 services offered are not necessarily related to
13 the level of care. You can offer any set of
14 services, but that doesn't necessarily mean that
15 it's related to the level of care.
16     Q. Were you aware that SafetyNet has a
17 contract with DHR?
18     A. Yes.
19     Q. Okay. And that there is an
20 agreement for SafetyNet to provide certain
21 services?
22     A. Yes.
23     Q. Were you also aware that there were

### Page 106

1  services that are set out for the moderate
2  program?
3      A. I would assume that there would be.
4      Q. Okay. And that -- would you have --
5  would you -- would it be fair that you could
6  assume also that there would be different
7  requirements for the intensive program?
8      A. I don't know what differentiation
9  between the two programs are other than
10 potentially the level of care that's determined
11 by a tool that DHR uses for placement and by the
12 opinion of the providers.
13     Q. Okay. And what tool do you know is
14 provided?
15     A. I believe it's the multi-dimensional
16 assessment tool.
17     Q. Okay. Have you received any
18 training on the multi --
19     A. I have not.
20     Q. Do you know if it's the final say-so
21 in placement of children?
22     A. I don't think that it would be, but
23 I can't say that for certain.

### Page 107

1      Q. Okay. Do you know what the psych-21
2  regulations are?
3      A. I do not.
4      Q. Okay. Have you taken into
5  consideration the following: Chapter 33, called
6  Psychiatric Treatment Facilities? I'll show it
7  to you, Doctor. This is called Chapter 33,
8  Psychiatric Treatment Facilities of Medicaid.
9  Have you ever seen that before?
10     A. I -- well, first of all, tell me
11 what it's from.
12     Q. It's Medicaid.
13     A. Yes, I have.
14     Q. Okay.
15     A. If this comes from the Medicaid
16 website, I have reviewed this.
17     Q. Okay. So you reviewed Chapter 33.
18 Is there anything in here that factors into your
19 opinions that you're going to give today?
20     A. Could you ask that more specifically
21 for me, please, what you mean by that.
22     Q. I'll just come back to it because I
23 may not be -- I might be confusing you. I'm

### Page 108

1  going to show you what's also Chapter 41,
2  Psychiatric Facilities for Individuals Under Age
3  of 21. Have you ever seen this before?
4      MR. SLAWKOWSKI: Doctor, are you
5  familiar with the source of that material?
6      THE WITNESS: I am familiar with the
7  Medicaid website that has the manuals, the
8  provider manuals.
9      MR. SLAWKOWSKI: Have you ever seen
10 these before?
11     THE WITNESS: I've never seen these,
12 but I've seen that information from the website.
13     Q. (BY MS. BROOKS:) So the document
14 here where it has section -- Rule 560-X-41, have
15 you seen that prior to today?
16     A. I've seen the code for that on the
17 website, if that's what this is, yes.
18     Q. Yeah. The administrative code for
19 Medicaid.
20     A. Yes.
21     Q. Okay. So does this -- has this
22 factored in anything that you're going to
23 testify today about in terms of your opinions?

27 (Pages 105 to 108)

### Page 181

1 Mental Health that's reflected on this document?
2   A. You could talk to Ken Hammock.
3   Q. Okay. That's all I have.
4   A. Thank you.
5       MR. SLAWKOWSKI: Counsel.
6       MR. MCCLOUD: Real quick.
7   EXAMINATION BY MR. MCCLOUD:
8   A. Dr. Stone, Stewart McCloud, here for
9 SafetyNet.
10  A. Hey, Stewart.
11  Q. Very briefly. Do you have any
12 opinion or criticisms of the treatment provided
13 by SafetyNet?
14  A. None at all.
15  Q. Told you I'd be quick. Thank you.
16      MR. SLAWKOWSKI: We need a
17 two-minute break, just the two of us.
18      MS. BROOKS: All right.
19      (Whereupon, a break was taken.)
20  EXAMINATION BY MS. MIXSON:
21  Q. Dr. Stone --
22  A. Yes.
23  Q. -- has it been your experience that

### Page 182

1 two, three, four psychiatrists might have
2 different opinions about the treatment of a
3 youth or an adult with a disability? Might
4 those two, three, four, five, various
5 psychiatrists with their differing opinions
6 about treatment or diagnoses still be within --
7 can they -- could they still possibly be within
8 the standards of psychiatric practice, even
9 though they have different opinions about
10 particular diagnoses or treatment?
11  A. Most certainly. That is the nature
12 of psychiatric practice.
13  Q. And is there anything that you
14 testified today -- is there any part of your
15 testimony today that would change your opinion
16 in this case?
17  A. No.
18  Q. Okay. Could you rule out today that
19 there is -- could you say that there's no young
20 person at SafetyNet moderate program who does
21 not have a serious mental illness or emotional
22 impairment? Could you -- could you rule it out?
23 Could you say there's no young person?

### Page 183

1   A. I could not.
2   Q. Okay. All right. That's all I've
3 got.
4       MS. BROOKS: One last question.
5   RE-EXAMINATION BY MS. BROOKS:
6   Q. How could you not rule it out?
7   A. Because I don't know what the
8 diagnoses are of everyone there.
9   Q. Oh, okay. Well, I didn't -- okay.
10 I must have misunderstood your testimony today.
11 So it does depend on a diagnosis?
12  A. Ask your question again.
13      MS. MIXSON: Could you rule out that
14 there's no one there at SafetyNet who has a
15 serious mental illness or an emotional
16 impairment?
17      THE WITNESS: I can't rule that out.
18  Q. (BY MS. BROOKS:) And I asked why,
19 and your response was you don't know the
20 diagnosis, correct?
21  A. Correct.
22  Q. Okay. So if -- the fact is that
23 Axis I is not what you're really testifying

### Page 184

1 about today? You're not saying that as long as
2 there's a diagnosis -- an Axis I diagnosis. You
3 really need to know the specific diagnosis?
4   A. I guess what I'm testifying to is
5 that I can't rule out that there's no one there
6 with a serious mental illness, which means that
7 I can't rule out that there is someone there.
8 There are people there who have -- could
9 potentially have an Axis I diagnosis, which
10 implies disability, which implies the need for
11 monitoring.
12  Q. Oh, okay. Well, I'm sorry. I -- I
13 completely misunderstood your testimony today.
14 Just one last question. So if someone has a
15 diagnosis -- a DSM diagnosis or an Axis I, that
16 doesn't mean they have a severe disability?
17  A. My testimony has been that the
18 definition of disability depends on what you're
19 talking about. The degree of severity depends
20 on the setting and how badly they're affected by
21 the disorder. What the lawyer was just asking
22 me about was in regards to interpretation of
23 different caregivers.