EXHIBIT "G"

**RESIDENTIAL
ADDENDUM B 1
Alabama Department of Human Resources (DHR) Policies**

I. <u>Medicaid Withholding Policy:</u>

Contractor shall bill for Medicaid reimbursable services so that DHR will receive Medicaid funds for disbursement to contractor. Contractor shall have primary responsibility to bill Medicaid for services rendered upon accepting physical custody of the child from DHR. If the non-Medicaid eligible child is determined in the future to be eligible for Medicaid, the contractor will be responsible for billing all Medicaid services received by the child back to the date of Medicaid eligibility.

To the extent that DHR has received funds as a result of Contractor's billing Medicaid, DHR shall pay Contractor the funds available as specified on the Addendum B. Contractor shall be paid in the course of the normal DHR payment cycle. Medicaid reimbursements will be provided based on service month.

Contractor may be subject to an audit of its records and financial statements regarding Medicaid reimbursement and shall keep accurate records and documentation such that Contractor will be prepared for such an audit. It is mandatory that all DHR providers use the Basic Living Skill Daily Progress Report form to document Basic Living Skills. These forms should be a part of each child's record. The form and the form's instructions are attached to this document. **Services for the child that are billed to Medicaid must be in accordance with Medicaid Policy (Chapter 105), the DHR ISP, the Provider treatment plan and core services. If the provider needs assistance in obtaining a copy of the ISP they should contact the Division of Resource Management.** Contractor understands that an audit of its records may result in DHR being assessed charges if Medicaid personnel determine Contractor's records and documentation are inadequate or inaccurate. Failure by the Contractor to make a good faith effort to maintain accurate and adequate records may, in the sole discretion of DHR, result in termination of this contract. **All Chargebacks from Medicaid, including investigative costs, will be the responsibility of the provider.**

II. <u>Rejection/Ejection Policy:</u>

It is expected that all children accepted for placement in the Contractor's residential facility will have been screened and deemed to be an appropriate admission based on the Program's inclusion/exclusion criteria and information provided by DHR. **In the event that the child appears to meet inclusion criteria but is denied admission, the Contractor will provide a written explanation of reason(s) for denial to the referring County DHR office and the State Resource Management Division within 5 working days.**

It is anticipated that most admissions will adjust successfully to placement within the Contractors residential facility. Every effort will be made to maintain the placement until the child has accomplished the goals established in his or her individualized service plan ("ISP"). However, on

*ADAP v. SafetyNet
DHR # 000299*

occasion, the Contractor may not be able to serve the child in the normal context of the services to be provided by the Contractor. **Under such circumstances the Contractor shall notify the Division of Resource Management in State DHR and receive written permission prior to giving a thirty- (30) day written notice to the DHR County Office of the necessity to remove the child from the program.** It is recognized that situations may arise where the child poses an imminent threat of serious harm to themselves, other persons, or property and immediate action is necessary. **In such situations written notice will be waived to the DHR County Office but the provider will need to have verbal permission from the Division of Resource Management at State DHR or by use of the after hours numbers available to the provider.** If in the event that no representative from the Resource Management Division can be reached the provider should take the appropriate steps to ensure the safety and well being of the child in question as well as the other children in the provider's care. Careful cooperation between the Contractor's staff and the County Department's caseworker and supervisor is of the utmost importance in transitioning a child from one placement to another placement.

### III. No Solicitation Policy:

During the terms of this Agreement, Contractor shall not solicit to hire, either directly or indirectly, any State or County Department of Human Resources personnel. For a period of twelve (12) months after the expiration of the terms of this Agreement, Contractor shall not solicit to hire, either directly or indirectly, any State or County Department of Human Resources personnel Contractor may have come in contact with as a result of this contract without the written consent of the State Department of Human Resources.

### IV. DHR Policy:

**Both parties agree to adhere to DHR policies and requirements, which have been provided to Contractor by DHR.** Such policies and requirements include but are not necessarily limited to policies relating to phone, mail, visitation, behavior management, seclusion, restraint, etc. Such policies and requirements are subject to change, and shall be implemented upon notice to the Contractor by DHR.

### V. Length of Stay and Individualized Service Plan Policy ("ISP")

Contractor shall cooperate with the County Department caseworker to develop an ISP for each child at the time of his or her initial placement. The ISP shall include a targeted length of stay for each child and discharge planning at the time of placement. **Blanket permission slips cannot be used by the provider for off-campus trips that involve boating, swimming, camping, hiking, etc. An individual permission slip should be signed by the DHR social worker/supervisor for each trip.**

The Contractor shall cooperate with the Department or its designee in the completion of the Multi-Dimensional Assessment Tool (MAT) on all children within its program and will fully support the findings of the MAT in moving children to less restrictive service intensity levels.

### VI. Placement Criteria:

Moderate placements will be determined by the Multi-dimensional Assessment Tool (MAT) unless the child is leaving a DYS facility, an Acute Facility or has been in an intensive program longer than 9 months. The MAT for placement purposes, will be completed by DHR or the

*ADAP v. SafetyNet*
*DHR # 000300*