**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2014, I have served Defendant's counsel below in this matter by filing via CM/ECF system with the Court and via electronic mail.

    Martha Leach Thompson, Esq.
    Stewart McCloud, Esq.
    Attorney for Defendant,
    SafetyNet Youthcare, Inc.
    HUIE, FERNAMBUCQ & STEWART, LLP
    Three Protective Center
    2801 Highway 280 South, Suite 200
    Birmingham, AL 35223-2484
    Telephone: (205) 251-1193
    **SMcCloud@huielaw.com**
    **MThompson@huielaw.com**

    Felicia M. Brooks,
    Deputy Attorney General
    Attorney for Third-Party-Defendant,
    State of Alabama
    Department of Human Resources
    P.O. Box 304000
    Montgomery, Alabama 36130-4000
    Telephone: (334) 242-9330
    Fax: (334) 242-0689
    **Felicia.Brooks@dhr.alabama.gov**

Respectfully Submitted,

Signature: */s/Andrea J. Mixson*

Andrea J. Mixson, ASB-2155R79M
David J. Slawkowski, ASB-0810D57S
Attorneys for Plaintiff,
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
Email: amixson@adap.ua.edu

COUNSEL FOR THE PLAINTIFF