# EXHIBIT B




# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.alabama.gov

ROBERT BENTLEY
*Governor*

Nancy T. Buckner
*Commissioner*

October 1, 2012

Mr. Lyndell Wheatley, Executive Director
Safety Net Academy Inc.
80 Mel Bailey Drive
Minter, Alabama 36761

RE:     **Contract Renewal: # 3412**
        **FYs-2013 & 2014**

Dear Mr. Wheatley:

Attached please find your official copy of the approved Contract Renewal between our agencies from October 1, 2012 to September 30, 2014. Also attached and made part of this Renewal of the Contract is an Addendum B, which will provide terms of reimbursement for the Renewal of the Contract and/ or any attachments.

I am pleased that we are able to continue to provide this service through this Renewal of the Contract with your agency.

If you have any questions, please contact the Division of Resource Management at (334) 242-1650.

Sincerely,

Nancy T. Buckner
Commissioner

NTB: JS
Attachments
PC:     Resource Management
        Finance

*ADAP v. SafetyNet*
*DHR # 000289*





# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.alabama.gov

**BOB RILEY**
*Governor*

Nancy T. Buckner
*Commissioner*

## MEMORANDUM

TO:       LEGISLATIVE CONTRACT REVIEW OVERSIGHT COMMITTEE

FROM:    ALABAMA DEPARTMENT OF HUMAN RESOURCES

DATE:    NOVEMBER 23, 2009

SUBJECT:  CONTRACT LISTING

Attached please find a listing of our contracts in which we are requesting a blanket approval that are being submitted for the December 3rd Legislative Contract Review. Also, attached is one copy of each type of contract per your request.

Thank you in advance for your consideration.
Attachments

Approved:

Representative Alvin Holmes
Legislative Oversight Committee

Bob Riley, Governor
State of Alabama

*ADAP v. SafetyNet*
*DHR # 000156*

CONTRACT

BETWEEN

THE ALABAMA DEPARTMENT OF HUMAN RESOURCES

AND

SAFETY NET ACADEMY, INC.

CONTRACT NUMBER: 3412 (Moderate Residential)

THIS CONTRACT (hereinafter referred to as the "Contract") is hereby entered into by and between the Alabama Department of Human Resources (hereinafter referred to as the "DEPARTMENT") and Safety Net Academy, Inc., (hereinafter referred to as the "CONTRACTOR") for the purpose of purchasing the services described herein for individuals or families determined in accordance with this Contract to be eligible to receive the said services pursuant to applicable federal and state regulations.

WHEREAS services may be purchased from other government or non-government agencies and organizations, or from individuals; and,

WHEREAS sufficient funds are currently available to the DEPARTMENT to enter into this Contract;

NOW, THEREFORE, the parties hereto, intending to be mutually bound by the terms and conditions set forth herein, do hereby agree hereto as follows:

A.  PERIOD OF AGREEMENT

    1.  This Contract shall become effective on the first day of January, 2010, and shall remain in effect through September 30, 2012, unless otherwise terminated earlier in accordance with its terms and conditions.

    2.  The Contract may be renewed or extended by letter, or other written instrument, duly executed by the parties hereto.

B.  SERVICES TO BE PROVIDED

    1.  The services to be provided and the persons to be served under the Contract are set forth and described hereinbelow and in Addendum A, which is attached hereto and is hereby incorporated into and made a part of this Contract as if set forth herein verbatim. All references to Addendum A in this Contract shall be deemed to refer collectively to Addendum A, and any exhibit identified therein and attached thereto, as amended in accordance with the terms of this Contract.

    2.  For purposes of this Contract, a subcontractor is considered to be any government or non-government agency or organization, or any individual, with which the CONTRACTOR may contract to perform a task to be paid for in whole or in part with funds paid to the CONTRACTOR by the DEPARTMENT under this Contract. The term subcontractor may include, but is not limited to, service providers such as therapeutic foster parents, consultants, dieticians, behavioral aides, and any other professionals utilized by the contractor.

    3.  The DEPARTMENT shall have the right under this Contract to review and approve, prior to their execution by the parties thereto, all subcontracts and all amendments and extensions thereto, as

1

*ADAP v. SafetyNet*
*DHR # 000157*

applicable, proposed by the CONTRACTOR for the purpose of carrying out any task or responsibility to be paid for in whole or in part with funds paid to the CONTRACTOR by the DEPARTMENT under this Contract.

4.   The services to be performed by the CONTRACTOR under this Contract shall not be subcontracted, in whole or in part, without the DEPARTMENT's prior written consent. The terms and conditions of this Contract, and such additional terms and conditions as the DEPARTMENT may require, shall be included in all approved subcontracts. Approval by the DEPARTMENT of a subcontract shall not relieve the CONTRACTOR of any responsibility for the performance of services required under this Contract. The CONTRACTOR shall be solely responsible to the DEPARTMENT for the performance, conformance and compliance of its subcontractors.

   a.  The DEPARTMENT has the right to inspect, without prior notice, any facility, including a therapeutic foster home, operated by the contractor or by a subcontractor and to document or record, through any means, any such inspections.

      1.  Any facility or home operated by the contractor or its subcontractors shall be subject to approval and inspection by the DEPARTMENT as part of the licensing process.

   b.  The DEPARTMENT has the right to obtain, at no cost, copies of any records maintained by the contractor, or any of its subcontractors, related to any services paid for by the DEPARTMENT, including copies of the subcontracts between the contractor and its subcontractors.

5.   The Contractor must comply with any changes, amendments, or new/different procedures, that the DEPARTMENT must implement to comply with any new or existing state or federal laws, rules, or regulations.

C.   FINANCIAL AGREEMENTS

1.   The CONTRACTOR is awarded slots for Moderate Care as follows:

| Type of Slot | Maximum Number of slots | Rate per Day | Maximum Number of Days | Maximum Dollar Amount (slots x rate x number of days) |
|---|---|---|---|---|
| Primary | 16 | $140.00 | 1004 | $2,248,960.00 |
| Attrition | 11 | $140.00 | 273 | $420,420.00 |
| Emergency | 4 | $140.00 | 1004 | $562,240.00 |
| Total maximum dollar amount for contractual period | | | | $3,231,620.00 |

   a.  Primary Slots:  The CONTRACTOR will have the same number of Primary Slots throughout the full term of the contract. However, the number of primary slots listed above does not represent the number of children that will actually be placed with the CONTRACTOR. The DEPARTMENT will place each foster child in a slot based on the needs of the child. The DEPARTMENT does not guarantee any minimum number of filled slots. The CONTRACTOR will be paid only for slots in which children are placed.

2

**ADAP v. SafetyNet**
**DHR # 000158**

b.  Attrition Slots:  Attrition slots are awarded to a contractor only when the number of children already placed with the CONTRACTOR, prior to the start of the contract, exceeds the number of Primary Slots awarded to the CONTRACTOR. Attrition slots are awarded to prevent unnecessary moves for foster children. Attrition slots are limited to no more than eight (8) months. If a Primary Slot becomes available after the start of the contract, it will be filled first by a child that is in one of the CONTRACTOR'S Attrition Slots. Once a child is moved from an Attrition Slot, that slot will be permanently deleted from the Contract.

c.  Emergency Slots:  Emergency Slots are to be filled only if all of the CONTRACTOR'S Primary Slots are filled, and the DEPARTMENT has another child whose needs would best be met by placing the child with the CONTRACTOR. A child cannot be placed in an Emergency Slot without the concurrence of the State DHR. Once a child is moved from an Emergency Slot, that slot cannot be filled with another child without State DHR approval. If a Primary Slot becomes available after an Emergency Slot is filled, the child in the Emergency Slot will be moved into the Primary Slot. The CONTRACTOR cannot fill an Emergency Slot if any Primary Slots are unfilled. The DEPARTMENT does not guarantee any minimum number of filled Emergency Slots during the term of this contract.

2.  The DEPARTMENT shall not be liable for the payment of any other costs incurred by CONTRACTOR or its subcontractors in connection with this Contract in excess of the amount specified in Addendum B.

3.  Reimbursements made to the CONTRACTOR by the DEPARTMENT under this Contract will be made only in response to signed, original and correctly certified statements of the total actual eligible costs incurred or the total billable amount based on the actual total number of eligible units of service provided, as applicable pursuant to Addendum B, during the designated billing period. CONTRACTOR will submit said certified statements to the DEPARTMENT on a monthly basis following the end of each month services are provided under this Contract. CONTRACTOR will further submit said certified statements in duplicate in accordance with such format and instructions as may be required by the DEPARTMENT.

4.  For purposes of this Contract, fiscal year means the twelve-month period, October through September. The CONTRACTOR understands and agrees that the DEPARTMENT may be unable to reimburse the CONTRACTOR for any certified statement of expenditures received by the DEPARTMENT more than 30 calendar days after the end of the fiscal year during which the eligible costs were incurred, or more than 30 calendar days after the termination or expiration of the Contract, whichever is earlier, and that all said certified statements are subject to the applicable policies and procedures of the Board of Adjustment for the State of Alabama.

5.  In the event that Addendum B sets forth a detailed Cost Reimbursement Budget, the CONTRACTOR warrants and represents to the DEPARTMENT that disbursement of funds received from the DEPARTMENT under this Contract shall be supported by invoices, cancelled checks, lease agreements, and other supporting documentation which can be readily traced to the service program and funding source(s) operating under this Contract. Purchase or lease of materials, labor, services, equipment, supplies, or other personal property shall be at a cost reasonable and necessary.

6.  By requesting payment of funds by the DEPARTMENT under this Contract, the CONTRACTOR warrants and represents to the DEPARTMENT that all terms and conditions of this Contract and of all applicable federal and state laws, rules and regulations have been fully met and satisfied.

7.  The CONTRACTOR shall keep and maintain, to the DEPARTMENT's satisfaction, adequate

3

*ADAP v. SafetyNet*
*DHR # 000159*

accounting and fiscal books, accounts, records and procedures to account for all funds provided by any source to pay the cost of carrying out the services required under this Contract. The CONTRACTOR shall further permit audit and examination of all such books, accounts, records and procedures at any reasonable time by authorized personnel of the U. S. Department of Health and Human Services, the Comptroller General of the United States, other pertinent federal agencies, authorized personnel of the DEPARTMENT, Examiners of Public Accounts, other pertinent state entities, or any authorized representative of said personnel. Furthermore, the said personnel shall have the right of access to any books, accounts, records, documents, accounting procedures, practices and any other items of the CONTRACTOR which are determined by the DEPARTMENT to be directly or indirectly pertinent to the performance or payment of this Contract in order to audit, examine and make excerpts of records.

8.  The CONTRACTOR shall assume full financial liability for any and all audit exceptions determined by the DEPARTMENT or other personnel authorized hereunder to be final and chargeable to the CONTRACTOR and its subcontractors under this Contract. The DEPARTMENT shall have the right under this Contract to withhold payment or reimbursement to CONTRACTOR in order to satisfy any financial chargeback made by any of the personnel authorized hereunder to audit and examine the financial books, records, procedures and accounts of the CONTRACTOR and its subcontractors.

9.  The CONTRACTOR shall maintain all records, accounts, financial records, statistical records, and other books and records under this Contract for the current fiscal year plus three (3) additional years or until all pending matters are resolved, whichever is longer. This provision shall survive the termination of the Contract.

10. To the extent allowed by applicable Alabama law, the CONTRACTOR will at all times indemnify and save harmless the DEPARTMENT against any and all liabilities, losses, damages, costs or expenses which the DEPARTMENT may hereafter sustain, incur, or be required or ordered to pay: (1) by reason of any persons to be served under this Contract suffering a loss or damage either while participating in or receiving from the CONTRACTOR the services to be provided hereunder or while on premises owned, leased, or operated by the CONTRACTOR; or (2) by reason of any person suffering personal injury, death, or property loss or damage caused by any officer, agent, employee or volunteer of the CONTRACTOR; or (3) by reason of any officer, agent, employee or volunteer of the CONTRACTOR suffering personal injury, death, or property loss or damage; provided, however, that the provisions of this paragraph shall not apply to liabilities, losses, charges, costs, or expenses caused by or resulting from the acts or omissions of the DEPARTMENT or any of its officers, employees, agents or representatives.

11. Unless otherwise authorized in writing by the DEPARTMENT, the CONTRACTOR warrants and represents to the DEPARTMENT that the funds received from the DEPARTMENT under this Contract shall not be used to meet the matching requirements of other federal grant programs.

12. The CONTRACTOR warrants and represents to the DEPARTMENT that no federal or state funds, including but not limited to the funds received from the DEPARTMENT under this Contract, have been paid or will be paid, either directly or indirectly, for any partisan political activity or to further the election or defeat of any candidate for public office. The CONTRACTOR further agrees that if any other funds from any source are used for such purposes as are described hereinabove in this paragraph, the CONTRACTOR shall immediately disclose same in writing to the DEPARTMENT.

13. The CONTRACTOR warrants and represents to the DEPARTMENT that no federal or state funds, including but not limited to the funds received from the DEPARTMENT under this Contract, have been paid or will be paid, either directly or indirectly, to lobby, influence or attempt to influence any agency, any member of Congress or of any state legislature concerning

4

**ADAP v. SafetyNet
DHR # 000160**

any state or federal statute, legislation, grant, loan, cooperative agreement or any other matter pending before the Congress or before any state legislature. If any other funds from any source are used for such purposes as are described hereinabove in this paragraph, the CONTRACTOR shall immediately disclose same in writing to the DEPARTMENT.

14. The CONTRACTOR shall not impose any fees on eligible persons served under this Contract.

## D. TERMINATION

1. Either party may terminate Contract for any reason by providing written notification by certified or registered mail, return receipt requested, thirty (30) days prior to the effective date of the said termination if the said party is unable or unwilling to fulfill its obligations, fiscal or otherwise. Said notification shall clearly state the reason(s) for the said termination.

2. The Contract is subject to immediate termination with written notice made by first class mail concurrent with the said termination, which clearly states the reason(s) for the said termination, as follows:

    a. Either party may terminate the Contract for noncompliance with any of its terms and conditions.

    b. The DEPARTMENT may terminate the Contract in the event that funds should not be appropriated for the continued payment of the Contract.

    c. The DEPARTMENT may terminate the Contract in the event of the proration of the funds from which payment under the Contract is to be made.

## E. OTHER AGREEMENTS

1. The CONTRACTOR represents and warrants to the DEPARTMENT that in administering the funds received from the DEPARTMENT under this Contract there will be no discrimination against any applicant for, or recipient of, aid, benefits, or services, or any employee or any other persons on the basis of race, color, religion, sex, age (as specified by the Age Discrimination Act of 1975), or national origin, including but not limited to discrimination prohibited by Title VI of the Civil Rights Act of 1964, as amended, and any other applicable federal regulations. This provision shall survive the termination of this Contract.

2. The CONTRACTOR represents and warrants to the DEPARTMENT that in administering the funds received from the DEPARTMENT under this Contract there will be no discrimination against any handicapped or disabled applicant for, or recipient of, aid, benefits, or services, or any employee or any other persons on the basis of physical or mental handicap or disability, in accordance with the Rehabilitation Act of 1973, as amended, the Americans with Disabilities Act, and any Department of Health and Human Services regulations applicable thereto.

3. The CONTRACTOR agrees that this Contract is subject to renegotiation as needed to comply with the requirements of any applicable federal or state law or regulations.

4. The CONTRACTOR agrees that this Contract does not create an employer-employee relationship with the DEPARTMENT or the State of Alabama and that the CONTRACTOR's employees are not entitled to receive any employment benefits, including but not limited to benefits under the State of Alabama Merit System, from the DEPARTMENT or the State of Alabama under this Contract.

5. It is agreed that the terms and commitments contained in this Contract shall not be constituted as

5

*ADAP v. SafetyNet*
*DHR # 000161*

a debt of the State of Alabama in violation of Article XI, Section 213 of the Constitution of Alabama, 1901, as amended by Amendment Number 26. It is further agreed that if any provision of this Contract shall contravene any statute or Constitutional provision or amendment, either now in effect or which may, during the course of this Contract, be enacted, then that conflicting provision in the Contract shall be deemed null and void. The CONTRACTOR's sole remedy for the settlement of any and all disputes arising under the terms of this Contract shall be limited to the filing of a claim with the Board of Adjustment for the State of Alabama.

6. For any and all disputes arising under the terms of this Contract, the parties hereto agree, in compliance with the recommendations of the Governor and Attorney General, when considering settlement of such disputes, to utilize appropriate forms of non-binding alternative dispute resolution including, but not limited to, mediation by and through the Attorney General's Office of Administrative hearings or, where appropriate, private mediators.

7. The terms and conditions of the Contract may be amended only in writing duly executed by the parties hereto. Notwithstanding this provision, the DEPARTMENT may, at its discretion, approve changes to Addenda A and B to this Contract by letter and all such amendments are hereby incorporated by reference into this Contract and made a part hereof as if set forth herein verbatim.

8. The CONTRACTOR shall comply with all federal, state and local laws, rules, regulations and procedures applicable to receiving funds from the DEPARTMENT and shall further comply with all of the terms and conditions of this Contract, the Addenda attached hereto, the document entitled "*Contract Compliance Requirements*," which is hereby incorporated into this Contract by reference and made a part hereof as if set forth herein verbatim, and any additional forms, disclosures, reports, procedures, timeliness standards and instructions pertaining thereto as may be required by the DEPARTMENT. All references to the *Contract Compliance Requirements* document in this Contract shall be deemed to refer to the *Contract Compliance Requirements* document, as amended by the DEPARTMENT.

9. The CONTRACTOR warrants and represents that the funds received from the DEPARTMENT under this Contract shall not be used for the purchase, development or improvement of any real property, including land, real estate and any appurtenance thereon. The CONTRACTOR further warrants and represents to the DEPARTMENT that said funds shall not be used for the purchase or development of any personal property of any type, whether tangible (such as equipment) or intangible (such as copyrights and patents), without the prior written consent of the DEPARTMENT. Title to all personal property purchased or developed by the CONTRACTOR with said funds under this Contract shall vest upon acquisition, or development, with the DEPARTMENT. Said personal property shall be governed by the applicable laws, regulations and procedures of the State of Alabama. The CONTRACTOR shall hold, maintain and insure all said personal property during the term of this Contract. Upon termination of this Contract, for any reason, the CONTRACTOR shall request from the DEPARTMENT instructions regarding the disposition of said personal property.

10. The CONTRACTOR shall carry appropriate liability insurance, including but not limited to liability insurance covering on-premises liability and off-premises liability for claims against the CONTRACTOR by any and all service recipients, employees and other persons. The CONTRACTOR shall also carry appropriate liability insurance on all vehicles operated by the CONTRACTOR used to transport clients. The CONTRACTOR shall maintain onsite at its legal business address valid Certificates of Insurance for all types of insurance coverage required in this paragraph and shall further make available to the DEPARTMENT said Certificates of Insurance prior to transporting clients.

11. No employee, agent, consultant, servant, representative, officer, board member or other

6

*ADAP v. SafetyNet*
*DHR # 000162*

governing member, volunteer, or elected or appointed official, whether paid or unpaid, of the CONTRACTOR, its subcontractors, the DEPARTMENT or any County Department of Human Resources shall have any direct or indirect personal or financial interest in, or benefit from, this Contract, or in any subcontract with respect thereto, or in any funds paid by the DEPARTMENT under this Contract, either for the himself or herself or for those with whom he or she has family or business ties, without the full and immediate written disclosure of such interest to the DEPARTMENT. This requirement shall remain in full force and effect throughout the period said individual remains in any capacity described hereinabove in this paragraph and for one year thereafter.

12. Members of the CONTRACTOR's Board of Directors, or other governing body, are expressly prohibited under this Contract from requesting employment with the CONTRACTOR for any person related to said member. If said relative applies for employment with the CONTRACTOR, said relative may be employed only with the unanimous concurrence of the remaining Board members. The related Board member shall recuse himself or herself from such vote.

13. The CONTRACTOR warrants and represents to the DEPARTMENT that neither the CONTRACTOR nor any of the CONTRACTOR's trustees, officers, directors, agents, servants and employees (whether paid or voluntary) is debarred or suspended or otherwise excluded from or ineligible for participation in federal assistance programs under Executive Order 12549, "Debarment and Suspension."

14. The CONTRACTOR agrees that the use or disclosure of information, by any party and for any purpose, concerning applicants for or recipients of services under this Contract that is not required in the course of, and directly connected with, the performance of services under this Contract is prohibited, except as may be authorized in writing by the DEPARTMENT. In the event such written authorization is given, the CONTRACTOR understands and agrees that release of information forms, including the required written consent, must also be completed by the client or the client's authorized representative, as applicable, citing each agency or individual to whom information regarding the client or service recipient is to be provided, except in life-threatening situations when time does not permit obtaining a written release.

15. The DEPARTMENT may, at its discretion, perform consultation, technical assistance, training and monitoring activities of such nature as to aid the CONTRACTOR in carrying out the services required hereunder and to determine compliance herewith.

16. Any publicity given to the services provided under this Contract shall recognize the DEPARTMENT as the funding source.

17. The CONTRACTOR shall conduct DHR child abuse and neglect central registry checks and, pursuant to Alabama Act No. 2000-775 to the extent said Act is applicable, Alabama and National FBI criminal history checks, with fingerprints, on all personnel, new and current, including subcontractors, working in direct services positions with individuals or families in which said personnel have unsupervised access to children or vulnerable adults, which for purposes of this Contract shall mean having direct contact with children or vulnerable adults being served. The CONTRACTOR shall further comply with the DEPARTMENT's policies and procedures for conducting and evaluating said checks as well as with any work rules for personnel covered by said policies and procedures as directed by the DEPARTMENT.

18. The CONTRACTOR agrees to abide by the Department of Human Resources Notice of Privacy Practice Policy. (See Addendum C)

19. The CONTRACTOR will:

7

A. Not use or further disclose the Protected Health Information other than as permitted or required by the Contract or as required by law;

B. Use appropriate safeguards to prevent a use or disclosure of the Protected Health Information other than as provided for in the Contract;

C. Report to the Covered Entity any use or disclosure of the Protected Health Information not provided for by its Contract of which it becomes aware;

D. Ensure that any agents, including a subcontractor, to whom it provides Protected Health Information received from, or created or received by the Business Associate on behalf of, the Covered Entity agrees to the same restrictions and conditions that apply to the Business Associate with respect to such information;

E. Make available Protected Health Information in accordance with 45 C.F.R. Section 164.524; (See Addendum D)

F. Make available Protected Health Information for amendment and incorporate any amendments to Protected Health Information in accordance with 45 C.F.R. Section 164.526; (See Addendum D)

G. Make available Protected Health Information required to provide an accounting of disclosures in accordance with 45 C.F.R. Section 164.528; (See Addendum D)

H. Make its internal practices, books, and records relating to the use and disclosure of Protected Health Information received from or created or received by the business associate on behalf of the Covered Entity available to the Secretary for purposes of determining the Covered Entity's compliance with this subpart; and

I. Upon termination of the Contract, for any reason, return or destroy all Protected Health Information received from, or created or received by the Business Associate on behalf of the Covered Entity unless unfeasible or illegal to do so or that the Business Associate for any other reason decides not to return or destroy the PHI. This provision shall apply to Protected Health Information that is in the possession of subcontractors or agents of Business Associates.

J. Extend the protections of this Contract to such Protected Health Information for so long as Business Associate maintains such Protected Health Information

K. Assure that in order for this Contract and Addenda to be consistent with and in compliance with HIPAA, agree that this Contract may be amended from time to time upon written notice from the DEPARTMENT to the CONTRACTOR as to any revisions required to make this Contract consistent with and in compliance with HIPPA.

L. Authorize termination of the Contract by the Covered Entity if the Covered Entity determines that the Business Associate has violated the material terms of the contract.

20. The CONTRACTOR hereby attests that all workers on this project are either citizens of the United States or are in a proper and legal immigration status that authorizes them to be employed for pay with the United States. (See Addendum E)

21. The CONTRACTOR acknowledges, understands and agrees that this Contract is not effective until it has received all requisite state government approvals, and the CONTRACTOR shall not begin performing work under this Contract until notified to do so by the DEPARTMENT. The

*ADAP v. SafetyNet*
*DHR # 000164*

CONTRACTOR is not entitled to compensation for work performed prior to the effective date of the Contract or the extension amendment.

IN WITNESS WHEREOF, the parties hereto have caused this Contract to be executed by their officials thereunto duly authorized.

**FOR THE DEPARTMENT:**

Nancy T. Buckner, Commissioner
Alabama Department of Human Resources

**FOR THE CONTRACTOR:**

Lyndell Wheatly, Executive Director
Safety Net Academy, Inc.

**APPROVED AS TO PROGRAM CONTENT:**

Division Director
Alabama Department of Human Resources

**APPROVED:**

Bob Riley, Governor
State of Alabama

9

*ADAP v. SafetyNet*
*DHR # 000165*



RECEIVED
NOV 2009
RESOURCE MANAGEMENT

ADAP v. SafetyNet
DHR # 000166

# CONTRACT REVIEW REPORT

(Separate review report required for each contract)

Name of State Agency: Alabama Department of Human Resources

Name of Contractor: SafetyNet Youth Systems, LLC

| 80 Mel Bailey Drive | Minter | alabama |
|---|---|---|
| Contractor's Physical Street Address (No P.O. Box) | City | ST |

Is Contractor Registered with Alabama Secretary of State to do Business as a Corporation in Alabama?
YES X_____ NO_____ If Yes, in what State is Contractor Incorporated?_____

Is Act 2001-955 Disclosure Form Included with this Contract? YES X_____ NO_____
Was a Lobbyist/Consultant Used to Secure this Contract? YES_____ NO X_____

If Yes, Give Name:_____

Contract Number: C100163412

Contract/Amendment Total: $ ▓▓▓▓▓ (estimate if necessary)

% State Funds: 55_____ % Federal Funds: 45_____ % Other Funds:_____ **

**Please Specify Source of Other Funds (Fees, Grants, etc.)_____

Date Contract Effective: 1-1-10_____ Date Contract Ends: 9-30-12

Type Contract: NEW X_____ RENEWAL:_____ AMENDMENT:_____
                                        If Renewal, was it originally Bid? Yes_____ No_____
If AMENDMENT, Complete A through C:
(A) Original contract total                    $_____
(B) Amended total prior to this amendment      $_____
(C) Amended total after this amendment         $_____

Was Contract Secured through Bid Process? YES_____ NO X_____ Was lowest Bid accepted? Yes_____ No_____

Was Contract Secured through RFP Process? YES X_____ NO_____ Date RFP was Awarded: 11-10-09

Summary of Contract Services to be Provided: Moderate Residential services are for children that have

DSM-IV diagnosis and require out of home placement services.

Why Contract Necessary AND why this service cannot be performed by merit employee: DHR does not have state

operated facilities for the housing and treatment of children.

I certify that the above information is correct.

Signature of Agency Head

Nancy T. Bucknor
Printed Name

Signature of Contractor

Lyn Wheatley
Printed Name

Agency Contract:_____ Phone: 242-1652

**4.2.5.1       VENDOR QUALIFYING INFORMATION**
**4.2.5.1.1    Vendor Profile and Experience**

The Vendor must specify how long it has been in the business of providing services similar to those requested in this RFP and under what company name. The Vendor must list all names it has used when conducting business. The Vendor must explain their expertise or history in the provision of such services or identify a nationally recognized model that has proven to be successful that will be used in the provision of services under this RFP. The Vendor must provide an organizational profile including: position/titles, number of employees, form of business (e.g. individual, sole proprietor, corporation, non-profit corporation, limited liability company), and a complete list of its governing board.

**SafetyNet Youth Systems** has been providing Residential Services to children placed by the State of Alabama since November 2001. SafetyNet was founded in June 2001 by Mr. Lyndell Wheatley and has three facilities: the Academy, the Crossings, and the Villa. SafetyNet Youth Systems operates under the names SafetyNet Academy, SafetyNet Crossings, and SafetyNet Villa.

**SafetyNet** is licensed by the Alabama Department of Human Resources as a Child Care Institution.

SafetyNet has operated a Moderate Level Treatment Program since 2004. During that time, SafetyNet has developed a well earned reputation for serving as a step down resource for youth completing Intensive Residential Treatment Programs and Department of Youth Services Rehabilitative Programs who are placed in the custody of the Department of Human Resources. Additionally, this program has been successful with youth who have been discharged from less intensive placements because of emotional and behavioral problems. SafetyNet believes in providing outcome based methods of practice. Therefore, the organization invests a great deal of financial and human resources into ongoing training efforts thereby ensuring the services delivered are the most current and effective methods available.

For eight years, SafetyNet has been successfully treating traumatized children who display severe behavioral and emotional disorders. About 6 months ago, a former student visited SafetyNet's campus dressed in his Navy whites, now a proud member of our country's military; he spoke to the current students to offer them hope. SafetyNet receives numerous graduation invitations every year from former students who want to share the excitement of their high school graduation with SafetyNet.

SafetyNet has strived to identify subpopulations who have historically failed to respond to treatment. Those subpopulations include individuals who have limited social supports or no visiting resources. It has been determined that the absence of a visiting resource is directly correlated with unsuccessful completion of the treatment program. In an effort to address the needs of this subpopulation, SafetyNet has begun recruiting mentors and local visiting resources, and has seen a dramatic improvement with treatment success among

8

*ADAP v. SafetyNet*
*DHR # 000168*

this subpopulation. It is not uncommon for youth in the Moderate program to begin to regress as they approach discharge. In many cases, this is due to an unclear discharge plan accompanied with the fear associated with how they will be able to handle living within a family setting. Recently, SafetyNet noticed this occur with a student who had no visiting resource. This student was matched with a family within the community, approved by his DHR Social worker, and weekend visits began. Almost immediately, the youth's behavior began to improve as a sense of hope and normalcy was instilled. The student ultimately discharged to an independent living facility, a large part due to these successful weekend visits.

Additionally, students with sex offending behaviors accompanied by an extensive history of physical, sexual, and emotional abuse have had difficulty with treatment success and achieving a step down placement. **A new treatment approach, Eye Movement Desensitization Retraining (EMDR)**, which will be discussed later in this document, was implemented with immediate positive results. In one case, a student who had previously been unsuccessful completing the program began discussing and dealing with a history of sexual abuse after only two sessions. This young man had never before been able to discuss his extensive sexual abuse history. He began to process this trauma with his therapist and is now on the road to recovery. A young man that was on the path to becoming a sexual perpetrator is now on the path toward healing and securing a foster parent home.

SafetyNet gathers data regarding students up to a year after they discharge. SafetyNet has determined that almost all former students are still in school, pursuing their education, a year after they discharge. The overwhelming majority of students have maintained their treatment gains.

**The Vendor must identify a nationally recognized model that has proven to be successful that will be used in the provision of services under this RFP.**

SafetyNet utilizes a cognitive behavioral approach to treatment as the theoretical basis for the overall treatment program. This approach is widely respected in the scientific community for the treatment of behavioral disorders as well as mood and other psychiatric disorders. The **cognitive behavioral approach** is utilized by the treatment staff and is the concept behind the point and level system.

**Family Systems Theory** is an additional treatment approach utilized when the ISP includes a plan for the student to return to a family setting such as a biological parent, relative, or foster parent. When appropriate, SafetyNet staff involves the family in this process from the point of admission. This theory promotes the therapist working with the family to identify the role that each family member plays within the family system and evaluate what needs to change so that the family will function in a healthier way. In addition, **Equine Assisted Psychotherapy** is utilized for those students who particularly respond to this approach.

9

**Equine Assisted Psychotherapy** has historically been utilized in the treatment of developmental disorders and handicapped children, but the use of this therapy to treat mental health issues is gaining popularity across the world. Research conducted by McCormick and McCormick (1997) indicates that hostile and defiant behaviors displayed by youth involved in gang activity dissipate when encountered with horses as the youth feel unequipped to control or overpower the horses. Therefore, they are forced to learn to interact in different ways. Similar results were published in Woodbury Reports, December 2002, Issue #100 describing a group of violent 17 year olds in a correctional program that had previously required frequent use of physical restraint. The authors of this report suggested that once horses were introduced into the program, the boys learned to control their violent outbursts and began working together to solve problems. SafetyNet has observed these same changes in the youth who have received this therapy.

SafetyNet is excited to add **Eye Movement Desensitization Retraining (EMDR)** as a treatment option. EMDR is a relatively new therapeutic technique which appears to work in a rapid manner to assist clients in working through trauma. EMDR was developed in 1987 by Dr. Francine Shapiro and is a form of accelerated information processing, which appears to work through the brain's information processing systems. The certified therapist uses bilateral stimulation of the brain, following various EMDR protocols, while the client focuses on an image, cognitions, and physical sensations of the incident to be processed.

A research study conducted in 1996 by Edmond and Rubin compared eclectic treatment (a variety of treatment techniques) to EMDR using 59 survivors of childhood sexual abuse, and found that after 6 sessions, both treatment groups showed improvement, with the **EMDR group's gains being more than double the eclectic group's gains.** And after a 3 month follow-up, the EMDR group continued to improve, whereas the eclectic group's gains deteriorated somewhat.

A review of at least 20 research articles related to EMDR, demonstrate that clients who receive EMDR compared with other treatment techniques, show a significant improvement in self esteem, a significant decrease in behavioral problems, significantly reduced post-traumatic stress symptoms, improved school performance, and build resilience in a setting of ongoing conflict and trauma. Additionally, the length of time required for treatment is reduced to about one third the length of time of other treatment approaches.

EMDR is quickly becoming the treatment of choice for trauma survivors due to its high success rate coupled with a drastically reduced length of treatment sessions. For example, the typical trauma patient requires only 6 sessions of this approach compared with 16 of the more commonly used approaches. SafetyNet hopes that the addition of this treatment to its program will improve treatment outcomes and reduce lengths of stay.

**The Vendor must provide an organizational profile including: position/title, number of employees, form of business (e.g. individual, sole proprietor, corporation, non-**

10

*ADAP v. SafetyNet*
*DHR # 000170*

**profit corporation, limited liability company), and a complete list of its governing board.**

SafetyNet Youth Systems, Dba SafetyNet Academy, SafetyNet Villa, and SafetyNet Crossings, is a Limited Liability Corporation that was incorporated in the State of Alabama in June of 2001. Mr. Wheatley is assisted by an Advisory Board comprised of successful business persons from across Alabama.

SafetyNet Advisory Board:

Mr. Robert Timmons, Executive Director, Alabama Sheriffs Association, 514 Washington Avenue, Montgomery, Al 36104
Mr. Scott Talkington, Attorney, 8101 Seaton Place, Montgomery, AL 36116
Mrs. Phyllis Ingram, Partner & CPA, Carr, Riggs & Ingram, Inc, 104 Timberlane Road, Pike Road, Al 36064

SafetyNet Management:

Mr. Lyndell Wheatley, Founder and CEO,
Mrs. Emma Stacy Cosby, LCSW, PIP, Corporate Clinical Director,
Mr. Robert Brannon, BS Management, Director of Operations,
Mrs. Ashley Horn, MS Business and Accounting, Business Manager,
Mrs. Sheila Hatfield, LGSW, Corporate Training Officer

| SafetyNet Positions | Total | New |
|---|---|---|
| Management staff | 5 | |
| Clinical Director | 1 | |
| Clinical Administrative Assistant | 1 | |
| Administrative Assistant/Receptionist | 1 | |
| Social Service Manager | 1 | |
| Therapists | 3 | |
| Equine Specialist | 1 | |
| Nurse Manager, Registered Nurse | 1 | |
| Licensed Professional Nurses | 1 | |
| Transportation Aides *(Medical Assistants)* | 1 | |
| School Administrator | 1 | |
| Teachers | 5 | |
| School Secretary | 1 | |
| Director of Assessment Services | 1 | |
| Human Resource Clerk | 1 | |
| Accounting Clerk | 1 | |
| Food Service Manager | 1 | |
| Cooks | 2 | |
| Vocational Instructor | 1 | |
| Maintenance Manager | 1 | |
| Community Relations Coordinator | 1 | |
| Moderate Program Manager | 1 | |
| Direct Care Instructors | 15 | (5) |

11

| | | |
|---|---|---|
| Maintenance and Grounds Helper | 1 | |
| **Total** | **49** | **(5)** |

12

*ADAP v. SafetyNet*
*DHR # 000172*

#### 4.2.5.1.2      Past and Present Contractual Relationships with the Department

The Vendor shall describe any past or present contractual relationship it may have or has had with the Department or any other state agency during the past three years. If the Vendor, its predecessor, or any party named in the Vendor's responses to this document has contracted with any department within the state government during the past three years, identify the contract number and/or other information available to identify such contract(s). If no such contracts exist, so declare. If any party named in the Vendor's response to this RFP was an employee of the State in the past two years, identify the individual(s) by name, state agency by which employed, job title of position held with the State, and separation date. If no such relationship exists, so declare.

SafetyNet currently has three contracts with the Department of Human Resources to provide both Intensive and Moderate levels of care. The Intensive Contract numbers are #3312 and #3315 and the Moderate Contract is #3412. The Intensive program is contracted for 70 slots and the Moderate for 27 slots.

SafetyNet is contracted with the Alabama State Department of Education to provide education services to the adolescents placed within the SafetyNet System of Care.

No party employed or contracted by SafetyNet were employees of the State of Alabama during the past two years. No such relationship exists within SafetyNet.

13

#### 4.2.5.1.3    Contract Performance

If the Vendor, or any proposed Subcontractor, has had a contract terminated for default during the past five years, all such instances must be described as discussed below. Termination for default is defined as notice to stop performance delivery due to the Vendor's nonperformance or poor performance and the issue was either (a) not litigated due to inaction on the part of the Vendor; or (b) litigated and such litigation determined the Vendor to be in default. Submit full details of all terminations for default experienced by the Vendor during the past five years, including the other party's name, address, and telephone number. Present the Vendor's position on the matter. The Department shall evaluate the facts and may, at its sole discretion, reject the Vendor's proposal if the facts discovered indicate that completion of a contract resulting from this RFP may be jeopardized by selection of the Vendor. If the Vendor has experienced no such terminations for default in the past five years, so declare. If at any time during the past five years, the Vendor has had a contract terminated for convenience, non-allocation of funds, or any other reason, which termination occurred before completion of all obligations under the initial contract provisions, describe fully all such terminations including the name and address of the other contracting party and the circumstances surrounding the termination. If no such early terminations have occurred, so declare. Failure to report on the foregoing or if the information furnished is determined to be inaccurate, whether by omission or commission, shall result in rejection of the Vendor's Proposal.

SafetyNet has had no contract terminated for default, or any other reasons, in the past five years. No SafetyNet sub-contractor has terminated services to DHR due to default.

14

**4.2.5.1.4     Project Staff/Résumés/Job Descriptions**

**The Vendor must submit job descriptions detailing the level of education, experience, training, skills, etc. which emphasizes previous experience in the service area as described in this RFP for all key personnel who will be involved with the proposed project. The Vendor must indicate that it has sufficient staff to perform the services required in this RFP, if sufficient staff is not currently available, describe how staff will be obtained to provide the services and the timeline for obtaining the needed staff. Indicate the number of anticipated staff for each position title. List all professional licenses held by the vendor.**

SafetyNet is currently fully staffed and is providing Moderate level services to 27 children. SafetyNet's proposal expands existing staff levels by a small margin and proposes to add those staff members before the contract start date of January 1, 2010. SafetyNet has included job descriptions for the key personnel who will be involved with this project as an attachment. *Please refer to attachment 4.2.5.1.4 A.*

The following list identifies the number of employees by position and identifies the number of new employees necessary to enhance service delivery.

**Corporate Employees with Responsibilities over SafetyNet Academy, SafetyNet Crossings, and SafetyNet Villa:**

| Director, CEO | Lyndell Wheatley | 1 |
| Corporate Clinical Director | Emma Stacy Cosby | 1 |
| Director of Operations | Rob Brannon | 1 |
| Business Manager | Ashley Horn | 1 |
| Corporate Training Director | Sheila Hatfield | 1 |

| SafetyNet Positions | Total | New |
|---|---|---|
| Management | 5 | |
| Clinical Director | 1 | |
| Clinical Administrative Assistant | 1 | |
| Administrative Assistant/Receptionist | 1 | |
| Social Service Manager | 1 | |
| Therapists | 3 | |
| Equine Specialist | 1 | |
| Nurse Manager, Registered Nurse | 1 | |
| Licensed Professional Nurses | 1 | |
| Transportation Aides *(Medical Assistants)* | 1 | |
| School Administrator | 1 | |
| Teachers | 5 | |
| School Secretary | 1 | |
| Director of Assessment Services | 1 | |
| Human Resource Clerk | 1 | |
| Accounting Clerk | 1 | |

15

*ADAP v. SafetyNet*
*DHR # 000175*

| | | | |
|---|---|---|---|
| Food Service Manager | | 1 | |
| Cooks | | 2 | |
| Moderate Program Manager | | 1 | |
| Vocational Instructor | | 1 | |
| Maintenance Manager | | 1 | |
| Community Relations Coordinator | | 1 | |
| Direct Care Instructors | | 15 | (5) |
| Maintenance and Grounds Helper | | 1 | |
| | **Total** | **49** | **(5)** |

SafetyNet is licensed by the Alabama Department of Human Resources as a Child Care Institution.

*ADAP v. SafetyNet*
*DHR # 000176*

#### 4.2.5.1.5    Staff Performance Evaluations and Training

**Vendors must describe its staff development program regarding orientation, on-going staff evaluation and training that will be implemented throughout the contract period to ensure delivery of effective services that adhere to the Department's required performance standards.**

**SafetyNet** has an established training program designed to meet and exceed the requirements in the <u>Minimum Standards for Child Care Institutions</u>. SafetyNet offers **close to 100 training courses** to employees of all levels to provide continuing education and training to all employees. These courses have been developed and are offered to enhance each employee's ability to provide the highest level of service and treatment to the clients that are served. Training is provided monthly to direct care staff and bi-monthly to clinical staff; attendance is mandatory.

SafetyNet provides 40 hours of orientation training, which includes requiring the new employee to observe by "shadowing" an experienced employee for a minimum of 2 shifts. Only after completing orientation and shadowing is the new employee assigned a job responsibility.

The Moderate Program Manager constantly evaluates each employee for areas of strength and weakness. Areas that are identified as having weakness are pointed out to the employee and retraining is done as necessary to remove that as an area of concern. Annually each employee is given a comprehensive job evaluation with his/her immediate supervisor with the full intent of pointing out areas of excellence and areas that are in need of further improvement. Those areas are developed with the input of the employee and a course of action is implemented to improve any weak area. Additionally, the Moderate Program Manager reviews video footage from the dorm cameras and uses this individually with employees to point out areas of strengths and weaknesses.

The Corporate Training Director coordinates all staff training. All staff training is documented in a computerized personnel file as well as a paper file.  The personnel database produces a report of all training completed by employees and what training is needed. Required training has been provided and recorded on videotape/DVD. Tests for courses required in the <u>Minimum Standards for Residential Child Care Facilities</u> have been developed and must be taken immediately after employees view the DVD. Employees are required to score at least 70% on the test in order to get credit for the class. The Corporate Training Director and other members of the treatment team will continue to develop new courses to be delivered and taped to add to the library of staff training resources. Professional staff members are additionally encouraged to attend training at outside conferences applicable to his/her current position. SafetyNet pays for outside training for professional staff and reimburses staff for lodging and travel costs. *Please refer to attachment 4.2.5.1.5 A for a partial listing of all SafetyNet courses.*

*ADAP v. SafetyNet*
*DHR # 000177*

#### 4.2.5.1.6    Background Checks

**Describe in detail the steps that the Vendor will take to ensure that none of its staff, regardless of level, has been the subject of any incident or investigation which would call into question the propriety of that employee's working with children. Provide documentation that each employee has had an Alabama Bureau of Investigation (ABI) and a Federal Bureau of Investigation (FBI) criminal background check. Describe your organization's general procedure for addressing occurrences when an incident or allegation is reported, founded or unfounded.**

**SafetyNet** has a procedure described below to ensure that employees meet character and suitability requirements specified in the DHR Minimum Standards for Child Care Institutions.

Potential employees must complete a job application which includes questions regarding legal history as well as a form authorizing SafetyNet to conduct a complete background check. Before the application will be processed, the potential employee must pass an initial screening which consists of an internal background check done by the human resources department using www.alacourt.com.

Alacourt.com is an on-line, subscription based, real-time database that allows direct access to the Alabama State Judicial Information System in Montgomery, which contains current court information for every trial court in Alabama. The database covers every county in Alabama and includes: Civil Cases, Criminal Cases, Domestic Relations and Child Support, Traffic Cases, Outstanding Alias Warrants and Trial Court Dockets. If for any reason the applicant has a criminal record and he/she is deemed ineligible for hire, no further action is taken and he/she is not offered employment. In addition to the exclusions for employment outlined in the DHR Minimum Standards for Child Care Institutions including but not limed to DUI, Domestic Violence, and crimes against children, all legal history is reviewed and only the Executive Director has the authority to proceed with the interview process if the individual has any criminal history.

Alacourt.com also allows **SafetyNet** to enter names in the system to monitor on a daily basis and notifies **SafetyNet** if the name appears as a party in a new case filing. This allows for constant monitoring of employee to insure suitability requirements are maintained.

Once the potential employees are cleared through the internal background check, a criminal background check, ABI/FBI, is completed through the Alabama Bureau of Investigation. Should the background check reveal a criminal conviction that would prohibit the potential employees from employment, the potential employee is deemed ineligible for hire.

All employees are required to be cleared through the State Central Registry on Child Abuse/Neglect. (CA/N central registry clearance). If a report is returned indicating abuse/neglect, the employee is deemed ineligible for hire. A complete listing of all

18

employees in the Moderate program, their Background check clearance, and their Central Registry Clearance results can be found in **Attachment 4.2.5.1.6 A.**

Each potential employee must also pass a reference check done by the human resources department. Three positive references must be received in order for the applicant to be hired. One of the references must be a supervisor or former supervisor who is contacted and asked to give a statement on the applicant's previous work experience. References are also asked to verify the suitability of the applicant for a child care institution and any knowledge of past convictions. The other two references may be fellow co-workers or acquaintances who are also asked to disclose how they know the applicant, for how long and if they believe the applicant is suitable for employment in a facility working with children.

If there are reports that a SafetyNet employee has committed a crime, the employee will be placed on administrative leave. If neglect, maltreatment or abuse of a SafetyNet student is involved in the allegation, then the incident is reported to County and State Department of Human Resources offices. SafetyNet cooperates fully with the Department of Human Resources, and any law enforcement agencies, with regard to the investigation. The Executive Director, the Clinical Director and other members of the management team will review the report. If the investigation determines the charges were indicated, the employee is terminated and ineligible for rehire. If the charge is not indicated, and after a full administrative review, then the employee may be eligible to continue working at SafetyNet.

**SafetyNet** maintains an employee file complete with documentation of all the background and security checks described above. All current SafetyNet employees have undergone and passed a FBI/ABI background check, an alacourt.com criminal background check, and CA/N central registry clearance inspection. Documentation of these clearances is stored in the employees' personnel file. The information is available to DHR for any ongoing quality assurance audits, investigations or licensing requirements.

19

*ADAP v. SafetyNet*
*DHR # 000179*

### 4.2.5.2    VENDOR FINANCIAL STABILITY

**Vendors must include letters of audit findings/results from the auditor(s) who performed the last three (3) financial audits immediately preceding the issuance of this RFP.** *Copies of audits may be requested at a later date.* **Vendors of newly formed organizations, who have been in business less than one year must submit copies of any quarterly financial statements that have been prepared since the end of the period reported by your most recent annual report.**

**Please refer to Attachments 4.2.5.2.A** for SafetyNet Youth Systems letter of audit findings/results from the auditor who performed the last three (3) financial audits immediately preceding the issuance of this RFP.

20

*ADAP v. SafetyNet*
*DHR # 000180*

**4.2.5.3     METHOD OF PROVIDING SERVICES**
**4.2.5.3.1     Service Delivery Approach**

**The Vendor must provide a detailed description of the work plan and the methods to be used that will convincingly demonstrate to the Department what the Vendor intends to do, the number of children/youth and/or families to be served, the timeframes necessary to accomplish the work, and how the work will be accomplished. All requirements in Section 3: Scope of Project must be addressed in the Service Delivery Approach.**

There is a well established infrastructure in place which will enable SafetyNet to continue to provide quality services to the youth and families it serves. Key elements of the infrastructure that SafetyNet currently utilizes in service delivery are described below.

<b>INFRASTRUCTURE</b>

## FACILITIES

SafetyNet is located at 80 Mel Bailey Drive, Minter, Alabama. The campus is comprised of approximately 68 acres of rolling hills, 5 dormitory buildings, an administrative office, a staff supervisor's office, a chapel, two school buildings, an Equestrian Center, a gym, a fenced in swimming pool, maintenance building, and a cafeteria described below:

> 1. Eunice Hall houses twenty students, but is staffed for only sixteen. It contains two large living room areas, a small living room area, a laundry room, two storage rooms, a small kitchenette, ten bedrooms, six bathrooms and a staff restroom.
> 2. Winn Dixie houses ten students. This dorm contains five bedrooms, three bathrooms, one staff bathroom, two living room areas, a staff office and storage closet, a full kitchen, a dining room, and a laundry room.
> 3. Brewer Hall houses eight students. It contains four bedrooms, three bathrooms, two living room areas, a staff office, and a laundry room and dining room on the lower level.
> 3. Eagan Hall and Dodge Hall, the last two dorms, are set aside for use in the Intensive Residential Treatment Program.
> 4. Davis School, the primary school building, contains four large classrooms, a student computer lab, a room utilized for In School Suspension, two sets of student bathrooms, a staff bathroom, a records room, Principal's office, reception area, teacher's lounge, and teachers' computer lab.
> 5. The Middle School building has a very large classroom with a student bathroom and separate staff bathroom. There are also two offices and a copy/supply room.
> 6. The cafeteria building is set in a grove of trees overlooking the lake with screened windows covering three of the four walls. This creates a peaceful setting for students to enjoy their meals. The cooking area of the cafeteria is equipped with a walk in freezer, walk in cooler, two large storage areas, and a separate area for meal preparation with all commercial appliances.

*ADAP v. SafetyNet*
*DHR # 000181*

7. The A framed chapel is set atop the highest hill on campus overlooking the lake and Administrative office. The chapel features stained glass windows throughout along with covered pews and two rooms in the rear of the chapel so that accommodations can be made for students electing to not attend the non-denominational services.

8. The Administrative office contains a large reception area, two conference rooms, two restrooms, a copy room, a records room, a staff kitchen, Corporate Training Center, and sixteen offices.

9. The Equestrian Center is comprised of about thirty horses, a donkey, a pony, a large arena, a small arena, three barns, and about seven hundred acres of pastureland equipped with multiple riding trails.

10. The gym contains a full basketball court with a walking trail to the tennis courts.

11. The tennis courts are also equipped with outdoor basketball goals as well as a playground and athletic field nearby.

12. There are two lakes on campus utilized for fishing as well as a covered gazebo.

13. Adjacent to the athletic field is SafetyNet's fenced in swimming pool, which provides many opportunities for summer recreation.

## Technology

SafetyNet utilizes custom written software in the keeping of electronic medical records. This enables the clinical staff to electronically track all rules infractions, incident reports, and points related to the student. The SafetyNet electronic medical record also is used for monthly progress reports, treatment plans, case notes, medical appointments, medication changes, and treatment plan reviews. This software is able to produce reports that assist the clinical team in making more informed decisions regarding individual treatment as well as programming needs. For instance, a report can be produced showing which time of day more incidents seem to be occurring, in what area, and with what staff. Additionally, a pattern of worsening behavior can more easily be detected and compared with medication changes, scheduled leaves, and case notes. These tools have proven invaluable to treatment staff and have assisted the juvenile court system and the ISP team in gaining a clearer picture of the student's treatment issues and response to services. This system is operated via a local server and is HIPPA compliant. Already, one dorm is equipped with a security camera monitoring system. The camera system is comprised of 8 cameras installed in common areas of the dormitory. It records visual and audio data which is monitored/reviewed by the Moderate Program Manager and Clinical Director. This technology has enabled SafetyNet to make continued quality improvements to the program in terms of identifying training needs and more clearly understanding the behavior of the students. Current plans are for the camera system to be expanded upon over the next 12 months so that every dorm will be equipped with cameras.

## Transportation

SafetyNet operates an SUV and a 9 passenger van which are used to transport students to and from local medical appointments, recreational activities, educational field trips, GED testing, and home visits.

ADAP v. SafetyNet
DHR # 000182

## SERVICE DELIVERY APPROACH

SafetyNet is requesting to serve 38 children in its Moderate Level Treatment Program. SafetyNet has operated a Moderate Level Treatment Program over the last 5 years serving 27 students currently. SafetyNet intends to continue to provide services in the same manner with some modest staff additions to amplify the intensity of its overall therapeutic approach and meet the need for the increased number of students. SafetyNet will be prepared to begin serving 38 youth by January 1, 2010. The overall treatment program will remain a **cognitive behavioral approach** utilizing a point and level system to address problematic behaviors. SafetyNet maintains a focus on rewarding student for displays of positive behavior with level promotion and points which can be redeemed at the on campus point store. Students receive increased levels of privilege as they promote through the level system from the Freshman Level to the Junior Level, and finally to the Senior Level. The SafetyNet treatment team holds bi-weekly meetings to discuss each student's treatment plan progress and assess the appropriateness of adjusting their achieved level. Students displaying Senior Level behaviors are eligible for discharge from the Moderate Program as established through their Multidimensional Assessment Tool finding and/or by an agreement of the members of the ISP team.

## PROGRAM REQUIREMENTS

**The formatting used for this section will be the same as the formatting used on page 15 of the <u>RFP # 2009-100-08, Section 3.0, Moderate Residential Care Service Programs.</u> *SafetyNet attests that it meets or exceeds all of the requirements identified below and will continue to meet these standards.***

SafetyNet delivers Moderate Residential Services in a congregate care setting, including room, board and an array of services for a child with moderate and/or serious emotional and/or behavioral management problems that interfere with the child's ability to function in the family, school and /or community setting in other than a residential environment. SafetyNet utilizes the Moderate program for children whose needs cannot be met in their own home, traditional foster home, basic residential care, or children who have reached their treatment goals in a more restrictive setting and are ready to be "stepped down". All children that are placed in the Moderate Residential Program require 24-hour staff members, which remain awake, for proper supervision to prevent/respond to the following behaviors which include but are not limited to: fighting at night, inability to sleep and wandering around, attempting sexual contact with other residents, attempted runaway patterns, among others.

Children eligible for this program have a <u>Diagnostic & Statistical Manual, Fourth Edition</u> (DSM-IV) diagnosis of mental illness from a psychological evaluation conducted within the past 24 months. Additionally, each child admitted into the program has had an assessment of the child's behavior by the Multi-dimensional Assessment Tool (MAT) indicating that he needs placement in this type of program. SafetyNet does not accept

23

***ADAP v. SafetyNet***
***DHR # 000183***

children for pre-placement who have not had a MAT completed, unless approved by State DHR.

Youth accepted into the Moderate Program may have substance abuse treatment needs and may have successfully completed an Alcohol and Drug Treatment Program. Youth additionally are displaying many of the following problematic behaviors: delinquency, manipulative behaviors, have difficulty maintaining self-control, display poor self-esteem, and have difficulty in securing and maintaining close relationships with others. Youth with a history of sexual offenses are admitted if they have successfully completed a sex offender treatment program and/or have been deemed not to pose a serious risk to re-offend others by a recognized sex offender treatment professional.

The youth admitted into the Moderate Program have not responded successfully to less intensive interventions, or have been denied admission or been discharged from less intensive placements because of their emotional and behavioral problems. Additionally, youth who are stepping-down from Intensive Residential Treatment Programs or DYS programs (who are in DHR custody) are admitted. The behavior of these youth is not well controlled without constant adult supervision. Some youth are in need of the use of psychotropic medication. Although usually in good health, these youth sometimes require medical attention for health problems or for monitoring medication.

Youth in the Moderate Program typically have: (1) the need for clinical treatment to be able to function in school, home, or the community because of multiple problems; (2) have not responded successfully to less intensive treatment and/or have been denied admission or discharged from various placements because of emotional and behavioral disruption; and/or (3) behavior that is not well controlled without constant adult supervision or use of psychotropic medication; basic structure and nurturance are not sufficient to meet their needs.

While SafetyNet also provides Intensive Level services, different dorms are used for each program. **Staff members are not shared between the Moderate and Intensive Level Programs during the same shift.**

**The formatting used for this section will be the same as the formatting used on page 15 of the <u>RFP # 2009-100-08, Section 3.1, Planning Responsibility</u>.** *SafetyNet attests that it meets or exceeds all of the requirements identified below and will continue to meet these standards.*

SafetyNet recognizes that the State Department of Human Resources Office (SDHR) or County Department of Human Resources has planning responsibility for each child placed by DHR and therefore has the responsibility to provide appropriate documentation including services relating to the Individual Service Plan (ISP). All services provided are authorized on an ISP. If SafetyNet does not receive an ISP within ten (10) days from the date of placement, SafetyNet notifies the State Department of Human Resources of such deficiencies. In order to protect the critical relationship that exists between SafetyNet and County DHR Social Workers, SafetyNet requires that the County DHR Social

24

Worker sign a statement at placement that affirms he/she understands the ISP policy and SafetyNet's obligation to report ISP deficiencies to SDHR. Additionally, SafetyNet notifies the DHR Social Worker's Supervisor and/or the Executive Director of the County office of ISP deficiencies prior to reporting them to the State Office, but does stay in compliance with the 10 day deadline.

**The formatting used for this section will be the same as the formatting used on page 16 of the RFP # 2009-100-08, Section 3.2. Program Requirements.** *SafetyNet attests that it meets or exceeds all of the requirements identified below and will continue to meet these standards.*
SafetyNet has successfully completed multiple DHR licensing audits over the last 6 years and currently holds a 2 year license. Additionally, the SafetyNet Academy School was recently audited by the Department of Education and no mandatory changes were required.

**A. Be licensed by DHR or DMH**
SafetyNet currently holds a 2 year license for 74 beds with the Department of Human Resources. The Administrative staff will work collaboratively with the clinical team to ensure that DHR licensure is maintained. The Clinical Director will oversee monthly audits of student and personnel files selected at random.

**B Screen referrals to ensure the referral is appropriate; Assess each child's mental, behavioral and emotional functioning in its living environment, school and community using a standardized assessment tool on admission, quarterly thereafter and upon discharge.**
Referrals are evaluated by numerous members of the treatment team and ultimately the Clinical Director who ensures that the student meets admission criteria and behaviors as described in section "3.0 Moderate Residential Care Service Programs." If a student is rejected, a letter is sent to the referring county and State DHR offices outlining the reasons for the rejection immediately. When possible, alternative placement recommendations for the child are offered. SafetyNet utilizes the CGAS (Children's Global Assessment Scale) for youth up to the age of 18 and the GAF (Global Assessment of Functioning Scale) for youth age 18 or older. Training in the effective use of this assessment scale is provided to the clinical team annually. The assignment of a CGAS or GAF score is repeated at treatment team meetings at least quarterly and at discharge. Several educational assessments are utilized to assess educational functioning such as the KIAT. Additionally, vocational aptitude and interest tests such as Career Scope are utilized. SafetyNet's Student Database tracks all rules violations, and incidents to monitor progress on a daily basis so that therapists and other members of the treatment team can respond more effectively to problems with students. The results of this data are communicated to the DHR Social Workers in the monthly progress report mailed to the county by the 15th of each month and discussed at the ISP meeting. These results are utilized to develop and modify the treatment plan so that students can work towards realistic, definable goals and move toward discharge to a less restrictive living environment.

25

**C. Conduct pre-placement visits as determined appropriate by County/State DHR staff.** A pre-placement visit form is begun at admission and completed by the assigned therapist between 3 and 7 days of admission to ensure that the student admitted is appropriate for the SafetyNet Moderate Level Program.

**D. Participate and/or provide meaningful input in the ISP process including scheduling and coordinating the child's treatment plan in conjunction with the family's ISP. The discharge plan to be developed at the time of placement; the initial treatment plan to be developed within 10 days from date of placement, the comprehensive treatment plan within 30 days from the date of admission, and the treatment plan held every 90 days thereafter.**
The initial evaluation is completed by the Director of Assessment Services within 72 hours of admission. This evaluation includes an initial treatment plan as well as a discharge plan. The referring Social Worker contributes information to be utilized in this evaluation. SafetyNet strives to complete an ISP **at the time of placement that includes a clear discharge plan.** When that is not feasible, as in the case of an emergency placement, an ISP is scheduled within 10 days of placement. The Clinical Administrative Assistant works diligently communicating with the referring Social Worker to coordinate this meeting. When possible, members from the nursing and educational departments participate in this ISP meeting so that services are coordinated and the IEP can be completed in conjunction with the ISP. Therapists complete the Individualized Treatment Plan within 30 days of admission, with input from the DHR Social Worker, student, and family member if applicable. Therapists fully participate in the ISP process and incorporate services outlined in the ISP into the treatment plan. These plans are reviewed and updated every 90 days in the format of the treatment plan review that is completed by the Director of Assessment Services.

**E. Create a behavioral management plan for the child or youth with input and collaboration with the family's ISP Team; implement and monitor the child's behavior management plan.**
The family's ISP team meets upon admission to discuss SafetyNet's behavioral modification program specifying rewards unique to the individual student. Each treatment plan contains a behavioral management plan. Additionally, therapists may develop additional behavioral contracts with students when the plan in place does not meet the child's needs. Behavior is continuously monitored by assigned therapists by reviewing rules violations as well as written incident reports. Affectionately known by the students as "the Money Store", the Campus Store is equipped with clothing, shoes, sports equipment, and radios among other items requested by students and determined appropriate by the treatment team. The Campus Store is designed to encourage students to save allowance money and develop money management skills. They are allowed to shop on campus along with staff to purchase goods. This can be an effective tool if students intentionally destroy clothing. The natural consequence of having to replace their clothing with allowance money at the Campus Store is utilized and has proven effective in altering this behavior. Items are sold at or below cost and receipts are monitored by the business office to protect students from exploitation.

26

**F. Ensure that staff (rotating & wake) will be available for children 7 days a week, 24 hours a day**

SafetyNet employs Direct Care Instructors to provide direct supervision of the students 24 hours a day, 7 days a week. Instructors work 12 hour shifts three days per week. Additionally, nursing staff is on duty and available from 6 am to 10 pm seven days per week. The School Administrator resides in on campus staff housing and is available for emergency purposes. Additionally, the Nurse Manager, Moderate Program Manager, Clinical Director, Corporate Clinical Director, and Executive Director are on call 24 hours per day, seven days per week.

**G. Offer staff the training recommended in <u>Minimum Standards for Residential Child Care Facilities</u> on page 18-19.**

The Corporate Training Director coordinates all staff training. Staff training is documented in a computerized personnel file. This database produces a report of all training completed by employees and identifies what training is still needed. Required training has been provided and recorded on videotape/DVD. Tests for courses required in the <u>Minimum Standards for Residential Child Care Facilities</u> including courses on particular diagnoses and psychotropic medications, have been developed and must be taken immediately after employees view a course recorded on DVD. Employees are required to score 70% on the tests in order to get credit for the class. The Corporate Training Director and other members of the treatment team will continue to develop new courses to be delivered and videotaped to add to the library of staff training resources. To date, SafetyNet has almost 100 courses in its staff education library. Professional staff is encouraged to attend training at outside conferences applicable to their current position. SafetyNet pays for outside training for professional staff and reimburses staff for lodging and travel costs. The lack of completion of training hours results in disciplinary action up to termination of employment.

**H. Provide monthly reports to referring county DHR describing services provided during the month and the child's progress toward achieving the goals outlined in the treatment plan.**

A custom written software program is utilized for the development of monthly reports. The Clinical Director and Corporate Clinical Director are able to conduct an audit and discover within minutes if there are any delinquent monthly reports. The medical events, incident reports, rules violations, and medications are imported into these monthly reports by the computer software program. The computer software program is being upgraded so that home visits and on campus family visits can be tracked electronically and included in these reports. The Clinical Administrative Assistant ensures that these reports are submitted for mailing by the 10th of each month so that they are received by referring Social Workers by the 15th.

**I. Work with the placing DHR office to ensure that the EPSDT screening is completed according to schedule; update EDS software with the provider number and screening dates, as appropriate; provide copy of screening to county DHR.**

The Clinical Administrative Assistant determines whether or not an EPSDT screening was completed within 90 days prior to admission. If not, the Clinical Administrative

27

Assistant requests the referring DHR Social Worker to have one completed prior to admission. In the event of an emergency, the Nurse Manager ensures that an EPSDT is scheduled as soon as possible after admission. The student's EPSDT screening date is entered into the SafetyNet computerized database system so that the appointment can be tracked and the Nurse Manager will be alerted when it is time for the next screening. The Nurse Manager further requests a copy of the EPSDT screening from the Physician's office, if the screening is completed while the student is at SafetyNet, and sends to the referring DHR Social Worker. The Business Manager updates the EDS software with the provider number and screening dates unless the DHR Social Worker has already made the update.

**J. Ensure that children receive needed educational services.**
SafetyNet operates an on campus school; students are in class from 8:00 am to 3:00 pm with class sizes ranging from 10-15. The School Administrator reviews records to ensure compliance with the Department of Education standards and that children receive quality educational services. Students receive standardized testing within the first 30 days of admission to determine the grade level they are currently functioning at unless there was a similar test given in the 6 months prior to admission. Students qualifying for Special Education Services have IEPs developed in conjunction with the ISP at admission or within the first 10 days of placement. SafetyNet has three teachers certified in Special Education as well as two General Education teachers. The school also employs an Administrative Assistant who is responsible for the maintenance of educational records. Homework Assistance is provided by the School Administrator, Administrative Assistant, or Direct Care Instructor selected by the treatment team for this assistance. SafetyNet utilizes Surrogate Parents for youth not having family involvement to participate in the IEP process. ALL SafetyNet teachers attend professional development training, including the Mega Conference.

**K. Ensure that the child receives routine and emergency medical care.**
SafetyNet has access to emergency medical services through the 911 system. SafetyNet has an agreement with Selma Pediatrics and Wilcox Medical Center in Camden to conduct all EPSDT screenings on students and see students for all medical illnesses unless a specialist is required. There is one hospital within 15 miles of campus and another within 25 miles for emergency medical needs. The Nursing Department is responsible for ensuring that each student has an EPSDT screening completed annually, has regular dental checkups, and regular eye exams. The computerized Student Database tracks these appointments and the Nurse Manager is able to print a report monthly of all students needing routine appointments. The Nursing staff assesses students who report symptoms and arrange for a doctor's appointment when indicated.

**L. Make every effort to maintain the placement of a child/youth until the treatment goals are accomplished. Unless there is clear documented evidence that a child is a danger to himself or others, and an ISP Team meeting must be held prior to discharge.**
SafetyNet works diligently with students and Social Workers to ensure that placements are successful and that students achieve their treatment and ISP goals. Therapists request

28

an ISP meeting if a student appears at risk or disrupting his placement in the Moderate Program. Interventions are agreed upon and implemented by the ISP team and the treatment team. Only when there is documented evidence that a student is a danger to himself or others, is a recommendation for the student to be removed from the Moderate Care Program. This includes circumstances such as the student committing an assault that resulted in an injury to staff or another student or a suicide attempt that occurs in a recommendation for acute hospitalization.

**M. In conjunction with the ISP team, the vendor must develop a discharge plan to include a recommendation for aftercare. The discharge plan must be developed at the time of placement.** At the point of admission, a discharge plan is established that is clear to all parties. Whenever possible, DHR Social Workers are asked to identify possible placements if the discharge plan will be Transitional or Independent Living. Contingency plans are established to prevent a regression in behavior should the primary discharge plan fail to materialize. At the point that the student reaches the Senior Level of the Moderate Program, Social Workers are encouraged to place the student's name on a waiting list if the plan is for Independent or Transitional Living. If the plan is for placement in a home setting, pre-placement visits are scheduled to ensure a smooth transition.

**N. Outcome data must be submitted in a format prescribed by SDHR.**
Tracking data elements are included in the computerized student database so that a series of reports can easily be produced and utilized for the completion of the SDHR report regarding outcomes. This report is submitted as required by DHR.

**O. Administer a survey (at discharge) to the child, family, and DHR social worker to assess satisfaction with services, care and treatment. At six weeks, the survey must be repeated with the same individuals.**
SafetyNet administers a Satisfaction Survey at discharge to the student, parent/s, and the DHR Social Worker. A different follow up questionnaire is completed at 6 weeks post discharge; 6 months post discharge, and one year post discharge. The Student Aftercare Questionnaire determines if progress was maintained. These results are entered into the student computerized database for the completion of reports and used for quality improvement purposes. These surveys are kept in the students' file as well as an additional file in the records room for quality improvement purposes. A quarterly summary of survey results is submitted to include any program changes instituted as a result of the survey.

## CORE SERVICES PLAN

**The formatting used for this section will be the same as the formatting used on page 17 of the RFP # 2009-100-08, Section 3.3 Core Services for Moderate Residential Programs.** *SafetyNet attests that through the implementation of the following plan that it provides and will continue to provide all of the services identified below.*

29

*ADAP v. SafetyNet*
*DHR # 000189*

**A. Monitor and administer medication, as appropriate to meet the needs of the individual child.** SafetyNet employs Licensed Practical Nurses (LPNs), supervised by a Registered Nurse (RN) to monitor and administer all medication. An AIMS (Abnormal Involuntary Movement Scale) is completed upon admission on all students and every 6 months thereafter for all students taking psychotropic medications. More frequent AIMS testing is completed if needed and ordered by the Physician.

**B. Provide basic living skills training a minimum of 2 hours daily in accordance with the outcomes identified in the ISP for activities including the development, or improvement and reinforcing of age-appropriate social, communication, and behavioral skills.** During the initial ISP meeting, individual goals are established for each student based on their individual needs. On average, 6 hours of basic living skills training is provided daily as it is taught within the classroom and in the dormitory buildings. The Moderate Program Manager plans the courses that are taught daily and provides material to the Direct Care Instructors who deliver them. The School Administrator selects courses taught within the school in conjunction with the Moderate Program Manager so there is no duplication. Basic living skills topics include money management, laundry, housekeeping, elements of a healthy lifestyle, behavioral education, stress management, and personal hygiene.

**C. Provide local transportation to appointments identified in the ISP (i.e., physicians, family visits, extra-curricular activities, etc.)**
Medical Assistants serve on the treatment team with one of their key functions being transporting students to medical appointments and family visits. Supervisors or therapists transport students to extra-curricular activities. All staff that transport children are required to pass a driving background check conducted by the company automobile insurance carrier. A list of staff approved to drive SafetyNet vehicles is maintained in the personnel office.

**D. Consistent with the ISP, ensure the child's involvement in at least one extra-curricular activity of the student's own choosing.** SafetyNet strives to ensure that students are active within the community to better prepare them for discharge and offer them a lifestyle that would be similar to their peers not in foster care. Students are encouraged to discuss their interests with the Moderate Program Manager upon admission and throughout their stay so that arrangements can be made to facilitate their ability to participate in extra-curricular activities.

**E. Provide a minimum of $5-10 per week allowance based on the child's age and the ISP. Allowances will not be used to recoup for damages or restitution. If additional monies are earned, recoupment for damages or payments for restitution may be made from them.**
Students earn allowance while at SafetyNet, but there is no association between behavior and allowance (as is required by DHR). There are opportunities for students to spend allowance money by withdrawing funds from their account when going on off-campus outings or home visits. Staff includes money management and budgeting techniques training during the administration of the allowance program. Additionally, students have

30

access to the Campus Store so that they can purchase clothing, shoes, and other items to assist with developing money management skills. Every effort is made to make this a positive learning experience for students.

**F  Provide up to $50 per month for special needs and occasions, e.g., haircuts, feminine hygiene products, oral and body hygiene products, over-the-counter medications, gifts for birthdays, Christmas or other special occasions, etc.**
At least $50 per month is budgeted for special needs and occasions including haircuts, hygiene products, over-the-counter medications, and gifts for birthdays, Christmas, or other special occasions. SafetyNet also has relationships with various Church organizations that are involved in providing students with gifts at Christmas. The Moderate Program Manager assigned is responsible for coordinating the students' birthday celebrations. When appropriate, the student is provided with an opportunity to spend birthdays and special holidays with families, either on or off campus.

**G.  Conduct mental health consultation with DHR, counselors, teachers, and other professionals relevant to foster children not to exceed the daily caps in the Medicaid Provider Manual**
SafetyNet therapists conduct mental health consultations regularly, but at a minimum monthly, with the referring county DHR Social Workers. Additionally, if the student has an assigned Juvenile Probation Officer (JPO), the assigned therapist conducts regular mental health consultations with him/her. To assist with preparation for discharge, therapists conduct mental health consultations with the teachers who will have the responsibility of teaching students post discharge. Additionally, other professionals who will be serving the student post discharge such as a Vocational Rehabilitative therapist, a Mental Health therapist, and a Psychiatrist are also contacted and briefed with the DHR Social Worker's permission. These consultations never exceed the daily caps in the **Medicaid Provider Manual**.

**H.  Make a minimum, bi-weekly contact with the therapist of the child or family to monitor progress or outcomes in counseling.** All students receive counseling administered by SafetyNet staff. If the student's family is receiving counseling from a different provider, the SafetyNet therapist maintains contact with that provider so that services can be coordinated to provide the best possible outcomes for the student.

**I.  Provide supportive services to the family as agreed in the ISP. This may include but is not limited to supervision of family visitation, providing space where the family can visit comfortably, and flexibility of program structure that allows family contact at times that work for them.**
A family visitation weekend is held the fourth Friday of each month; however, accommodations are made for families needing to visit at alternate times. Many families elect to bring fishing poles and picnic baskets so that they can enjoy a pleasant family visit by the lake. Additionally, the lower level of Brewer Hall is designated for family visitation. This area contains a living room, kitchen, dining area, two bedrooms, and two bathrooms. If supervision of the visit is specified in the ISP, the student's therapist provides this supervision or designates an alternate appropriate staff member for that

31

*ADAP v. SafetyNet*
*DHR # 000191*

duty. Family support is provided regularly to families by the therapist to inform them about the student's progress and make them aware of the student's treatment needs. The nursing staff or another member of the treatment team supervises all phone calls and ensures that only approved parties are contacted by students. Family participation in treatment planning is encouraged by scheduling sessions in conjunction with family member visitation. It is the responsibility of the Clinical Director to ensure that family contact and visiting policies and practices are in compliance with DHR policy regarding family contact and visitation.

**J. Consistent with the ISP, provide bi-weekly group therapy sessions for children.**
SafetyNet utilizes a variety of therapeutic groups led by Masters Level Clinicians. Group topics vary depending on population needs but currently include the following topics with resources outlined in Table A below. In addition to the groups listed below, Equine Assisted Psychotherapy is offered as a group and groups focusing on preparing students for discharge are also offered.

### TABLE A
### THERAPEUTIC GROUP TOPICS

- ❖ Therapeutic Boundaries based on the book <u>Boundaries: When to say yes, when to say no to take control of your life</u> by Dr. Henry Cloud & Dr. John Townsend
- ❖ Healthy Versus Unhealthy Relationships based on the book <u>Safe People</u> by Dr. Henry Cloud & Dr. John Townsend
- ❖ A Sexual Abuse Survivors group based on the book <u>Courage to Heal</u>
- ❖ Therapeutic Forgiveness based on the book <u>Forgive to Live</u> by Dr. Dick Tibbits and <u>Choosing to Forgive</u> by Les Carter, PhD & Frank Minith, PhD
- ❖ Anger Management based on the book <u>The Anger Workbook</u> by Les Carter, PhD & Frank Minith, PhD
- ❖ Overcoming abuse based on works by Dave Pelzer such as <u>Privilege of Youth</u> and <u>A Man Named Dave</u>
- ❖ Coping Skills group based on <u>104 Activities that Build Self-Esteem, teamwork, Communication, Anger Management, Self-Discovery, Coping skills</u> by Alanna Jones
- ❖ Substance Abuse prevention based on Approved curriculum from P.A.S.S. (Peers Are Staying Straight)

**K. Consistent with the ISP, provide a minimum of 2 hours per week of tutoring by a person qualified to offer specialized assistance in a certain subject; monitor the tutoring for the achievement of outcomes in the child's educational setting.**
If tutoring is needed and included in the ISP, a teacher, volunteer, or intern will provide up to an hour of tutoring five days a week with the student.

**L. Provide up to 4 hours per week of crisis intervention as needed.**
SafetyNet therapists operate a rotating on call schedule which enables them to respond to crises during and after normal business hours. When possible, the therapist assigned to the student intervenes each time the student is in crisis. If that therapist is unable to

32

respond, the on call therapist responds to the crisis to offer whatever services are needed to stabilize the situation. SafetyNet does not limit this service to 4 hours, as required in this RFP, but offers crisis intervention services routinely, 24 hours per day, and 7 days per week. The School Administrator resides on campus and is able to respond quickly to crises that occur outside of normal business hours. Additionally, the Moderate Program Manager, Clinical Director, Corporate Clinical Director, Nurse Manager, Executive Director, and Psychiatrist are all on call 24 hours per day, 7 days per week.

**M.  Provide individual counseling, as needed and authorized in the ISP, to meet the child's treatment goals. Individual counseling must be provided by a qualified professional that meets the definition as described in Chapter 105 of the Medicaid Manual.**
SafetyNet's social service staff consists of Masters Level Clinicians trained to provide counseling services. All therapists meet the definition for a mental health qualified professional as described in Chapter 105 of the Medicaid Manual. Students receive individual counseling services with a frequency based on need and specified in the ISP. Counseling focuses to achieve goals specified in the ISP and the student's individual treatment plan. Therapists are encouraged to routinely assess and monitor progress and discuss treatment gains or difficulties with the treatment team at bi-weekly levels meetings.

**N.  Provide family counseling, as identified in the family's ISP.**
SafetyNet's social service staff consists of Masters Level Clinicians trained to provide counseling services. All therapists meet the definition for a mental health qualified professional as described in Chapter 105 of the Medicaid Manual. Therapists are encouraged to receive further training in the area of family therapy as research demonstrates that the addition of this intervention greatly improves outcomes. Students with family therapy identified as a need in their ISP receive regular family therapy services. If family therapy is not identified as a need, the therapist assesses the dynamics of the student and his family to determine if there would be a benefit to adding this intervention to the service delivery. When appropriate, this recommendation is made to the ISP team so that the intervention can be added and delivered.

**O.  Ensure that a physician assessment is performed by qualified medical staff, when needed and identified in the family's ISP.**
SafetyNet contracts with two Psychiatrists system wide to provide psychiatric services including medication management. Dr. Baltz is the Psychiatrist that covers the Academy campus three to four times per month in addition to providing on call services 24 hours a day, 7 days per week. Dr. Baltz assesses students for medication management and diagnostic purposes upon admission, at least monthly, and then every 2 to 3 months once substantial progress has been achieved. For medical services, SafetyNet transports students to Selma Pediatrics and Wilcox Medical Clinic. The SafetyNet Nursing Department only utilizes qualified staff to conduct physician assessments and such assessments are included in the ISP.

33

*ADAP v. SafetyNet*
*DHR # 000193*

**P. Ensure that diagnostic testing is provided by qualified staff (Must be signed off by a licensed PhD Level Psychologist).**

The Director of Assessment Services completes all Psychological testing and meets the qualifications specified in Chapter 105 of the Medicaid Manual. He holds a LPC license and has a PhD in Educational Psychology. The Director of Assessment Services has 30 years experience assessing and treating children and adolescents with mental illness. If diagnostic testing is included as a service, it is also included in the ISP. Table B below includes a sample of tests utilized at SafetyNet.

### TABLE B
### ASSESSMENT TOOLS UTILIZED AT SAFETYNET

| TEST/METHOD | MEASURES |
| --- | --- |
| WIAT-II | Achievement |
| WISC-IV | Intelligence |
| WAIS-III | Intelligence |
| KBIT2 | Intelligence |
| UNIT | Intelligence (nonverbal) |
| RCMAS | Anxiety |
| CDI | Depression (children) |
| RADS-2 | Depression (adolescents) |
| TSCC | PTSD |
| MMPI-A | Personality |
| PIY | Personality |
| GADS | Asperger's rating scale |
| CPT-II | ADHD (attention) |
| Conners' | ADHD rating scale |
| DBRS | ADHD and ODD rating scale |
| CBCL | Behavior rating scale |
| CAFAS | Functional assessment |
| C-GAS/GAF | Functional assessment |
| Clinical Interview | |

**All services provided above and beyond the cores services listed, must be authorized by the ISP and on a DHR-1878 to authorize payment of such services.** SafetyNet offers only services authorized by the ISP unless they are authorized on an 1878. It is extremely rare that SafetyNet needs to request an 1878 to authorize payment for additional services as historically the services currently delivered are sufficient to meet the needs of students in the Moderate Program.

**All services billed as Medicaid Rehab are in compliance with Chapter 105 of the Medicaid Provider Manual and do not exceed the daily caps.** SafetyNet understands and acknowledges that they may, in certain circumstances and in

34

*ADAP v. SafetyNet*
*DHR # 000194*

accordance with the County Department's procedures, bill the County Department for certain ancillary services.

35

*ADAP v. SafetyNet*
*DHR # 000195*

#### 4.2.5.3.2    Start-up Plan

**All Vendors must include a detailed project schedule that is comprised of the detailed work plan for the entire project. This section should also include any proposed additions to the tasks outlined in the *Section 3: Scope of Work*.**

SafetyNet Academy is currently a fully functioning Moderate Residential Treatment Program for 27 children. The number of slots proposed is an increase in those currently served; therefore, the changes the program will make to accommodate those additional slots will be discussed here.

SafetyNet is proposing to increase the number of students it serves in this program from 27 to 38. Therefore, some modest staff additions to strengthen and otherwise amplify service delivery and student outcomes associated are included here.

The addition of a Corporate Training Director has been made recently to enhance the training offered to all staff. It is SafetyNet's goal to minimize the use of seclusion/restraint by strengthening de-escalation techniques through ongoing training. SafetyNet envisions being able to eliminate the use of these restraint procedures as direct care staff members learn the art of arriving at cooperation through negotiation. The Corporate Training Director also coordinates ongoing training for therapists that serves to enhance their expertise in specialty areas. Two therapists have been certified by EAGALA to provide **Equine Assisted Psychotherapy**. Another has received initial certification training in **Eye Movement Desensitization Retraining (EMDR)** which is the leading treatment approach for Post Traumatic Stress Disorder and victims of abuse. Due to the positive response to this approach displayed by the students working with this clinician, SafetyNet is contracting with the EMDR- Humanitarian Assistance Program to come to Minter, Alabama and provide certification training to all SafetyNet clinicians. This will enable SafetyNet to begin offering this approach to all students by January 1, 2010.

SafetyNet will add 5 Direct Care Instructors to facilitate staffing of an additional group to accommodate the increased slots. SafetyNet will make these staff additions in mid December 2009 so that individuals will be prepared to begin work by January 1, 2010.

*ADAP v. SafetyNet*
*DHR # 000196*

**4.2.5.3.3    Referral, Admission and Exclusion Policy**

**Vendors must describe the population of children that will be accepted into the proposed program; include, age, sex and type(s) of behavior. Vendors must include a copy of their policies and procedures for admission and intake including criteria for referral and acceptance into the program. Describe specific criteria for exclusion from the program.**

Males age 13-18 will be eligible for admission to SafetyNet Academy's Moderate Program. (SafetyNet serves females at its Montgomery County campus.) Referrals will be reviewed by the Clinical Director for appropriateness and the referring Social Worker will be given a response as to whether or not the student will be accepted within 24 hours of the receipt of the referral. Males with mild to moderate emotional and/or behavioral problems will be accepted. Students discharging from an Intensive level program such as SafetyNet's or a DYS program (in DHR custody) are appropriate referrals. Additionally, students who have disrupted a Therapeutic Foster Care placement or a Basic Level Care placement due to disruptive behavior or behavioral problems at school are appropriate referrals. These individuals generally are males who need close supervision due to problems which may include truancy or leaving home without permission, among others. These individuals may be diagnosed with one or more of the following disorders: Attention Deficit Hyperactivity Disorder, a Depressive Disorder, Generalized Anxiety Disorder, Post Traumatic Stress Disorder, Reactive Attachment Disorder, Oppositional Defiant Disorder, or Conduct Disorder.

**Admission Criteria:**

- *Must* have a DSM-IV diagnosis from a psychological evaluation conducted within the past 24 months.
- *Must* have an assessment of the youth's behavior by the MAT indicating that the child needs placement in this type of program
- *Must* be male age 13-18(females are served at the campus in Montgomery)
- *Must* have not responded successfully to less restrictive interventions or denied admission from less restrictive interventions
- *May* have substance abuse needs and/or successfully completed an Alcohol and Drug Treatment Program
- *May* have delinquency issues
- *May* have manipulative behavior, trouble maintaining self-control
- *May* have difficulty in securing and maintaining close relationships with others, display poor self-esteem, be habitually truant from school, or have difficulty accepting authority
- *May* have medical problems requiring attention or the monitoring of medication and diet
- *May* be in need of psychotropic medication
- *May* be in need of constant adult supervision
- *May* have completed a sex offender treatment program and score a mild or moderate risk to re-offend others

37

**Exclusionary Criteria:**

- Have a diagnosis of Mental Retardation as is consistent with Medicaid requirements for admission. However, exceptions will be made if so granted by SDHR.
- Pose a substantial risk to the safety of others
- Have the need for the **frequent** use of physical management due to aggressive behavior or **require intensive** behavioral modification strategies
- Have been identified as a sex offender and determined by a sex offender treatment professional as being at serious or high risk or re-offending others

**Please refer to Attachment 4.2.5.3.3 for a copy of SafetyNet's admission policy**

38

*ADAP v. SafetyNet*
*DHR # 000198*

### 4.2.5.3.4     County/Counties to be Served and Number of Slots Proposed

**Vendors must identify the specific county/counties to be served and specify the gender and age of the population to be served.  In addition, Vendors must also specify the number of slots (not units of service) they propose to serve.**

SafetyNet is conveniently located in the central part of Alabama, Dallas County, and accepts **referrals from the entire state**.  SafetyNet is proposing to serve Moderate Residential Services to 38 slots to males age 13-18.  *SafetyNet has the capacity, which it currently utilizes, to bill Medicaid electronically and receives payments from Medicaid for all eligible children.*

39

#### 4.2.5.3.5    Discharge Policy

**Vendors must describe the process and criteria for reunification planning with children/families and coordination with the ISP Team; as well as pre-discharge and aftercare planning requirements. State the program's policy on discharge prior to program completion, including emergency discharges. Vendors must state the program's policy concerning re-admission of children. Provide an example of the program's process for moving children through the goals and objectives outlined in an ISP, to include provisions of "step down" to a less restrictive placement.**

Even before acceptance for admission/intake. SafetyNet attempts to **identify discharge criteria** with treatment plans designed accordingly. With the cooperation of the admitting agency, the identified discharge plan is then incorporated into each student's ISP as discussed with the assigned therapist. Likewise, long-term goals and available resources outside SafetyNet are also taken into consideration throughout the students' treatment. **A contingency plan is formulated** to prevent students from being discouraged if their primary discharge plan fails to materialize. Internal research has demonstrated that of those students who successfully completed treatment, there was an average of 6.37 overnight leaves or home visits over their stay and 3.96 individuals approved for phone, mail, or on campus contact. Of those students who failed to complete the program there was an average of only 1.62 off campus leaves or home visits and 2.06 family contacts. Therefore, Social Workers are strongly encouraged to identify visiting resources for individuals that have no family resource. Many students who successfully completed the program in the past visited with approved respite homes that assisted in preparing students for community living. However, if **reunification with a family member is the goal, not only are regular visits emphasized, but the family member is also an active member of the treatment team.** If a foster parent is the placement resource, that person is included in the treatment process. In instances where in a foster home, independent living home, or group home is the discharge plan, treatment staff are available to assist Social Workers in providing clinical information needed in the referral process.

A students' progress toward discharge is evaluated informally on an ongoing basis, and systematically with each treatment plan review (every 90 days). Ideally, the goals and objectives outlined in the students' ISP are the same or very similar to those outlined in the treatment plan. Objectives in the treatment plan are stated in measurable terms to allow for accurate assessment of a student's progress throughout treatment. A successful completion of SafetyNet's Moderate program occurs when a student has moved from the Freshman, to the Junior, and finally to the Senior level. Students are given graduated levels of privilege at each stage to assist in preparing them for discharge. There is no minimum length of time that a student is required to stay at each level. Determinations are made by the treatment team on an individual basis. Students who show progress with behavioral management move from the Freshman to the Junior Level. Students who show development of Independent Living Skills, Social Skills, and the ability to earn trust and respect are promoted to the Senior Level. At the Senior Level, students are able to go to various areas of the campus without immediate staff supervision such as to the

40

gym, the gazebo, and the athletic field. Students are required to check in with staff periodically and wear a colored arm band so that other staff can easily identify that they have earned the privilege to be away from the group.

Subsequent to discharge, to promote continuity of care, SafetyNet's clinical staff consults by phone and in person, within the communities as appropriate, with individuals who will be working with the student and his family. Staff concentrates on family support and family counseling (or surrogate family interventions) to facilitate a successful transition for the student. As relevant, SafetyNet staff also participates in court hearings, ISP meetings, educational meetings, etc. SafetyNet staff remains available for aftercare consultation to professionals and family members following a students' discharge. Instances requiring emergency discharge include a student who is actively suicidal and/or homicidal and does not respond to emergency interventions offered by treatment staff including crisis intervention, adjustment of medications, and/or administration of a chemical restraint. When this occurs, a placement in an acute care setting is recommended with SafetyNet treatment staff assisting DHR with transportation. SafetyNet works collaboratively with hospital staff to determine if the student should return to the facility once stabilized. Students who are repeatedly assaultive and are a danger to other students may be recommended for transfer to a more secure facility or placement in a DYS facility. SafetyNet works collaboratively with DHR staff to determine the most appropriate transfer for the student by requesting an emergency ISP meeting. Emergency procedures are implemented so that the student can be maintained until a placement can be secured including one to one care and implementation of seclusion and restraint practices within the Medicaid guidelines. ***Please refer to Attachment 4.2.5.3.5 A*** for SafetyNet's discharge policy.

**SafetyNet Academy's policy regarding readmission is that any student who has successfully completed the Moderate program in the past will be readmitted as long as the student continues to meet criteria for admission.**

**The description below is used to illustrate SafetyNet's treatment process,** using an example of a student referred to as Billy. The Clinical Administrative Assistant receives a call stating that Billy is completing a DYS program and is unable to return home as the family is refusing to pick him up. The Juvenile Court Judge has awarded custody to DHR. Billy had been placed in the DYS program for Domestic Violence against his mother's boyfriend and truancy. After reviewing the referral information including a Psychological, CFA, and Progress Report from DYS, the Clinical Director determines Billy is appropriate for placement. An admission date is scheduled and all departments are notified: education, nursing, clinical, etc.

An ISP is held on the day of admission including the Nurse Manager, School Administrator, assigned therapist, and Clinical Administrative Assistant. A discharge plan is established with a contingency plan to be utilized in the event the primary plan fails to materialize. Billy's goals are to attend school regularly and complete all assignments, learn and demonstrate conflict resolution skills resulting in having less than

41

15 rules violations and less than 5 incident reports per month, and developing healthy communication skills with his mother and her boyfriend.

Billy begins to participate in weekly individual therapy, attends school daily, and participates in a weekly conflict resolution skills group. He learns independent living skills during school and in the dormitory. He is at first angry at his mother for the admission to SafetyNet and is very rebellious. Therefore, he responds to staff in a hostile manner and is generally defiant. Billy receives consequences for his behavior such as cleaning bathrooms, pulling weeds, and losing the ability to attend off campus outings. One evening Billy misses going to a local baseball game and made a decision to try to cooperate with the treatment program. His therapist decides to schedule a family therapy session with his mother when she comes to pick him up for a home visit.

Billy is promoted to the Junior Level and continues to make progress. He is now eligible to attend even more off campus outings as well as have more access to video games, music, etc. Billy is practicing some of the conflict resolution techniques learned in groups. He begins attending Equine Assisted Psychotherapy and asks to have sessions with his mother at the Equestrian Center. Billy's therapist schedules more family sessions and progress continues. Billy has been attending school, doing well in therapy, and learning to get along with his mother. Billy's mother has broken up with her boyfriend, so he is excluded from the treatment process.

Billy promotes to the Senior Level and enjoys even more privileges. He is able to go to the gym without a staff member with him and frequently goes there to shoot basketball. Billy learns that shooting basketball helps him to relieve stress and decides that he can use this coping skill when he returns home. Billy now goes home twice per month and has family sessions at least that often. An ISP meeting is held and discharge plans are solidified. A graduation ceremony is planned to celebrate this accomplishment.

*ADAP v. SafetyNet*
*DHR # 000202*

### 4.2.5.3.6 Natural Disaster Evacuation/Pandemic Plans

**Vendors must include a detailed description of their evacuation plan in case of natural disasters. Plans must clearly state where children will be relocated to if evacuation is necessary. The Department must be aware of the location of the children in its custody at all times. In addition, Vendors must include a detailed description of their pandemic plans as they relate to program staff and children being served. Staffing/child ratios must be maintained at all times. All plans must be approved by State DHR.**

SafetyNet was forced to evacuate a dorm when rain and winds from Hurricane Katrina caused trees to fall on the roof of one of the dormitories. The Natural Disaster Evacuation Plan in place during this hurricane served to ensure that services were uninterrupted and that State DHR was aware of the health, safety, and location of its children within hours of the event.

Hurricane Response

In the event that SafetyNet learns that its facility is in the projected path of a hurricane, arrangements will be made for key members of management to reside on campus throughout the storm so that appropriate oversight is provided to ensure the safety of all staff and students. Key members of management include the Corporate Clinical Director, Clinical Director, Program Manager, and Nurse Manager. Buildings currently not occupied by students will be used for this purpose to include the downstairs of the school building. Emergency kits are already in place and include weather radios, flashlights, batteries, two way radios in the event Southern Line signals are lost, and first aid supplies. Safe areas are available in four of the dorms which consist of basements with no windows. All students will be relocated to those areas which will be stocked with food, drinks, first aid supplies, battery operated lanterns, blankets and pillows, games, and the medication needed by the students within that group. Emergency Generators are in place for the food service area and the communications tower. SafetyNet will ensure that adequate staffing levels are maintained which at least meet the DHR Minimum requirements. All Supervisors will be required to sleep on campus, in buildings not occupied by the students, so that they are rested and available to provide relief to the supervisors on duty. A member of the Emergency Management staff from Dallas County communicates with members of the management team through the Southern Line radio and will advise the appropriate staff of the time that all students should move to the safe location and the time for the "all clear." Should the Southern Line radio be disabled, a member of the Senior Management Team will move the students before wind gusts and rainfall make such a move dangerous.

Before students are returned to their dorms, the Operations Manager and members of the Maintenance Department will inspect all areas to ensure they are safe for re-entry. Should trees fall rendering roads dangerous, members of the Maintenance Department, who are also on call 24 hours per day, 7 days per week, will work with local emergency

43

*ADAP v. SafetyNet*
*DHR # 000203*

personnel to aid in clearing the roads to ensure relief staff are able to travel to the program safely.

## Tornado Response

Tornados often present themselves with limited warning, but also last a shorter period of time. For this reason, should the program be under a tornado warning, all students will be moved to the safe areas immediately. The Emergency Management Director from Dallas County already notifies the Executive Director and Program Manager in the event of a tornado to ensure that adequate warning is available for SafetyNet to safely move students. All safe areas are in concrete basements with no windows.

## Hurricane, Tornado, or Fire Evacuation

Fire Drills are conducted on a monthly basis to ensure all students and staff members are comfortable with fire evacuation routes. Should a relocation of students become necessary due to a Hurricane, Tornado, or Fire; a temporary shelter will be set up in the gym at SafetyNet's campus. Cots will be used to accommodate all students needing to be relocated. The largest dorm on campus is licensed for 20 students, so it is anticipated that no more than 20 students will need to be relocated at any one time, unless more than one dorm is substantially damaged. If more than one dorm is damaged, dividers will be moved from the Administrative Office to the gym to keep the groups separated so that group behaviors are more manageable. If the gym is destroyed, the downstairs of the school will serve as a temporary shelter. This building is concrete block and has very few windows, making the likelihood of it being destroyed minimal. However, if that area were to flood, the downstairs of Eunice or Eagan Hall could serve as a temporary shelter. SafetyNet does not anticipate a need to move the students off site as there are thirteen buildings on the campus, with a significant amount of space that is not currently occupied. SafetyNet will notify State DHR and all County DHR offices of the need to relocate youth as soon as is safely possible after the move.

## Pandemic Plan

Prevention is an important component of any pandemic plan. Therefore, all students will receive the flu vaccine by November 1st, 2009. All students will further receive the H1N1 vaccine as soon as it becomes available. Arrangements have already been made with SafetyNet's Pharmacy provider to issue vaccines for all students which will be administered by the nursing staff. All SafetyNet staff will be encouraged to obtain vaccinations for the flu and H1N1 virus.

Should a staff member be diagnosed with the flu, he/she will be unable to return to work until a doctor provides documentation that he/she is no longer contagious. At the point that a student displays flu like symptoms, he/she will be taken to a doctor for a diagnosis and treatment. If the flu is diagnosed, regardless of type, the student will be quarantined to an area in close proximity to the nurses' station. The student will be continuously monitored by the nursing staff and will not return to his/her group until it is

44

*ADAP v. SafetyNet*
*DHR # 000204*

recommended by the treating Physician. All staff will receive training in Universal Precautions to reduce the spread of contagious disease. There are two rooms within the nurses' station available for students who are quarantined or need close monitoring. Should more than four students acquire the flu at any one time, a larger area of that same floor will be used and that area will be staffed with a nurse at all times. Masks will be worn, hand sanitizer utilized, as well as Air Purifiers to reduce the spread of infection.

*ADAP v. SafetyNet*
*DHR # 000205*

### 4.2.5.3.7 Assessment of Benefits and Impact

**Describe the process that Vendor will use to assess the proposed services to determine if the expected benefits and their impact have occurred. Include on-going plans to continuously assess and modify services to better meet the needs of the target population. The assessment methodology should provide the Department with meaningful indicators that funded projects are making satisfactory progress toward desired goals.**

The following data was collected over a 3 year period, following discharged students over 12 months. Data was collected from students who were a part of the Intensive and Moderate Programs.

The Child and Adolescent Functional Assessment Scale (CAFAS), and the Child Global Assessment Scale (CGAS) or the Global Assessment of Functioning (GAF) are administered at admission, quarterly, and discharge and are measures of treatment response. The treatment team reviews these scores to determine a student's progress and modify treatment if progress is less than expected. The CAFAS is administered upon admission and upon discharge in order to evaluate program outcomes. With the CAFAS, students receive a score ranging from 0-30 in 8 separate areas of functioning. Therefore, the total CAFAS score ranges from 0-240. Students receive a low score if there are minimal problems in that area of functioning and a higher score if there are significant problems in that particular area. Over the past 3 years, the CAFAS was used to evaluate the level of problems displayed by the student upon admission and at discharge. On average, CAFAS scores of students who discharged from SafetyNet over the last 3 years *decreased by 52 points.* Additionally the Child Global Assessment Scale (CGAS) or the Global Assessment of Functioning Scale (GAF) was administered upon admission and at discharge. The CGAS and GAF possible score ranges from 0-100 with the higher number representing a higher level of functioning. This score *increased an average of 17.2 points.* The changes in the CAFAS and CGAS and/or GAF scores demonstrate a substantial decline in overall problems experienced by the students'. The CGAS, GAF, and CAFAS will continue to be used as they currently are to assess progress with treatment. Ongoing plans to continuously assess and modify services to better meet the needs of the target population will be developed based on these measures.

Additionally, students, family members, and Social Workers complete a Satisfaction Survey upon discharge. The Satisfaction Survey completed by the referring social workers over the last few years has revealed a close to 100 % satisfaction rate with services. The Satisfaction Survey completed by parents revealed an equally strong satisfaction rate with *an overall "A" average rating in all 19 areas assessed.* The Satisfaction Survey completed by students revealed *an overall "A" average rating* in all areas assessed except for the statement "the food is good", wherein the responses were widely varied. As a result, SafetyNet contracted with a new Licensed Dietician who has redesigned all menus, allowing for a 21 day rotation to replace the 10 day rotation of menu choices. Plans are in place to move toward a 28 day rotation for menus. Students also completed surveys designed by the Kitchen Management team to identify what

46

particular food items were desired and/or needed replacing. Positive changes in the menus and the students' satisfaction with the meals resulted from that change in food services. These Satisfaction Surveys will continue to be utilized to identify problem areas and make changes.

Follow-up questionnaires have also been completed over the last 3 years at 6 weeks post discharge; 6 months post discharge, and one year post discharge. Social Workers, parents, and teachers were contacted by Social Service Staff to gather information about the student's current level of functioning. Data relating to 30 students was successfully obtained. Of those students, *75% had maintained the progress* reached while at SafetyNet. *All of the students were still attending school* and all but 3 were still participating in some form of mental health treatment. Of the 17 teachers responding to the questionnaire, *9 reported that the student displayed no behavioral problems in school, 4 reported minor behavioral problems with the students, one complained of the student sleeping in class, and 3 reported more serious problems such as suspensions and truancy.* These questionnaires and surveys will continue to be utilized over the next contracting period to determine if students are maintaining progress post discharge and make changes to program design if needed.

SafetyNet has examined treatment outcomes to gain a clear understanding of factors contributing to unsuccessful discharges. Of the 16 students unsuccessfully discharged over the last 3 years, **the average number of planned leaves or home visits those students had was 1.62 compared to 6.37 home visits on average for students who were successful.** In response, SafetyNet has recruited mentors and visitation homes that can be matched with students who lack a visiting resource. Additionally, continuing education training emphasizing Enhanced Partnerships between DHR and Providers has been delivered in **23 counties**. This training continues to be offered at no cost to county DHR offices in an effort at improving treatment outcomes.

Changes to the treatment design will be made if desired outcomes are not achieved with the already planned program enhancements specified in this proposal. The addition of **Eye Movement Desensitization Retraining** (EMDR) to the treatment program has already served to demonstrate success in that all students at risk of an unsuccessful discharge over the last two months have been offered this therapy. Of those students, none were unsuccessfully discharged with the exception of those needing acute psychiatric stabilization with a return to the Intensive Program. It appears that this approach so successfully deals with the underlying factors contributing to out of control behaviors, that those behaviors are almost immediately reduced along with the need for restraint and seclusion.

The average length of stay that it has taken students to complete the Moderate program over the last 3 years has been 4 ½ months. SafetyNet's goal is to reduce the length of stay needed to complete the program to 3 months over the next 3 years.

*ADAP v. SafetyNet*
*DHR # 000207*

### 4.2.5.3.8    Office Location

**The Vendor must provide the physical address of the Vendor's office that will be responsible for maintaining records and performing services under a contract with the Department in the event the Vendor becomes the Contractor.**

SafetyNet Academy
80 Mel Bailey Drive
Minter, AL  36761

*ADAP v. SafetyNet*
*DHR # 000208*

## 4.2.5.4 VENDOR CERTIFICATIONS

**Vendors must submit a statement attesting that they warrant and represent to the Department that the vendor accepts and agrees with all certifications and terms and conditions of this RFP. Further, by submitting a response to this RFP, the vendor certifies to the department that they are legally authorized to conduct business within the State of Alabama and to carry out the services described in this document.**

SafetyNet attests that it warrants and represents to the department that it accepts and agrees with all certifications and terms and conditions of this RFP. Further, by submitting a response to this RFP, SafetyNet certifies to the department that it is legally authorized to conduct business within the State of Alabama and to carry out the services described in this document.

49

#### 4.2.5.4.1    Revolving Door Policy

**Vendors must attest that neither the vendor nor any of the vendor's trustees, officers, directors, agents, servants or employees is a current employee of the Department, and none of the said individuals have been employees of the Department in violation of the revolving door prohibitions contained in the state of Alabama ethics laws.**

I, Lyn Wheatley, Director and C.E.O. of SafetyNet Youth Systems, Dba SafetyNet Academy, attest and affirm that no employee of SafetyNet is an employee of the Department of Human Resources and that none have been employees of the Department and that no violation of the revolving door prohibitions contained in the state of Alabama ethics laws has been committed.

50

*ADAP v. SafetyNet*
*DHR # 000210*

#### 4.2.5.4.2    Debarment

**Vendors must attest that neither the vendor nor any of the vendor's trustees, officers, directors, agents, servants or employees (whether paid or voluntary) is debarred or suspended or otherwise excluded from or is ineligible for participation in federal assistance programs under Executive Order 12549, "Debarment and Suspension."**

I, Lyn Wheatley. Director and C.E.O. of SafetyNet Youth Systems, Dba SafetyNet Academy, do fully attest that no employee, trustee, officer, director, agent or servant is debarred or suspended or otherwise excluded from or is ineligible for participation in federal assistance programs under Executive Order 12549, "Debarment and Suspension."

51

*ADAP v. SafetyNet*
*DHR # 000211*

#### 4.2.5.4.3    Standard Contract

**The vendor must agree to the use of the Department's standard contract document. The vendor will further comply with all the terms and conditions of that document, including, but not limited to, compliance with the Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, as amended, the Americans with Disabilities Act, Alabama Act No. 2000-775 (governing individuals in direct service positions who have unsupervised access to children), the Health Insurance Portability and Accountability Act of 1996 (HIPAA) as applicable, and all other federal and state laws, rules and regulations applicable to receiving funds from the Department to carry out the services described in this RFP. Further, any contract executed pursuant to the RFP must be subject to review by the Department's legal counsel as to its legality of form and compliance with State contract laws, terms and conditions, and may further be subject to review by the Alabama Legislative Contract Review Committee, Examiners of Public Accounts, the State Finance Director and the Office of the Governor.**

SafetyNet agrees to the use of the Department's standard contract document. **SafetyNet** will comply with all the terms and conditions of that document, including, but not limited to, compliance with the Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, as amended, the Americans with Disabilities Act, Alabama Act No. 2000-775 (governing individuals in direct service positions who have unsupervised access to children), the Health Insurance Portability and Accountability Act of 1996 (HIPAA) as applicable, and all other federal and state laws, rules and regulations applicable to receiving funds from the Department to carry out the services described in this RFP. Further, any contract executed pursuant to the RFP must be subject to review by the Department's legal counsel as to its legality of form and compliance with State Contract laws, terms and conditions, and may further be subject to review by the Alabama Legislative Contract Review Committee, Examiners of Public Accounts, the State Finance Director and the Office of the Governor.

52

*ADAP v. SafetyNet*
*DHR # 000212*

#### 4.2.5.4.4      Charitable Choice (applies to faith-based organizations only)

The vendor must attest that funds received as a result of this procurement will not be used for sectarian instruction, worship, proselytizing or for any other purely religious activities that are not directed toward the secular social goals related to the services described in this RFP. The vendor must agree to serve all eligible members of the public without regard to their religious beliefs and, further, must not require clients' active participation in any religious practice. (In carrying out the said services, the vendor will remain independent from federal, state and local governments; will retain control over the expression of its religious beliefs, and is NOT required to remove its religious writings or symbols or to alter its internal governance as a condition of doing business with the Department.)

*This section does not apply to SafetyNet due to the fact that SafetyNet is not a faith-based organization.*

53

#### 4.2.5.4.5 Financial Accounting

**Vendors must agree that the vendor's accounting system will be consistent with General Accepted Governmental Accounting Principles (GAAP). The vendor must maintain sufficient financial accounting records documenting all funding sources and applicable expenditure of all funds from all sources.**

SafetyNet is audited annually by Carr, Riggs & Ingram, CPA firm. SafetyNet uses Peachtree Accounting software system and certifies that the accounting principles used are consistent with General Accepted Governmental Accounting Principles (GAAP).

SafetyNet maintains strict financial accounting records documenting all funding sources and all expenditures of all funds from all sources.

*ADAP v. SafetyNet*
*DHR # 000214*

#### 4.2.5.4.6    Vendor Work Product

**The Vendor must attest that the proposal submitted in response to this document is the work product of said vendor. If the proposal is determined not to be the work product of the vendor, the proposal may, at the Department's sole discretion, be rejected.**

**SafetyNet** certifies that this proposal is the sole work product of the staff of SafetyNet.

55

*ADAP v. SafetyNet*
*DHR # 000215*