# EXHIBIT C



# ALABAMA DEPARTMENT OF HUMAN RESOURCES
## REQUEST FOR PROPOSALS

| PROCUREMENT INFORMATION | |
|---|---|
| **RFP Number: 2014-100-02** | **RFP Title:** *Moderate Residential Services for Children* |
| **Proposal Due Date and Time:**<br>*Thursday, June 12, 2014*<br>*12:00 p.m., Central Time* | **Number of Pages: 40** |
| **Procurement Officer:**<br><br>**Starr Stewart, Director**<br>**Phone: (334) 353-4744**<br>**E-mail Address: starr.stewart@dhr.alabama.gov**<br>**Website: http://www.dhr.alabama.gov** | **Issue Date:** *Thursday, April 24, 2014* |
| | **Issuing Division:**<br><br>*Family Services* |

| INSTRUCTIONS TO VENDORS | |
|---|---|
| **Submit Proposal to:**<br><br>**Starr Stewart, Director**<br>**Division of Resource Management-Office of Procurement**<br>**Alabama Department of Human Resources**<br>**Gordon Persons Building, Room 2153**<br>**50 Ripley Street**<br>**Montgomery, AL 36130-4000** | **Label Envelope/Package:**<br>**RFP Title/Number:** *Moderate Residential Services for Children*/2014-100-02<br>**Proposal Due Date:** *Thursday, June 12, 2014* |
| | **Special Instructions:** *Complete the Proposed Service Summary Form and submit with the original proposal.* |

| VENDOR INFORMATION | |
|---|---|
| (Fill in the information fields below and return this form with RFP response) | |
| **Vendor Name/Address:**<br><br><br><br>**DUNS NUMBER:** _____ | **Authorized Vendor Signatory:**<br><br><br><br>**(Please print name and sign in ink)** |
| **Vendor Phone Number: (      )** | **Vendor FAX Number: (      )** |
| **Vendor Federal I.D. Number:** | **Vendor E-mail Address:** |
| **Indicate whether this proposal is an original or a copy.** ☐ **Original**   ☐ **Copy** | |
| **Total number of proposal pages:** _____ | |
| **Trade Secret Declarations: (reference section/page(s) of trade secret declarations)** | |

# TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................... 2

VENDOR'S RFP CHECKLIST ............................................................................... 5

SCHEDULE OF EVENTS ....................................................................................... 6

SECTION 1: PROJECT OVERVIEW AND INSTRUCTIONS ................................ 7
  1.0 PROJECT OVERVIEW .................................................................................. 7
  1.1 ELIGIBLE ENTITIES ..................................................................................... 7
  1.2 REQUIRED LICENSURE/CERTIFICATION/CREDENTIAL ........................ 7
  1.3 CONTRACT TERM ......................................................................................... 7
  1.4 POINT OF CONTACT ..................................................................................... 7
  1.5 REQUIRED REVIEW ...................................................................................... 8
    1.5.1 REVIEW RFP ......................................................................................... 8
    1.5.2 VENDOR'S QUESTIONS ....................................................................... 8
    1.5.3 DEPARTMENT'S RESPONSES ............................................................ 8
  1.6 MANDATORY REQUIREMENTS .................................................................. 8
    1.6.1 DEADLINE FOR RECEIPT OF PROPOSALS ...................................... 8
    1.6.2 LEGAL STATUS LETTER OR TAXPAYER IDENTIFICATION VERIFICATION ........... 8
    1.6.3 DISCLOSURE STATEMENT .................................................................. 9
    1.6.4 IMMIGRATION AFFIDAVIT AND E-VERIFY DOCUMENTATION ........... 9
    1.6.5 E-VERIFY DOCUMENTATION ............................................................... 9
    1.6.6 AUTHORIZED VENDOR SIGNATORY .................................................. 9
    1.6.7 DUNS NUMBER ..................................................................................... 9
  1.7 GENERAL REQUIREMENTS ........................................................................ 9
    1.7.1 ACCEPTANCE OF STANDARD TERMS AND CONDITIONS ............... 9
    1.7.2 UNDERSTANDING OF SPECIFICATIONS AND REQUIREMENTS ...... 9
    1.7.3 PRIMARY VENDOR/SUBCONTRACTORS .......................................... 9
    1.7.4 VENDOR'S SIGNATURE ....................................................................... 9
  1.8 SUBMITTING A PROPOSAL ....................................................................... 10
    1.8.1 REQUIRED COPIES AND DEADLINE FOR RECEIPT OF PROPOSALS ........... 10
    1.8.2 FAILURE TO COMPLY WITH INSTRUCTIONS ................................... 10
    1.8.3 COST PROPOSAL FORM ................................................................... 10
    1.8.4 TIMELY SUBMITTED PROPOSALS .................................................... 10
    1.8.5 LATE PROPOSALS ............................................................................. 10
SECTION 2: STANDARD INFORMATION .......................................................... 11
  2.0 AUTHORITY ................................................................................................ 11
  2.1 VENDOR COMPETITION ............................................................................ 11
  2.2 NONDISCRIMINATION ................................................................................ 11
  2.3 IMMIGRATION AFFIDAVIT AND E-VERIFY ............................................... 11
  2.4 DUNS NUMBER ........................................................................................... 11
  2.5 PROPOSAL EFFECTIVE PERIOD .............................................................. 12
  2.6 TRADE SECRETS ....................................................................................... 12
  2.7 PRE-SCREENING AND EVALUATION OF PROPOSALS .......................... 12
    2.7.1 PRE-SCREENING ............................................................................... 12
    2.7.2 EVALUATION OF PROPOSALS ......................................................... 12
  2.8 DISCUSSION/NEGOTIATION AND/OR ORAL PRESENTATION/PRODUCT DEMONSTRATION ........... 12
  2.9 BEST AND FINAL OFFER ........................................................................... 12

*ADAP v. SafetyNet*
*DHR # 000040*

2.10 PUBLIC REQUESTS FOR INFORMATION .................................................................. 13
2.11 COST OF PREPARING A PROPOSAL ........................................................................ 13
2.12 DEPARTMENT'S RIGHTS RESERVED ..................................................................... 13
   2.12.1    PRE-SELECTION DISCRETION ...................................................................... 13
   2.12.2    POST-SELECTION DISCRETION ..................................................................... 13
   2.12.3    WAIVERS ............................................................................................................. 13
   2.12.4    NEGOTIATIONS ................................................................................................. 13
   2.12.5    ADOPTION OF IDEAS ....................................................................................... 13
   2.12.6    ORAL PRESENTATIONS.................................................................................... 13
   2.12.7    AMENDMENTS .................................................................................................. 14
   2.12.8    NO GUARANTEE OF CONTRACT.................................................................... 14
   2.12.9    RIGHT TO INVESTIGATE AND REJECT ....................................................... 14
   2.12.10  DISCLAIMER ...................................................................................................... 14
SECTION 3: SCOPE OF PROJECT ........................................................................................ 15

3.0 MODERATE RESIDENTIAL CARE SERVICE PROGRAMS ...................................... 15
3.1 PLANNING RESPONSIBILITY .................................................................................... 16
3.2 PROGRAM REQUIREMENTS ...................................................................................... 16
3.3 CORE SERVICES FOR MODERATE RESIDENTIAL PROGRAMS ......................... 17
3.4 RESPONSIBILITIES OF THE DEPARTMENT OF HUMAN RESOURCES .............. 19
SECTION 4: PROPOSAL FORMAT AND INSTRUCTIONS ................................................ 22

4.0   PROPOSAL REQUIREMENTS .................................................................................... 22
4.1   COMPLETENESS OF PROPOSALS ............................................................................ 22
4.2   PROPOSAL FORMAT ................................................................................................... 22
   4.2.1   COVER SHEET .................................................................................................... 22
   4.2.2   TABLE OF CONTENTS....................................................................................... 22
   4.2.3   LEGAL STATUS FORM/CP575 OR TAXPAYER IDENTIFICATION NUMBER ... 22
   4.2.4   LICENSES/CERTIFICATES/CREDENTIALS................................................... 23
   4.2.5   TECHNICAL PROPOSAL .................................................................................. 23
     4.2.5.1   VENDOR QUALIFYING INFORMATION ................................................ 23
      4.2.5.1.1  VENDOR PROFILE AND EXPERIENCE............................................... 23
      4.2.5.1.2  PAST AND PRESENT CONTRACTUAL RELATIONSHIPS WITH THE DEPARTMENT........................................................................................................ 23
      4.2.5.1.3  CONTRACT PERFORMANCE .............................................................. 23
      4.2.5.1.4  PROJECT STAFF/RESUMES/JOB DESCRIPTIONS ............................ 24
      4.2.5.1.5  STAFF PERFORMANCE EVALUATIONS AND TRAINING ............... 24
      4.2.5.1.6  BACKGROUND CHECKS...................................................................... 24
     4.2.5.2   VENDOR FINANCIAL STABILITY ........................................................... 24
     4.2.5.3   METHOD OF PROVIDING SERVICES ...................................................... 24
      4.2.5.3.1  SERVICE DELIVERY APPROACH ........................................................ 24
      4.2.5.3.2  START-UP PLAN ..................................................................................... 24
      4.2.5.3.3  REFERRAL, ADMISSION AND EXCLUSION POLICY ..................... 24
      4.2.5.3.4  CHILDREN/YOUTH TO BE SERVED AND NUMBER OF SLOTS PROPOSED ....... 25
      4.2.5.3.5  DISCHARGE POLICY............................................................................. 25
      4.2.5.3.6  NATURAL DISASTER EVACUATION/PANDEMIC PLANS................ 25
      4.2.5.3.7  ASSESSMENT OF BENEFITS AND IMPACT...................................... 25
      4.2.5.3.8  OFFICE LOCATION................................................................................ 25
     4.2.5.4  VENDOR CERTIFICATIONS ...................................................................... 25
      4.2.5.4.1  REVOLVING DOOR POLICY ................................................................ 25
      4.2.5.4.2  DEBARMENT .......................................................................................... 25

*ADAP v. SafetyNet*
*DHR # 000041*

       4.2.5.4.3   STANDARD CONTRACT ................................................................................ 26

       4.2.5.4.4   CHARITABLE CHOICE (APPLIES TO FAITH-BASED ORGANIZATIONS ONLY). 26

       4.2.5.4.5   FINANCIAL ACCOUNTING .......................................................................... 26

       4.2.5.4.6   VENDOR WORK PRODUCT ........................................................................ 26

     4.2.5.5   ATTACHMENTS.................................................................................................. 26

       4.2.5.5.1   DISCLOSURE STATEMENT ........................................................................ 26

       4.2.5.5.2   TRADE SECRET AFFIDAVIT ...................................................................... 26

       4.2.5.5.3   IMMIGRATION AFFIDAVIT ....................................................................... 26

       4.2.5.5.4   E-VERIFY DOCUMENTATION................................................................... 26

SECTION 5:  COST PROPOSAL .............................................................................................. 27

  5.0  COST PROPOSAL............................................................................................................. 27

SECTION 6: EVALUATION CRITERIA ............................................................................... 28

  6.0  EVALUATION CRITERIA ............................................................................................ 28

APPENDIX A:  STANDARD TERMS AND CONDITIONS........................................................ 29

APPENDIX B: TAXPAYER IDENTIFICATION NUMBER FORM ..................................... 31

APPENDIX C: TRADE SECRET AFFIDAVIT....................................................................... 32

APPENDIX D: IMMIGRATION AFFIDAVIT........................................................................ 34

APPENDIX E: COST PROPOSAL FORM ............................................................................. 35

APPENDIX F:  INSTRUCTIONS FOR COST PROPOSAL FORM .......................................... 37

APPENDIX G:  PERSONNEL ADDENDUM ........................................................................... 39

*ADAP v. SafetyNet*
*DHR # 000042*

# VENDOR'S RFP CHECKLIST

1. _____ **Read the _entire_ document.** Note critical items such as: mandatory requirements; supplies/services required; submittal dates; number of copies required for submittal; licensing requirements; contractual requirements (i.e., contract performance security, insurance requirements, performance and/or reporting requirements, etc.).

2. _____ **Note the procurement officer's name, address, phone numbers and e-mail address.** This is the only person you are allowed to communicate with regarding the RFP.

3. _____ **Attend the pre-proposal conference** if one is offered. These conferences provide an opportunity to ask clarifying questions, obtain a better understanding of the project, or to notify the Department of any ambiguities, inconsistencies, or errors in the RFP.

4. _____ **Take advantage of the "question and answer" period.** Submit your questions to the procurement officer by the due date listed in the Schedule of Events and view the answers given in the formal "addenda" issued for the RFP. All addenda issued for an RFP are posted on the Department's website at www.dhr.alabama.gov and will include all questions asked and responses concerning the RFP.

5. _____ **Follow the format required in the RFP** when preparing your response. Provide point-by-point responses to all sections in a clear and concise manner.

6. _____ **Provide complete answers/descriptions.** Read and answer all questions and requirements. Don't assume the Department or evaluation committee will know what your company's capabilities are or what items/services you can provide, even if you have previously contracted with the Department. The proposals are evaluated based solely on the information and materials provided in your response.

7. _____ **Use the forms provided,** i.e., cover page, budget forms, certification forms, etc.

8. _____ **Check the Department's website for RFP addenda.** It is the vendor's responsibility to check the Department's website at www.dhr.alabama.gov for any addenda issued for this RFP, no further notification will be provided.

9. _____ **Review and read the RFP document again** to make sure that you have addressed all requirements. Your original response and the requested copies must be identical and be complete. The copies are provided to the evaluation committee members and will be used to score your response.

10. _____ **Submit your response on time.** Note all the dates and times listed in the Schedule of Events and within the document, and submit all required items on time. Late proposal responses are _never_ accepted.

This checklist is provided for assistance only and should not be submitted with Vendor's response.

ADAP v. SafetyNet
DHR # 000043

## SCHEDULE OF EVENTS

*The following RFP Schedule of Events represents the Department's best estimate of the schedule that will be followed. Unless otherwise specified, the time of day for the following events shall be between 9:00 a.m. and 12:00 p.m., Central Time. The Department reserves the right, at its sole discretion, to adjust this schedule, as it deems necessary. Notification of any adjustment to the Schedule of Events shall be posted on the Department's website at www.dhr.alabama.gov as detailed in Section 1.5.3 of this RFP. Vendors should refer to the website periodically for changes to the RFP.*

| EVENT | DATE |
|---|---|
| RFP Issue Date | April 24, 2014 |
| Deadline for Receipt of Written Questions | May 15, 2014 |
| Deadline for Posting of Written Responses to Questions | May 22, 2014 |
| Proposal Due Date | June 12, 2014 |
| Evaluation of Proposals and Selection of Vendors | June 23-27, 2014 |
| Intended Date for Notice of Intent to Award a Contract | July 11, 2014 |

*ADAP v. SafetyNet
DHR # 000044*

## SECTION 1: PROJECT OVERVIEW AND INSTRUCTIONS

## 1.0    PROJECT OVERVIEW

The ALABAMA DEPARTMENT OF HUMAN RESOURCES, (hereinafter referred to as "the Department" and "DHR") seeks qualified vendors to provide **one hundred ninety-two (192)** statewide slots of *Moderate Residential Services for Children*. *Moderate Residential Services* must be provided in a congregate care setting, and must include room, board and an array of services for a child with moderate emotional and/or behavioral management problems that interfere with the child's ability to function in the family, school and/or community setting in other than a residential environment. Moderate placement services must be limited to children whose needs cannot be met in their own home, traditional foster home, basic residential care, or children who have reached their treatment goals in a more restrictive setting and are ready to be "stepped down". All children that are placed in a moderate residential setting require 24-hour awake staff for proper supervision to prevent/respond to the following behaviors which include but are not limited to: fighting at night, inability to sleep and wandering around, attempting sexual contact with other residents, attempted runaway patterns, etc. A more complete description of the services sought for this project is provided in *Section 3, Scope of Project*. Proposals submitted in response to this solicitation must comply with the instructions and procedures contained herein.

## 1.1    ELIGIBLE ENTITIES

Eligible entities may include governmental agencies, faith-based organizations, non-governmental public or private organizations and individuals who: 1) are legally authorized to conduct business within the State of Alabama; 2) possess a high degree of professional skill in the area of service described in this document; 3) possess the skills needed to perform the services described in this RFP; and, 4) meet the terms and conditions of the RFP. In addition, applicants must demonstrate the ability to manage Department funds in accordance with Federal and State regulations and guidelines.

## 1.2    REQUIRED LICENSURE/CERTIFICATION/CREDENTIAL

Vendors must be licensed by Department of Human Resources (Residential Child Care Facility License) or Department of Mental Health (Mental Illness Division License), and must include a copy of their license with their proposals. Unlicensed vendors must include a copy of their application for licensure with their proposals. All applications for licensure must be submitted by *12:00 p.m., local time, Thursday, June 12, 2014* to:

> Gloria Holloway, Division of Resource Management-Office of Licensing
> Alabama Department of Human Resources
> Gordon Persons Building
> 50 Ripley Street, Room 2153
> Montgomery, AL. 36130-4000
> Telephone number: 334-242-1650
> Email: Gloria.derico@dhr.alabama.gov

## 1.3    CONTRACT TERM

The initial contract term is for a period of **two (2)** years beginning **October 01, 2014** and ending *September 30, 2016*. Renewals of the contract, as agreed upon by both parties, may be made at **one (1)** year intervals, or any interval that is advantageous to the Department, not to exceed a total of **three (3)** years, at the option of the Department. *Selected vendors must be licensed by Friday, September 12, 2014 and must be fully operational on Wednesday, October 01, 2014.*

## 1.4    POINT OF CONTACT

From the date this Request for Proposal (RFP) is issued until the vendor selection is announced, all communication must be directed to the procurement officer in charge of this solicitation. **Vendors must not**

*ADAP v. SafetyNet*
*DHR # 000045*

communicate with any Department staff or officials regarding this procurement with the exception of the procurement officer. Any unauthorized contact will disqualify the vendor from further consideration. Contact information for the point of contact is as follows:

> Starr Stewart, Director
> Division of Resource Management-Office of Procurement
> Alabama Department of Human Resources
> Gordon Persons Building, Room 2153
> 50 Ripley Street
> Montgomery, AL 36130-4000
> Telephone Number: (334) 353-4744
> E-mail Address: starr.stewart@dhr.alabama.gov

## 1.5 REQUIRED REVIEW

### 1.5.1 REVIEW RFP

Vendors should carefully review the instructions, mandatory and general requirements, project specifications, and the standard terms and conditions in this RFP. After a thorough review of the RFP, if the vendor identifies any ambiguity, inconsistency, unduly restrictive specifications, or error, promptly notify the procurement officer identified above in writing, via e-mail or courier by the deadline for receipt of questions as stated in the Schedule of Events.

### 1.5.2 VENDOR'S QUESTIONS

Vendors with questions or requiring clarification regarding any section of this RFP must reference the RFP by title and number and submit written questions via e-mail or courier to the procurement officer referenced above by 3:00 p.m. (CST) *Thursday, May 08, 2014*. Each question must reference the section, page, and item in question. Vendors must submit all questions posed in a single email message to the procurement officer. Questions received after the deadline will not be considered.

### 1.5.3 DEPARTMENT'S RESPONSES

The Department will provide an official written answer by *Thursday, May 22, 2014* to all questions received by the deadline on *May 08, 2014*. The Department's response will either provide clarification of the applicable issue or be in the form of a correction to this RFP. Vendor questions and the Department's responses, as well as any formal written addendum will be posted on the Department's website at www.dhr.alabama.gov by the close of business on the date listed.

## 1.6 MANDATORY REQUIREMENTS

Vendors are expected to respond to all of the requirements described in this document. The Department will determine whether a vendor's proposal meets the terms of the requirements. Proposals that do not meet all requirements listed in this RFP may be subject to point reductions during the evaluation process or may be deemed non-responsive. Proposals that do not meet the requirements 1.6.1 through 1.6.7 will be deemed non-responsive and no other consideration will be given. **DO NOT ALTER ANY OF THE FORMS LISTED BELOW OR OTHERWISE INCLUDED/REQUIRED IN THIS DOCUMENT.**

### 1.6.1 DEADLINE FOR RECEIPT OF PROPOSALS

Proposals must adhere to the format requirements and must be received by the deadline for receipt of proposals as specified in the Schedule of Events and Section 1.8.1 *Required Copies and Deadline for Receipt of Proposals.*

### 1.6.2 LEGAL STATUS LETTER OR TAXPAYER IDENTIFICATION VERIFICATION

Vendors must include a legible copy of their taxpayer identification letter from the Internal Revenue Service. If the legal status letter is not available, a completed and signed copy of the **"Request for Taxpayer Identification Number"** form *(Appendix B)* must be included.

*ADAP v. SafetyNet*
*DHR # 000046*

### 1.6.3    DISCLOSURE STATEMENT

Act 2001-955 requires the disclosure statement to be completed and filed with all proposals, bids, contracts, or grant proposals to the State of Alabama in excess of $5,000. Disclosure Statements are available for completion on the Attorney General's web site at www.ago.alabama.gov under *Publications and Forms*. Vendors may also click on either of the following links for a copy of the Disclosure Statement: (manual fill-in) http://www.ago.state.al.us/documents/vendor_disclose.pdf or (online fill-in) http://www.ago.state.al.us/documents/vendor_disclose_fill.pdf when connected to the internet. Vendors must include a completed copy of the Disclosure Statement in their proposals.

### 1.6.4    IMMIGRATION AFFIDAVIT AND E-VERIFY DOCUMENTATION

Vendors must submit a completed, signed copy of the immigration affidavit (*Appendix D*) with their proposals.

### 1.6.5    E-VERIFY DOCUMENTATION

Vendors must submit E-verify registration documentation with their proposals.

### 1.6.6    AUTHORIZED VENDOR SIGNATORY

Vendors must provide an original proposal using the format described, with an original signature of person(s) legally authorized to bind the applicant to the proposal.

### 1.6.7    DUNS NUMBER

Vendors must include their Dun & Bradstreet, or D-U-N-S, Number, a unique nine-digit identification number for each physical location of your business.

## 1.7    GENERAL REQUIREMENTS

### 1.7.1    ACCEPTANCE OF STANDARD TERMS AND CONDITIONS

By submitting a response to this RFP, vendors agree to acceptance of the standard terms and conditions of this RFP. Requests for additions or exceptions to the standard terms and conditions including any necessary licenses, or any added provisions must be submitted to the procurement officer by the due date for receipt of written questions and must be accompanied by an explanation of why the exception is being sought and what specific effect it will have on the vendor's ability to respond to the RFP or perform the contract.

*Note: The Department reserves the right to not enter into a new contract with a current vendor who is under a corrective action plan until all corrective requirements have been met.*

### 1.7.2    UNDERSTANDING OF SPECIFICATIONS AND REQUIREMENTS

By submitting a response to this RFP, vendors agree to an understanding of and compliance with the specifications and requirements described in this RFP.

### 1.7.3    PRIMARY VENDOR/SUBCONTRACTORS

The primary vendor if a contract is awarded shall be responsible, in total, for all work of any subcontractors. All subcontractors, if any, must be listed in the proposal. The vendor shall not assign, transfer or subcontract any portion of the contract without the written consent of the Department. The vendor shall be responsible to the Department for the acts and omissions of all subcontractors or agents and of persons directly or indirectly employed by such subcontractors, and for the acts and omissions of persons employed directly by the vendor. Any awards made as a result of this document will create a contractual relationship between the vendor and the Department, not the subcontractor.

### 1.7.4    VENDOR'S SIGNATURE

An individual authorized to legally bind the organization submitting the proposal must sign the original proposal in ink. The vendor's signature on a proposal in response to this RFP guarantees that the offer has been

*ADAP v. SafetyNet*
*DHR # 000047*

established without collusion that would preclude the Department from obtaining the best possible service for the best possible price.

## 1.8 SUBMITTING A PROPOSAL

### 1.8.1 REQUIRED COPIES AND DEADLINE FOR RECEIPT OF PROPOSALS

Vendors must submit **one (1)** original proposal, **seven (7)** copies and **one (1)** electronic (PDF preferred) copy on CD or DVD clearly labeled with the Vendor's name and the RFP title and number to:

> **Starr Stewart, Director**
> **Division of Resource Management-Office of Procurement**
> **Alabama Department of Human Resources**
> **Gordon Persons Building, Room 2153**
> **50 Ripley Street**
> **Montgomery, AL 36130-4000**

Proposals must subscribe to the section/subsection headings and numbering format (i.e., **4.2.5.1 Vendor Qualifying Information**) as specified in *Section 4 Proposal Format and Instructions.* Proposals must be sealed and labeled on the outside of the package to clearly indicate that they are in response to the *Moderate Residential Services for Children RFP# 2014-100-02. Proposals must be received at the receptionist's desk of the Resource Management-Office of Procurement by 12:00 p.m., local time, Thursday, June 12, 2014.* Two business (Monday-Friday) days prior to the due date, proposals may be hand delivered between the hours of 9:00 a.m. -12:00 p.m. (with the exception of state and federal holidays). Faxed and electronically submitted responses to requests for proposals are NOT accepted.

### 1.8.2 FAILURE TO COMPLY WITH INSTRUCTIONS

Vendors failing to comply with these instructions may be deemed non-responsive or subject to point deductions. The Department may also choose to not evaluate, and disqualify from further consideration any proposals that do not follow the format described in Section 4: *Proposal Format and Instructions,* are difficult to understand or read, or are missing any requested information.

### 1.8.3 COST PROPOSAL FORM

Vendors *must* respond to this RFP by utilizing the cost proposal form found in *Appendix E.* This form will be used as the primary representation of each vendor's cost, and will be used extensively during proposal evaluations. Additional information should be included as necessary to explain in detail the vendor's cost.

### 1.8.4 TIMELY SUBMITTED PROPOSALS

All timely submitted proposals and materials received in response to this RFP become the property of the Department and will be incorporated into any formal documentation and/or contract resulting from this RFP between the Department and the vendor.

### 1.8.5 LATE PROPOSALS

*Regardless of the cause, late proposals will not be accepted and will automatically be disqualified from further consideration.* It shall be the vendor's sole risk to assure delivery at the receptionist's desk at the designated office by the designated time. Late proposals will not be opened and may be returned to the vendor at the expense of the vendor or destroyed if requested.

*ADAP v. SafetyNet*
*DHR # 000048*

# SECTION 2: STANDARD INFORMATION

## 2.0    AUTHORITY

This RFP is issued under the authority of Section 41-16-72 of the Alabama Code (Act 2001-956, 2001 3rd Sp. Sess., p 817, §1.). Any awards resulting from this RFP will be made based on stated evaluation criteria. The weight assigned to each criterion denotes the relative importance of that criterion. No criteria, other than that identified in this RFP, will be used.

## 2.1    VENDOR COMPETITION

In accordance with 45 CFR 74.43, the Department encourages free and open competition among Vendors. Whenever possible, the Department will design specifications, proposal requests, and conditions to accomplish this objective, consistent with the necessity to satisfy the Department's need to procure technically sound, cost-effective services and supplies.

## 2.2    NONDISCRIMINATION

In accordance with 45 CFR 74.44, no person shall be excluded from participation in, be denied benefits of, be discriminated against in the admission or access to, or be discriminated against in treatment or employment in the Department's contracted programs or activities on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal or Alabama State Constitutional or statutory law; nor shall they be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of contracts with the Department or in the employment practices of the Department's contractors. Accordingly, all Vendors entering into contracts with the Department shall, upon request, be required to show proof of such nondiscrimination and to post in conspicuous places, available to all employees and applicants, notices of nondiscrimination.

## 2.3    IMMIGRATION AFFIDAVIT AND E-VERIFY

Only U.S. citizens or foreign citizens who have the necessary authorization to legally work in the United States may be employed to work under any contract with the Department. Vendors must agree to not knowingly employ, hire for employment, or continue to employ an unauthorized alien, and must provide to the Department a sworn affidavit (*Appendix D)* signed before a notary attesting to such.

The United States Citizenship and Immigration Services (www.uscis.gov) provides E-Verify, an internet-based system that allows companies to determine their employees' eligibility to work in the United States. Vendors must participate in the E-Verify program and verify every employee that is required to be verified according to the applicable federal rules and regulations. Vendors must provide documentation to the Department establishing that they are enrolled in the E-Verify program.

Vendors must agree to not knowingly employ, hire for employment, or continue to employ a subcontractor to perform work under a contract that knowingly employs, hires for employment, or continues to employ an unauthorized alien. Any subcontractor hired to perform work under a contract must attest to such by sworn affidavit signed before a notary. Subcontractors must also enroll in the E-Verify program prior to performing any work on a project and must attach to the sworn affidavit documentation establishing that the subcontractor is enrolled in the E-Verify program.

## 2.4    DUNS NUMBER

Vendors must obtain a Dun & Bradstreet, or D-U-N-S, Number, a unique nine-digit identification number for each physical location of your business. D-U-N-S Number assignment is free for all businesses required to register with the federal and state government for contracts or grants.

*ADAP v. SafetyNet*
*DHR # 000049*

## 2.5 PROPOSAL EFFECTIVE PERIOD

All proposals submitted in response to this RFP shall be effective for a 180-day period following the deadline for receipt of proposals as specified in the Schedule of Events and may not be modified, withdrawn or canceled by the Vendor during this period.

## 2.6 TRADE SECRETS

As part of the initial evaluation, the procurement officer in charge of this solicitation will review proposals received in response to this RFP, for any information deemed a "trade secret" by the vendor and separate identified parts of proposal from public viewing providing the following conditions have been met: (1) confidential information is clearly marked and separated from the rest of the proposal; (2) the proposal does not contain confidential material in the cost or price section; and (3) an affidavit from a Vendor's legal counsel attesting to and explaining the validity of the trade secret claim is attached to each proposal containing trade secrets. If applicable, the Vendor's Legal Counsel must use the Department of Human Resources "Affidavit for Trade Secret Confidentiality" form when requesting the trade secret claim. The affidavit form *(Appendix C)* is included in this document.

Information separated out under this process will be available for review only by the procurement officer, the evaluation committee members, and limited other designees. Vendors must be prepared to pay all legal costs and fees associated with defending a claim for confidentiality in the event of a "right to know" (open records) request from another party.

## 2.7 PRE-SCREENING AND EVALUATION OF PROPOSALS

### 2.7.1 PRE-SCREENING

During the pre-screening, proposals will be reviewed to ensure compliance with all general and mandatory requirements. Upon completion of this initial review they will be classified "responsive" or "non-responsive". However; proposals may be found non-responsive at any time during the evaluation process if the proposal does not meet the formatting requirements specified in the RFP; if any of the required information is not provided; or the submitted price is found to be excessive or inadequate as measured by criteria stated in the RFP. Proposals declared non-responsive, will not receive further consideration.

### 2.7.2 EVALUATION OF PROPOSALS

All responsive proposals will be evaluated against the stated criteria. However, this does not preclude the Department from any discussions/negotiations or requests for a best and final offer that it may deem necessary to assist in determining the Vendor. In scoring against stated criteria, the Department may consider such factors as accepted industry standards and a comparative evaluation of all other qualified RFP responses in terms of differing price, quality, and contractual factors to determine the most advantageous offering to the Department.

## 2.8 DISCUSSION/NEGOTIATION AND/OR ORAL PRESENTATION/PRODUCT DEMONSTRATION

After receipt of all proposals and prior to the determination of the award, the Department may initiate discussions with one or more Vendors should clarification or negotiation be necessary. Vendors may also be required to make an oral presentation and/or product demonstration to clarify their RFP response or to further define their offer. In either case, Vendors should be prepared to send qualified personnel to **Montgomery, Alabama**, to discuss technical and contractual aspects of the proposal. Oral presentations and product demonstrations, if requested, shall be at the Vendor's expense.

## 2.9 BEST AND FINAL OFFER

The Department reserves the right to request a "best and final offer" for this RFP based on price/cost alone, from one or more Vendors if additional information is required to make a final decision. Vendors may be

*ADAP v. SafetyNet*
*DHR # 000050*

contacted asking that they submit their "best and final offer," which must include any and all discussed and/or negotiated changes.

## 2.10  PUBLIC REQUESTS FOR INFORMATION

All information received in response to this RFP, including copyrighted material, is deemed public information and will be made available to the public upon requests shortly after the signing of a contract(s) with the exception of: (1) trade secrets meeting the requirements of the Alabama Trade Secrets Act, that have been properly marked, separated, and documented; and (2) any financial information requested by the Department, unless prior written consent has been given by the Vendor.

## 2.11  COST OF PREPARING A PROPOSAL

The Department is not liable for any expense incurred by the Vendor in the preparation and presentation of their proposal or any other costs incurred by the Vendor prior to execution of a contract. All costs are the responsibility of the Vendor.

## 2.12  DEPARTMENT'S RIGHTS RESERVED

While the Department has every intention to award a contract as a result of this RFP, issuance of the RFP in no way constitutes a commitment by the Department to award and execute a contract. Upon determination such actions would be in its best interest, the Department, in its sole discretion, reserves the right to the following:

### 2.12.1  PRE-SELECTION DISCRETION

The Department reserves the right at its sole discretion, at any time and for any reason, to reject any or all of the proposals submitted in response to this RFP, or to cancel this RFP, if it is deemed by the Department to be in its best interest to do so.

### 2.12.2  POST-SELECTION DISCRETION

Upon selection of a proposal, the Department reserves the right, at its sole discretion, at any time and for any reason, to change its decision with respect to the selection and to select another proposal, or to cancel the RFP, if it is deemed by the Department to be in its best interest to do so.

### 2.12.3  WAIVERS

Notwithstanding the amendment provisions otherwise set forth herein, the Department reserves the right at its sole discretion, to waive any minor irregularity in an otherwise valid proposal which would not jeopardize the overall program and to award a contract on the basis of such a waiver in the event the Department determines that such award is in the best interest of the Department. Minor irregularities are those which will not have a significant adverse effect on the overall program cost or performance.

### 2.12.4  NEGOTIATIONS

The Department reserves the right to negotiate with any vendor whose proposal is within the competitive range, as specified in the RFP with respect to technical plan and cost, as well as to select a vendor other than the vendor offering the lowest price.

### 2.12.5  ADOPTION OF IDEAS

The Department reserves the right to adopt to its use all or any part, of a vendor's proposal and to use any idea or all ideas presented in a proposal.

### 2.12.6  ORAL PRESENTATIONS

The Department reserves the right to require some or all of the vendors to provide oral presentations of their proposals.

*ADAP v. SafetyNet*
*DHR # 000051*

## 2.12.7    AMENDMENTS

The Department reserves the right to amend the RFP.  Except as provided above with respect to "WAIVERS" made by the Department, all amendments to the RFP will be made by written addendum issued by the Department and posted to the web at www.dhr.alabama.gov under this RFP link.

## 2.12.8    NO GUARANTEE OF CONTRACT

Selection of a proposal shall not be binding upon the Department and may or may not, at the Department's sole discretion, result in the Department entering into a contract with the vendor if it is in the best interest of Department not to proceed with contract execution.

## 2.12.9    RIGHT TO INVESTIGATE AND REJECT

The Department may make investigations as deemed necessary to determine the ability of the Vendor to perform the services specified. The Department reserves the right to reject any proposal if the evidence submitted by, or investigation of, the Vendor fails to satisfy the Department that the Vendor is properly qualified to carry out the obligations of the contract. This includes the Department's ability to reject the proposal based on negative references.

## 2.12.10    DISCLAIMER

Issuance of this RFP does not constitute a commitment by the Department to select any proposal submitted in response to the RFP, or to award a contract to any vendor who responds to this RFP.

*Note: All contracts awarded by this Department are subject to review and approval by the Legislative Oversight Committee and the Governor's Office.*

*ADAP v. SafetyNet*
*DHR # 000052*

# SECTION 3: SCOPE OF PROJECT

## 3.0    MODERATE RESIDENTIAL CARE SERVICE PROGRAMS

Moderate Residential Services are provided in a congregate care setting, and includes room, board and an array of services for a child with moderate emotional and/or behavioral management problems that interfere with the child's ability to function in the family, school and/or community setting in other than a residential environment.  Moderate placement services are limited to children whose needs cannot be met in their own home, traditional foster home, basic residential care, or children who have reached their treatment goals in a more restrictive setting and are ready to be "stepped down".  All children that are placed in a moderate residential setting require 24-hour awake staff for proper supervision to prevent/respond to the following behaviors which include but are not limited to: fighting at night, inability to sleep and wandering around, attempting sexual contact with other residents, attempted runaway patterns, etc.

Children eligible for this program must have a Diagnostic & Statistical Manual; Fifth Edition (DSM-V) diagnosed mental illness from a psychological evaluation conducted within the past 24 months.  An assessment of the child's behavior by the Multi-dimensional Assessment Tool (MAT) indicating that the child needs placement in this type of program must be completed prior to placement.  The program can take the child into pre-placement awaiting the results of the MAT assessment.  Children may also have substance abuse needs or have had substance abuse needs and have successfully completed an Alcohol and Drug Treatment Program. Children may be delinquent, chronic runaways, display manipulative behaviors, have difficulty maintaining self-control, display poor self-esteem, have difficulty in securing and maintaining close relationships with others, be truant from school and have difficulty in accepting authority.  Children with a history of sexual offenses are eligible if they have successfully completed a sex offender treatment program and/or have been deemed not to pose a serious risk by a recognized sex offender treatment professional.

Children that are in this type program typically have: (1) need of clinical treatment to be able to function in school, home or the community because of multiple problems; (2) not responded successfully to less intensive treatment and/or have been denied admission or discharged from various less restrictive placements because of emotional and behavioral disruption; and/or (3) behavior that is not well controlled without constant adult supervision or use of psychotropic medication.  Children that receive psychotropic medication should be monitored and maintained on the lowest dosage of medication.  Selected vendors must follow the Federal Psychotropic Drug protocol in regards to the appropriate use and monitoring of psychotropic medications. DHR staff will provide diligent and thoughtful oversight of medical care, particularly in regard to the use of psychotropic medication.

Vendors will be expected to comply with the policy document from DHR which describes the Federal government mandates regarding the monitoring of psychotropic medications for children in foster care. Attached to this RFP is the policy to implement a comprehensive treatment policy and protocols to include a trauma-based assessment tool for children entering foster care and the treatment protocols including guidance on informed consent, minimum and maximum dosage guidelines, prior approval protocols, use of PRN medications, notification regarding medication dosage changes, and required medication testing and monitoring. Please see the Administration of Children Families memorandum dated 4/12/2012.

Vendors are required to present a positive discipline approach to their program.  A troubled youth's ability to learn and move forward is always greatest when he or she is in a structured environment with professionals who care about their success.  Behavior management programs must provide youth with options to make positive choices.  Positive behavior supports must be the focus of the program, with the discipline consequences as secondary.  Supports must be individualized for each child and their developmental level.

*ADAP v. SafetyNet*
*DHR # 000053*

Vendors, who propose to provide more than one type of service intensity at a single location, must provide each type of service in a separate building or a clearly identified separate wing closed off from other wings providing a type of service. There must be adequate staff to serve the different types of service, and staff may not be shared.

## 3.1 PLANNING RESPONSIBILITY

The State Office or County Department of Human Resources that has planning responsibility for a child has the responsibility to provide appropriate documentation including services relating to the Individual Service Plan (ISP). *All services provided must be authorized on an ISP.* If a service authorization document is not provided within ten (10) days from the date of placement, the vendor should notify the State DHR-Division of Resource Management, Office of Contracts of such deficiencies.

## 3.2 PROGRAM REQUIREMENTS

Vendors must attest that they will meet all of the requirements identified below, in order to be considered for a contract. Vendors must:

A. Be licensed by Department of Human Resources (Residential Child Care Facility License) or Department of Mental Health (Mental Illness Division License). Vendors, who do not have a current license, must include a copy of their application for licensure with their proposal. All applications for licensure must be submitted by 12:00 p.m., local time, *Thursday, June 12, 2014* to:

> Gloria Holloway, Division of Resource Management-Office of Licensing
> Alabama Department of Human Resources
> Gordon Persons Building
> 50 Ripley Street, Room 2153
> Montgomery, AL. 36130-4000
> Telephone number: 334-242-1650
> Email: Gloria.derico@dhr.alabama.gov.

B. Screen referrals to ensure appropriate placements to ensure they meet the criteria in Section 3.0. **All children meeting the criteria must be considered for placement. Rejections must be reported to the county and to SDHR-Division of Resource Management-Office of Contracts on a monthly basis.** Assess each child's mental, behavioral and emotional functioning in its living environment, school and community using a standardized assessment tool on admission, quarterly thereafter and upon discharge. Submit, or share, the assessment with the DHR social worker for the ISP process, to develop goals and strategies to specifically address the preparation of the child for discharge into a less restrictive living environment.

C. Conduct pre-placement visits as determined appropriate by County/State DHR staff.

D. Participate and/or provide meaningful input in the ISP process including scheduling and coordinating the child's treatment plan in conjunction with the family's ISP. The following timeline will be maintained; the initial treatment plan developed within ten (10) days from admission date; the comprehensive treatment plan developed within thirty (30) days from admission date; and, a treatment plan review held every ninety (90) days thereafter. (Note: The discharge plan shall be developed at the time of placement.) The treatment plan should include goals that are measurable and address the reduction of duration, frequency, and intensity of symptoms, and what interventions will be used to meet each goal.

E. When the treatment plan includes the use of psychotropic medication, informed consent is required. Informed consent requires that the prescribing physician inform the child and legal guardian (county DHR worker) of the risks and benefits of the proposed treatments and the risks and benefits of alternative treatments, including no treatment. This includes information about the potential benefits of the medication, the possible risks, and the range of doses. Information about serious adverse effects and how

*ADAP v. SafetyNet*
*DHR # 000054*

to contact the physician must be discussed. Staff and DHR workers should be given ample time for questions and discussion before consent is requested.

F. Develop an individualized behavioral management plan for the child or youth with input and collaboration with the family's ISP team. The behavioral management plan should be positive and focus on the strengths of the child. Implement and monitor the behavioral management plan.

G. Provide staff (rotating & awake) to be available for children 7 days a week, 24 hours a day.

H. Ensure that staff receives the additional training detailed in <u>Minimum Standards for Residential Child Care Facilities</u> on page 18-19, within the time frames indicated. *The Minimum Standards for Residential Child Care Facilities* are available on the Department's website at www.dhr.alabama.gov, click on *Foster Care* under *Quick Links*, then *Services* and *Resource Management Division*.

I. Submit monthly reports to referring county DHR describing services provided during the month and the child's progress toward achieving the goals that are outlined in the treatment plan. Progress notes shall be received by the 15th day of the following month.

J. Work with the placing DHR county office to ensure that the EPSDT screening is completed according to schedule; update EDS software with the provider number and screening dates, as appropriate; provide copy of screening to county DHR.

K. Ensure that children receive needed educational services, including homework assistance (not tutoring), participation in and follow-up on children's IEP's, weekly contact with the schools of the residents, monthly site visits with the schools, residents, transportation to school, and access to alternative educational settings as identified in the ISP.

L. Ensure that children receive routine and emergency medical care.

M. Make every effort to maintain the placement of a child/youth until the treatment goals are accomplished, or child is stable and permanency has been identified, unless there is clear documented evidence that a child is a danger to himself or others. At least thirty (30) days in advance, vendors must notify State DHR – Division of Resource Management, Office of Resource Development and Utilization the of their intent to issue the placing county agency a proposed discharge. State DHR must concur with the vendor's reasoning for the discharge request, and an ISP Team meeting must be held prior to discharge.

N. In conjunction with the ISP team, the vendor must develop a discharge plan to include a recommendation for aftercare. The discharge plan must be developed at the time of placement.

O. Submit outcome data monthly in a format prescribed by SDHR-Division of Resource Management, Office of Resource Development and Utilization.

P. Administer a survey at discharge to the child, family, and DHR social worker to assess satisfaction with services, care and treatment. At six weeks, the survey must be repeated with the same individuals. The surveys must be maintained in the individual child's file at the facility   A quarterly summary of survey results must be submitted to SDHR-Division of Resource Management, Office of Resource Development and Utilization and must include any program changes instituted as a result of the survey process.

## 3.3   CORE SERVICES FOR MODERATE RESIDENTIAL PROGRAMS

Vendors must attest that they will provide all of the services identified below, in order to be considered for a contract. Vendors must:

A. Follow the policy set forth by Alabama Department of Human Resources to follow the federal drug protocol mandate. The policy will provide guidelines for informed consent, minimum and maximum dosage guidelines, prior approval protocols, use of PRN medications, notification regarding medication dosage changes, and required medication testing and monitoring.

*ADAP v. SafetyNet*
*DHR # 000055*

B. Provide basic living skills training a minimum of two (2) hours daily in accordance with the outcomes identified in the ISP for activities including the development, or improvement and reinforcing of age-appropriate social, communication and behavioral skills. Individual goals in each of these therapeutic areas must be taken from needs identified as deficits for the child and should be authorized in the context of the ISP.

C. Provide local transportation to appointments such as physicians, counseling, extra-curricular, family visits, etc. as identified in the ISP. **The county DHR is responsible for transportation that is not local. The county DHR is responsible for assessing the progress or lack of progress of family visits. If a vendor is supervising visits the worker should be reviewing the reports of the visits and periodically observe the interactions themselves due to required court testimony to support any recommendation made by the county.**

D. Consistent with the ISP, ensure the child's involvement in at least one extra-curricular activity of the child's or youth's own choosing, e.g. band, karate, various sports, Boy or Girl Scouts, etc. **DHR will be responsible for payment of the activity, while the contracting agency will provide the transportation and support for the child's participation.**

E. Provide a minimum of $5-$10 per week allowance based on the child's age and the ISP. **Allowances may not be used to recoup for damages or restitution. If additional monies are earned, recoupment for damages or payments for restitution may be made from them.**

F. Provide up to $50.00 per month for special needs and occasions, e.g. haircuts, feminine hygiene products, oral and body hygiene products, over-the-counter medications, gifts for birthdays, Christmas or other special occasions, etc. Anything above $50.00 per month must be paid by the county DHR office.

G. Conduct mental health consultations with DHR, counselors, teachers, and other professionals relevant to foster children not to exceed the daily caps in the Medicaid Provider Manual.

H. Make at a minimum bi-weekly contact with the therapist of the child or family to monitor progress or outcomes in counseling.

I. Provide supportive services to the family as agreed in the ISP. This may include but not limited to supervision of family visitation, providing space where the family can visit comfortably, and flexibility of program structure that allows family contact at times that work for them. **(See C for additional information about family visits.)**

J. Consistent with the ISP, provide bi-weekly group therapy sessions for children.

K. Consistent with the ISP, provide two (2) hours per week of tutoring by a person qualified to offer specialized assistance in a certain subject; monitor the tutoring for the achievement of outcomes in the child's educational setting.

L. Provide up to four (4) hours per week of crisis intervention, as needed.

M. Provide individual counseling, as needed and authorized in the ISP, to meet the child's treatment goals. Individual counseling must be provided by a qualified professional that meets the definition as described in Chapter 105 of the Medicaid Manual.

N. Provide family counseling, as identified in the family's ISP.

O. Ensure that a physician's assessment is performed by a qualified medical staff, when needed and identified in the family's ISP.

P. Ensure that diagnostic testing is provided by qualified staff **(Must be signed off by a licensed Ph.D. level psychologist).**

*ADAP v. SafetyNet*
*DHR # 000056*

Q. Provide State DHR-Resource Development, Office of Licensing with incident reports on all children in DHR custody. The incidents listed below must be reported to the Office of Licensure within 24 hours after occurrence or the first work day following the occurrence, whichever is sooner. This includes reports that are made to Department of Mental Health (DMH) from an approved licensed DMH facility.

- Any injury requiring professional medical treatment of any child or staff person while at the facility or away from the facility activities.
- Any illness occurring at the facility or during away from the facility activities which requires emergency medical treatment.
- Any death occurring at the facility or during away from the facility activities.
- Major damage to the facility.
- Any litigation involving the facility.
- Any traffic accident involving facility children using transportation provided by the facility.
- Any arrest or conviction of the licensee or any staff person.
- Final disposition of any child abuse/neglect investigation involving the facility, the licensee, or any staff person.
- Any incident occurring which places the health, welfare or safety of a child at risk.

A detailed written report is to be provided to the Department within five (5) days.

R. All staff is required by law to report any known or suspected child abuse or neglect allegations to the County Department of Human Resources or the local chief of police or county sheriff. The report must be made immediately by telephone or direct oral communication, followed by a written report, containing all known information.

The Executive Director of the facility must advise the Alabama Department of Human Resources-Division of Resource Management, Office of Licensure, about the report no later than the first work day following the alleged incident. For more information regarding items Q and R, please see the Minimum Standards for Residential Child Care Facilities.

*Note: All services provided above and beyond the core services listed, must be authorized by the ISP and on a DHR-1878 to authorize payment of such services.*

*All services billed as Medicaid Rehab services must be in compliance with Chapter 105 of the Medicaid Provider Manual and are not to exceed the daily caps. Vendors must understand and acknowledge that they may, in certain circumstances and in accordance with the county department's procedures, bill the county department for certain ancillary services. Ancillary services are defined as services, outside of program requirements and core services, needed by the child and authorized by the ISP.*

## 3.4  RESPONSIBILITIES OF THE DEPARTMENT OF HUMAN RESOURCES

A. DHR is responsible for visiting each child at least once a month. Additional visits could be warranted if directed in the ISP or if a child's status changes

B. DHR is responsible for conducting ISP's per policy and distributing a copy of the plan within the required ten (10) days.

C. DHR is responsible for participating in the treatment plan when possible and reviewing the child's treatment plan and incorporating into the ISP.

D. DHR is responsible for all aspects of a child's medical care. This includes the following:

1) Prescription medications – the county is responsible for ensuring that each child receives prescribed medication through Medicaid, payment through child's earmarked funds, payment through flex funds and etc. No child should be without medicine due to lack of funds. If a child

*ADAP v. SafetyNet*
*DHR # 000057*

is prescribed psychotropic medications the county department is responsible for monitoring these medications and following the Oversight of Psychotropic Medication for Children in Foster Care; Title IV-B Health Care Oversight & Coordination Plan (http://www.acf.hhs.gov/sites/default/files/cb/im1203.pdf) that is mandated by the Federal government.

2) Doctor's appointments – the county is responsible for ensuring that each child receives the required medical treatment needed.

3) Surgery – the county is responsible for being present when a child is having surgery of any type when that is planned. The county is responsible for the decisions and the follow up. The county is responsible for discharge planning. The Code of Alabama gives the Department full authority to make health and medical decisions without court approval. The county may sign health forms as agent of DHR consenting to medical procedures. For children in the Department's permanent custody, the adoption consultant should be notified of new information such as medical changes/issues per Adoption Policy – section on Termination of Parental Rights, page 11.

4) Emergency treatment – providers will initiate emergency attention and treatment for a child requiring immediate medical attention, but the county is responsible for seeing the child as soon as possible and determining that appropriate care is being received. The county is responsible for follow up and discharge planning.

5) The county department is responsible for ensuring the child's eligibility for Medicaid and or private insurance coverage if not eligible for Medicaid.

6) The county department is responsible for the EPSDT periodic screening and inter-periodic screenings for children in custody. The county department is responsible for the initial medical exam which can be obtained through the periodic screening.

7) Psychological – a current psychological is required for placement in TFC, Moderate, Intensive or Intensive Enhanced types of placements. The psychological should be updated every two years after the initial placement, which should support either step down or movement up in intensity of care.

E. VISITATION/TRANSPORTATION – Core services requires that the vendor assist with local transportation. The county is responsible for transportation that is not local. The county is responsible for assessing the progress or lack of progress of family visits. If a vendor is supervising visits the worker should be reviewing the reports of the visits and periodically observe the interactions themselves due to required court testimony to support any recommendation made by the county.

F. CLOTHING – The county department is responsible for ensuring that the child has the required initial clothing and works with the provider to address any specific clothing needs over the time of the placement, such as for extracurricular activities, school requirements, and etc. Community resources should be accessed if there are no private earmarked funds or other funding sources to cover the expenditures needed for the child.

G. EXTRA CURRICULAR ACTIVITIES - Consistent with the ISP, ensure the child's involvement in at least one extra-curricular activity of the child's or youth's own choosing, e.g. band, karate, various sports, Boy or Girl Scouts, etc. DHR will be responsible for payment of the activity, while the contracting agency will provide the transportation and support for the child's participation. The Department can use a child's private earmarked funds, the foster care trust fund, ILP funds, or flex funds to pay for items such as musical instruments, lessons, sports equipment, etc. The ISP should address the activity for the child.

ADAP v. SafetyNet
DHR # 000058

H.  Provide up to $50.00 per month for special needs and occasions, e.g. haircuts, feminine hygiene products, oral and body hygiene products, over-the-counter medications, gifts for birthdays, Christmas or other special occasions, etc.  **Anything above $50.00 per month must be paid by the county DHR office.**

I.  The county is responsible for requesting to exceed the Medicaid limits from State Office (OCWC) if the child requires that level of services.

*ADAP v. SafetyNet*
*DHR # 000059*