# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, ) ) ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) ) | CV 2013-519 |
| SAFETYNET YOUTHCARE, INC., ) ) | |
| Defendant. ) | |

## DEFENDANT SAFETYNET YOUTHCARE, INC.'S SUPPLEMENTAL RESPONSE TO ADAP'S REQUEST FOR PRODUCTION TO ADAP'S FIRST REQUEST FOR PRODUCTION

COMES NOW the Defendant, SafetyNet YouthCare, Inc., and provides the following supplemental response to ADAP's Request for Production:

9. For each SafetyNet Academy Moderate Program resident who resided at the Moderate Program in the 2012-2014 time period and who received special education services under either the Individuals with Disabilities Education Improvement Act of 2004 (IDEIA) or Section 504 of the Rehabilitation Act of 1973, please produce the disability eligibility category or disability condition under which the resident is being served (e.g. specific learning disability, emotional disorder, other health impairment, etc.).

**Supplemental Response:** Defendant reasserts its objection that this request is overly broad, unduly burdensome, and not likely calculated to lead to the discovery of admissible evidence. Defendant further objects to this request as it does not relate to the allegations contained in the Complaint, specifically, why ADAP believes that it is entitled to monitor the Moderate Program.

**Without waiving said objections:**

| Moderate Students with Individualized Education Plans (IEP's) for 2012-2014: |
|---|

| Category | Number of Moderate Residents |
|---|---|
| Specific Learning Disability (SLD) | 8 |

| | |
|---|---|
| Emotional Disability (ED) | 7 |
| Other Health Impairment (OHI) | 3 |
| Mental Retardation/Intellectual Disability (MR) | 1 |
| Autism (Aut) | 1 |
| | **Total:** 20 |

/s/ Stewart W. McCloud
Martha Leach Thompson
Stewart W. McCloud
Attorneys for Defendant,
SafetyNet Youthcare, Inc.

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2014, I have electronically filed the foregoing pleading with the Clerk of the Court which will send notification of the filing to:

Sharon E. Ficquette
Luther Strange
Felicia Brooks
Alabama Department of Human Resources
P O Box 304000
50 Ripley Street, Suite 2122
Montgomery, AL 36130-4000

David Slawkowski
Andrea Mixson
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487

/s/ *Stewart W. McCloud*
Of Counsel