# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 13-0519-CG-B |
| SAFETYNET YOUTHCARE, INC. Defendant, | : |
| SAFETYNET YOUTHCARE, INC. Third Party Plaintiff, | : |
| vs. | : |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, Third Party Defendant. | : |

## PLAINTIFF ADAP'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SAFETYNET YOUTHCARE, INC.

COMES NOW, the Plaintiff, and pursuant to Federal Rule of Civil Procedure 34, hereby propounds its first set of requests for production to the Defendant, SafetyNet YouthCare, Inc. by and through its attorney of record, Ms. Martha Thompson, Esq., 2801 Highway 280 South, Suite 200, Birmingham, Alabama 35223.

## DEFINITIONS

A. The words **"any"** and **"all"** shall be read in the conjunctive and not in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request. Furthermore, the use of a verb in any tense shall be construed as the use of the verb in all other tenses and the singular form shall be deemed to include the plural, and vice-versa. The singular form of any noun shall be deemed to include the plural, and vice-versa.
B. **"Copy of"** means authentic duplicates of the originals as noted, kept, maintained, and organized by DHR in the ordinary course of business.
C. The words **"or"** and **"and"** shall be read in the conjunctive and not in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request. The use of a verb in any tense shall be construed as the use of the verb in all other tenses and the singular form shall be deemed to include the plural, and vice-versa. The singular form of any noun shall be deemed to include the plural, and vice-versa.

# REQUESTS FOR PRODUCTION

1.  Please produce the name of all SafetyNet YouthCare, Inc. employees and contractors who presently provide and who have provided for the years 2012, 2013 and 2014, the following services for young persons residing in the SafetyNet Academy Moderate Program:
    a. Individual Counseling
    b. Group Counseling or Group Therapy Sessions
    c. Medication Administration
    d. Medication Monitoring
    e. Basic Living Skills
    f. Family Support Treatment Plan Review
    g. Mental Health Consultation
    h. Physician Medical (including psychiatric) Assessment & Treatment
    i. Diagnostic Testing
    j. Family Counseling
    k. Crisis Intervention

2.  For each SafetyNet Academy employee providing each of the services listed in #1 above, please produce the following:
    a. Highest educational degree each employee has obtained
    b. Any State licensure held by the employee for providing each listed service
    c. National accreditation held by the employee for providing each listed service

3.  Please produce the number of young persons who received the following services while residing in the SafetyNet Academy Moderate Program for the years 2012, 2013, and 2014 respectively.
    a. Individual Counseling
    b. Group Counseling or Group Therapy Sessions
    c. Medication Administration
    d. Medication Monitoring
    e. Basic Living Skills
    f. Family Support Treatment Plan Review
    g. Mental Health Consultation
    h. Physician Medical (including psychiatric) Assessment & Treatment
    i. Diagnostic Testing
    j. Family Counseling
    k. Crisis Intervention

4.      Please produce a copy of all SafetyNet policies, procedures, and admission criteria regarding a young person's admission into the SafetyNet Academy Moderate Program.

5.      For the years 2012, 2013, and 2014, please produce the number of SafetyNet Academy Moderate Program residents who took or who are taking medication to treat a psychiatric condition, mental disorder, emotional disorder, or a behavioral disorder.

6.      Please list the number of young persons State DHR or a County DHR placed at the SafetyNet Academy Moderate Program for each of the following years: 2012, 2013, and 2014.

7.      Please list the names of all state or local private or government agencies who have placed young persons at the SafetyNet Academy Moderate program and the number placed by each agency for each of the following years: 2012, 2013, and 2014.

8.      Please list the median length of stay and mean length of stay for young persons DHR or a County DHR placed at the SafetyNet Moderate Program for the 2012-2014 time period.

9.      For each SafetyNet Academy Moderate Program resident who resided at the Moderate Program in the 2012-2014 time period and who received special education services under either the Individuals with Disabilities Education Improvement Act of 2004 (IDEIA) or Section 504 of the Rehabilitation Act of 1973, please produce the disability eligibility category or disabling condition under which the resident is being served (e.g. specific learning disability, emotional disorder, other health impairment, etc.).

Dated: May 29, 2014

Respectfully Submitted,

Signature: _____
Andrea J. Mixson, ASB-2155R79M
David J. Slawkowski, ASB-0810D57S
Attorneys for Plaintiff,
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
Email: amixson@adap.ua.edu

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 29st day of May 2014, I have sent the above Requests for Production to each of the following attorneys of record for the Defendants in this matter via US Mail and Email.

Ms. Martha Thompson, Esq.
Huie, Fernambucq, & Stewart, LLP
2801 Highway 280 S. Suite 200
Birmingham, Alabama 35223-2484

Ms. Felicia M. Brooks
Deputy Attorney General
Attorney for Third-Party-Defendant,
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama 36130-4000
Telephone: (334) 242-9330
Fax: (334) 242-0689

*Andrea J. Mixson*
Andrea J. Mixson
Attorney for the Plaintiff

**From:** Stewart McCloud [SMcCloud@huielaw.com]
**Sent:** Thursday, August 28, 2014 9:01 AM
**To:** Mixson, Andrea
**Cc:** Martha Thompson; Michelle Cummings; Anderson, Nancy; Slawkowski, Dave
**Subject:** RE: SafteyNet's Reply to ADAP's Responses to SN Objections

Andrea,

RFP # 5:

The **2012** beginning census was 16 moderate residents, with 16 admissions during the year for a total of 32 residents in 2012. 25 of the 32 residents were taking psychotropic medications

**2013**- 17 of the 23 moderate residents were taking psychotropic medications

**2014**- 12 of the 20 moderate residents were taking psychotropic medications

RFP #9

Number of moderate residents with IEP's are as follows:
2012- 3
2013- 9
2014- 8

Please let me know if you have any questions or wish to discuss further.

Best,
Stewart


Stewart McCloud
2801 Highway 280 South, Suite 200,
Birmingham, AL 35223
O: 205.251.1193-D: 205.874.3449-F: 205.251.1256
SMcCloud@huielaw.com
www.huielaw.com