# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, <br> Plaintiff, | : <br> : <br> : |
| vs. | : CIVIL ACTION NO. 13-0519-CG-B <br> : |
| SAFETYNET YOUTHCARE, INC. <br> Defendant, | : <br> : <br> : |
| SAFETYNET YOUTHCARE, INC. <br> Third Party Plaintiff, | : <br> : <br> : |
| vs. <br> ALABAMA DEPARTMENT OF <br> HUMAN RESOURCES <br> Third Party Defendant. | : <br> : <br> : <br> : |

## PLAINTIFF ADAP's RESPONSE TO THIRD-PARTY DEFENDANT ALABAMA DEPARTMENT OF HUMAN RESOURCES FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Mr. James A. Tucker, Esq. Director of the Alabama Disabilities Advocacy Program, responds as follows to Third –Party Defendant Alabama Department of Human Resources' First of Interrogatories and Request for Production:

### ADAP'S ANSWERS TO DHR's FIRST SET OF INTERROGATORIES

**DHR Request #1:** Please identify each individual responding to, or assisting in responding to, these interrogatories, providing name, residence address, date of birth and employer.

**ADAP Answer #1:**

Nancy Anderson, Counsel for the Plaintiff
Andrea Mixson, Counsel for the Plaintiff

1

**DHR Request #2:** Please identify each and every individual known to Plaintiff to have any knowledge or information regarding the ADAP's claims.

**ADAP Answer #2:**

Dave Slawkowski
Andrea Mixson
Nancy Anderson
James Tucker
Christa Hackney
Christy Johnson

**DHR Request #3:** Please identify each and every statute, rule and/or regulation that has not been previously identified by you to support ADAP's claim of having authority to monitor SafetyNet's moderate residential program.

**ADAP Answer #3:** All statutes and regulations used to support ADAP's claim have been identified in Plaintiff's Complaint in this matter.

**DHR Request #4:** Please state the date that ADAP began monitoring intensive residential programs or psychiatric residential treatment facilities for children under the age of 21 within the state.

**ADAP Answer #4:**

November 2007

**DHR Request #5:** Please state the date that ADAP began monitoring moderate residential programs within the state.

**ADAP Answer #5:** August 2007

**DHR Request #6:** Please state the name of the federal agency or federal entity that ADAP submits annual priorities and goals from 2005 to present.

**ADAP Answer #6:**

U.S. Department of Health and Human Services (HHS)
U.S. Department of Education (DOE)
Social Security Administration (SSA)

**DHR Request #7:** Please state the name of any federal agency/entity or state agency/entity that has any oversight for ADAP or which ADAP must report to.

**ADAP Answer #7:**

University of Alabama
U.S. Department of Health and Human Services (HHS)
U.S. Department of Education (DOE)
Social Security Administration (SSA)

**DHR Request #8:** Please state the year that ADAP began its work as an entity.

**ADAP Answer #8:** 1975

**DHR Request #9:** Please state what the acronym "DAD" means?

**ADAP Answer #9:** Disability Advocacy Database

**DHR Request #10:** Please identify the name of any computer program used for monitoring residential treatment facilities.

**ADAP Answer #10:** DAD

### ADAP's Answer to DHR's Requests for Production

**DHR's Request #1:** Please produce a copy of each and every document reviewed by ADAP, or relied upon by ADAP, in developing responses to Third-Party-Defendant's First Set of Interrogatories.

**ADAP's Answer #1:** The documents ADAP used in responding to Third- Party Defendant's First Set of Interrogatories are those documents ADAP is producing in response to Third-Party Defendant's First Request for Production.

**DHR's Request #2:** Please produce a list of each and every exhibit that Plaintiff proposes to use at the trial of this case.

**ADAP's Answer #2:** ADAP does not have a list of each and every exhibit ADAP may use were there to be a trial in this case. ADAP will produce an Exhibit List pursuant to the Court's Pre-Trial Scheduling Order.

**DHR's Request # 3:** Please produce a copy of the "DAD" database that contains a list of visits to all facilities for monitoring.

**ADAP's Answer #3:** See attached.

4

**DHR's Request #4:** Please produce any "access manual" or manual(s) regarding procedures, training etc. for monitoring facilities in the State of Alabama.

**ADAP's Answer #4:**

DHR, in a written agreement with ADAP dated June 24, 2014 and attached hereto, agreed that it would not require the production of a document in ADAP's possession entitled "Protection and Advocacy System Access Manual" developed by the National Disability Rights Network. ADAP has not developed nor does it possess any access manual regarding procedures, training etc. for monitoring facilities in the State of Alabama.

**DHR's Request #5:** Please produce any lists of facilities that ADAP has requested to monitor and has been denied by SafetyNet or DHR.

**ADAP's Answer #5:** SafetyNet Moderate

**DHR's Request #6:** Please produce a list of all individuals form ADAP, including volunteers, independent contractors and employees who have conducted monitoring of SafetyNet or residential treatment facilities within this State from 2000 to present.

**ADAP's Answer #6:**

Christy Johnson
Christa Hackney
Barbara Lawrence
Tory Strickland
Katie Gramling
Andrea Mixson
Nancy Anderson

**DHR's Request #7:** Please produce the annual priorities and goals submitted to the federal government by ADAP for the years 2005 to present.

**ADAP Answer #7:** See attached.

**DHR's Request #8:** Please produce any resume/curriculum vitae of any expert you expect to call as a witness as the trial of this case.

**ADAP's Answer #8:** ADAP does not know at this time if it will call any expert as a witness at trial. ADAP will produce any resume/curriculum viate of an expert witness to testify at trial per the Court's Pretrial Scheduling Order.

The answers I have provided in the above Interrogatories and Requests for Production are true and correct to the best of my knowledge.

Signed as to Interrogatories and Requests for Production Answers:

_/s/ James A. Tucker_
James A. Tucker, Esq.
Director, Alabama Disabilities Advocacy Program

State of Alabama )

County of Tuscaloosa )

Sworn to and subscribed before me this 3rd day of July 2014.

_/s/ Anita Davidson_
~~Janet Owens~~, Notary Public, _Anita Davidson_
My Commission Expires:

_/s/ Andrea J. Mixson_
Andrea J. Mixson, ASB-2155R79M
David J. Slawkowski, ASB-0810D57S
Attorneys for Plaintiff,
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
**COUNSEL FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of July, 2014, I have served Third- Party Defendant's counsel and Defendant's counsel below in this matter by serving a

Martha Leach Thompson, Esq.
Attorney for Defendant,
SafetyNet Youthcare, Inc.
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193


Felicia M. Brooks,
Deputy Attorney General
Attorney for Third-Party-Defendant,
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama 36130-4000
Telephone: (334) 242-9330
Fax: (334) 242-0689

/s/ Andrea J. Mixson
Andrea J. Mixson
Counsel for the Plaintiff

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 1 | 36577 | AltaPointe - BayPointe Hospital & Residential Services | Child and Adult | DMH | 10/1/2008 |
| 2 | 51408 | AltaPointe - BayPointe Hospital & Residential Services | Child and Adult | DMH | 10/1/2011 |
| 3 | 57932 | AltaPointe - BayPointe Hospital & Residential Services | Child and Adult | DMH | 12/31/2012 |
| 4 | 64019 | AltaPointe - BayPointe Hospital & Residential Services | Child and Adult | DMH | 4/4/2014 |
| 5 | 29539 | BayPointe/AltaPoine | Child and Adult | DMH | 6/23/2008 |
| 6 | 46566 | BayPointe/AltaPoine | Child and Adult | DMH | 10/4/2010 |
| 7 | 22854 | Alabama Clinical Schools | Child | DHR, DMH | 10/1/2007 |
| 8 | 46565 | Alabama Clinical Schools | Child | DHR, DMH | 10/1/2010 |
| 9 | 23310 | Alabama Clinical Schools | Child | DHR, DMH | 8/24/2007 |
| 10 | 62970 | Alabama Clinical Schools | Child | DHR, DMH | 1/21/2014 |
| 11 | 23307 | Alabama Clinical Schools - Main | Child | DHR, DMH | 8/24/2007 |
| 12 | 30846 | Alabama Mentor | Child | DHR | 5/1/2008 |
| 13 | 22855 | BayPointe/AltaPoine | Child | DHR, DMH | 10/1/2007 |
| 14 | 22973 | Boyd School | Child | DHR | 11/17/2006 |
| 15 | 29012 | Boyd School | Child | DHR | 10/1/2007 |
| 16 | 29010 | Brewer Porch Children's Center | Child | DHR, DMH | 4/10/2008 |
| 17 | 53497 | Brewer Porch Children's Center | Child | DHR, DMH | 1/13/2012 |
| 18 | 17710 | Brewer Porch Children's Center | Child | DHR, DMH | 10/1/2006 |
| 19 | 22865 | Brewer Porch Children's Center | Child | DHR, DMH | 10/1/2007 |
| 20 | 46567 | Brewer Porch Children's Center | Child | DHR, DMH | 10/1/2010 |
| 21 | 22970 | Brewer Porch Children's Center/STEP | Child | DMH | 10/20/2006 |
| 22 | 46927 | Bryce Adolescent Unit/DMH Adolescent Unit at UAB | Child | DMH | 10/1/2010 |
| 23 | 47399 | Calhoun County Jail/Youth Wing | Child | Calhoun Co. Commission | 10/21/2010 |
| 24 | 55429 | Camp Lewis Boot Camp for Youth | Child | DYS | 7/24/2012 |
| 25 | 28967 | Chalkville | Child | DYS | 3/28/2008 |
| 26 | 47298 | Chalkville | Child | DYS | 10/1/2010 |
| 27 | 47299 | Chalkville | Child | DYS | 10/1/2010 |
| 28 | 52210 | Chalkville | Child | DYS | 10/14/2011 |

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 29 | 62766 | DMH adolescent unit at UAB | Child | DMH | 1/9/2014 |
| 30 | 31893 | Eagles' Wings, Inc. | Child | DMH | 10/21/2008 |
| 31 | 23321 | Enrestoration School For Children | Child | DMH | 8/24/2007 |
| 32 | 40831 | Father Purcell Children's Center/Nursing Home | Child | DPH | 5/28/2010 |
| 33 | 46609 | Father Purcell Children's Center/Nursing Home | Child | DPH | 10/1/2010 |
| 34 | 29009 | Father Walter's Nursing Home for Children | Child | DPH | 4/10/2008 |
| 35 | 62971 | Gateway | Child | DHR | 1/21/2014 |
| 36 | 22867 | Gateway | Child | DHR | 10/1/2007 |
| 37 | 46569 | Gateway | Child | DHR | 10/1/2010 |
| 38 | 62975 | Glenwood | Child | DHR, DMH, ALSDE | 1/21/2014 |
| 39 | 22871 | Glenwood | Child | DHR, DMH, ALSDE | 10/1/2007 |
| 40 | 22971 | Glenwood | Child | DHR, DMH, ALSDE | 11/2/2006 |
| 41 | 23298 | Glenwood | Child | DHR, DMH, ALSDE | 8/23/2007 |
| 42 | 51050 | Glenwood | Child | DHR, DMH, ALSDE | 8/22/2011 |
| 43 | 30814 | Glenwood | Child | DHR, DMH, ALSDE | 7/1/2008 |
| 44 | 23300 | Glenwood | Child | DHR, DMH, ALSDE | 8/23/2007 |
| 45 | 62976 | Hillcrest | Child | DHR, DMH | 1/21/2014 |
| 46 | 22873 | Hillcrest Behavioral Health Services | Child | DHR, DMH | 10/1/2007 |
| 47 | 46571 | Hillcrest Behavioral Health Services | Child | DHR, DMH | 10/1/2010 |
| 48 | 47399 | Jefferson County Jail/Youth Wing | Child | Jefferson Co. Commission | 10/21/2010 |
| 49 | 35314 | Jefferson County Youth Detention Center | Child | Jefferson Co. Commission | 6/19/2009 |
| 50 | 48273 | Jefferson County Youth Detention Center | Child | Jefferson Co. Commission | 11/22/2010 |
| 51 | 23322 | Laurel Oaks Behavioral Center | Child | DHR, DMH, DYS | 8/24/2007 |
| 52 | 63468 | Laurel Oaks Behavioral Center | Child | DHR, DMH, DYS | 3/4/2014 |
| 53 | 22874 | Laurel Oaks Behavioral Center | Child | DHR, DMH, DYS | 10/1/2007 |
| 54 | 33356 | Laurel Oaks Behavioral Center | Child | DHR, DMH, DYS | 1/28/2009 |
| 55 | 46556 | Laurel Oaks Behavioral Center | Child | DHR, DMH, DYS | 10/1/2010 |
| 56 | 28995 | Learning Tree | Child | DMH, ALSDE | 4/3/2008 |
| 57 | 60538 | Lee County Youth Development Center | Child | DHR, DYS | 9/23/2013 |
| 58 | 62977 | Lee County Youth Development Center | Child | DHR, DYS | 1/21/2014 |
| 59 | 22875 | Lee County Youth Development Center | Child | DHR, DYS | 10/1/2007 |
| 60 | 51049 | Lee County Youth Development Center | Child | DHR, DYS | 8/15/2011 |
| 61 | 52976 | Lee County Youth Development Center | Child | DHR, DYS | 11/18/2011 |

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 62 | 65908 | McGinnis School ARC of Montgomery County/Montgomery School System classroom | Child | Montgomery County Schools/DMH | 5/19/2014 |
| 63 | 66188 | Montgomery Children's Specialty Center/Nursing Home | Child | DPH | |
| 64 | 47399 | Montgomery County Jail/Youth Wing | Child | Montgomery Co. Commission | 10/21/2010 |
| 65 | 56298 | Montgomery County Jail/Youth Wing | Child | Montgomery Co. Commission | 9/28/2012 |
| 66 | 35367 | Montgomery County Youth Detention Center | Child | Montgomery Co. Commission | 6/22/2009 |
| 67 | 48275 | Montgomery County Youth Detention Center | Child | Montgomery Co. Commission | 11/23/2010 |
| 68 | 22876 | Mountain View | Child | DHR, DMH | 10/1/2007 |
| 69 | 62969 | Mountain View | Child | DHR, DMH | 1/21/2014 |
| 70 | 46559 | Mountain View Hospital | Child | DHR, DMH | 10/1/2010 |
| 71 | 29526 | Mountain View Long Term Residential | Child | DHR, DMH | 6/20/2008 |
| 72 | 29525 | Mountain View Psychiatric | Child | DHR, DMH | 6/20/2008 |
| 73 | 12631 | Mt. Meigs | Child | DYS | 10/1/2005 |
| 74 | 21813 | Mt. Meigs | Child | DYS | 4/2/2007 |
| 75 | 51383 | Mt. Meigs | Child | DYS | 10/3/2011 |
| 76 | 41406 | Mt. Meigs Complex | Child | DYS | 10/1/2009 |
| 77 | 46617 | Mt. Meigs Complex | Child | DYS | 10/1/2010 |
| 78 | 56975 | Mt. Meigs Complex | Child | DYS | 10/17/2012 |
| 79 | 60896 | Mt. Meigs Complex | Child | DYS | 10/1/2013 |
| 80 | 48873 | Mt. Meigs Intensive Treatment Unit | Child | DYS | 11/9/2010 |
| 81 | 28851 | Partlow adolescents | Child | DMH | 10/1/2007 |
| 82 | 28836 | Partlow adolescents | Child | DMH | 1/16/2008 |
| 83 | 29086 | Pathway | Child | DHR | 5/1/2008 |
| 84 | 46563 | Pathway | Child | DHR | 10/1/2010 |
| 85 | 63482 | Pathway, Inc. | Child | DHR | 3/4/2014 |
| 86 | 47399 | Russell County Jail/Youth Wing | Child | Russell Co. Commission | 10/21/2010 |
| 87 | 58162 | Safety Net - Minter Campus | Child | DHR | 1/22/2013 |
| 88 | 60573 | Safety Net - Minter Campus | Child | DHR | 10/1/2013 |

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 89 | 60037 | Safety Net Crossings Campus | Child | DHR | 8/7/2013 |
| 90 | 60576 | Safety Net Crossings Campus | Child | DHR | 10/1/2013 |
| 91 | 51047 | SafetyNet Crossings | Child | DHR | 7/13/2011 |
| 92 | 51046 | SafetyNet Ranch | Child | DHR | 7/6/2011 |
| 93 | 51048 | SafetyNet Villa | Child | DHR | 7/13/2011 |
| 94 | 55144 | Sequel DYS Girls Program | Child | DYS | 6/15/2012 |
| 95 | 62513 | Sequel TSI - Courtland | Child | DHR | 10/1/2013 |
| 96 | 60550 | Sequel TSI - New Beginnings Owens Cross Roads | Child | DHR | 9/24/2013 |
| 97 | 62978 | Sequel TSI - Tuskegee | Child | DHR | 1/21/2014 |
| 98 | 62972 | Sequel TSI - Tuskegee | Child | DHR | 1/21/2014 |
| 99 | 63705 | St. Mary's Home | Child | DHR | 3/19/2014 |
| 100 | 29087 | St. Mary's Home | Child | DHR | 5/1/2008 |
| 101 | 30634 | St. Mary's Home | Child | DHR | 6/16/2008 |
| 102 | 46564 | St. Mary's Home | Child | DHR | 10/1/2010 |
| 103 | 35268 | Strickland Detention Center | Child | Mobile County Commission | 6/18/2009 |
| 104 | 46540 | Strickland Detention Center | Child | Mobile County Commission | 10/1/2010 |
| 105 | 51150 | Strickland Detention Center | Child | Mobile County Commission | 10/1/2011 |
| 106 | 57454 | Strickland Detention Center | Child | Mobile County Commission | 11/13/2012 |
| 107 | 60496 | Strickland Detention Center | Child | Mobile County Commission | 10/1/2013 |
| 108 | 29348 | The Fortress/Woodstock | Child | DHR | 5/29/2008 |
| 109 | 63761 | Three Notch Group Home | Child | DHR | 3/21/2014 |
| 110 | 22878 | Three Springs Courtland | Child | DHR | 10/1/2007 |
| 111 | 46560 | Three Springs Courtland | Child | DHR | 10/1/2010 |
| 112 | 23171 | Three Springs Madison | Child | DHR | 8/13/2007 |
| 113 | 22879 | Three Springs Madison | Child | DHR | 10/1/2007 |
| 114 | 46561 | Three Springs Madison | Child | DHR | 10/1/2010 |
| 115 | 22880 | Three Springs New Beginnings | Child | DHR | 10/1/2007 |
| 116 | 46562 | Three Springs New Beginnings | Child | DHR | 10/1/2010 |

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 117 | 48508 | Three Springs Tuskegee | Child | DHR | 12/23/2010 |
| 118 | 28071 | Three Springs Tuskegee | Child | DHR | 10/11/2007 |
| 119 | 23319 | Tri-Wil, Inc. | Child | DHR | 8/24/2007 |
| 120 | 22877 | Tri-Wil, Inc. | Child | DHR | 7/16/2007 |
| 121 | 29580 | Tri-Wil, Inc. | Child | DHR | 6/19/2008 |
| 122 | 52296 | Troy Group Home | Child | DYS | 10/18/2011 |
| 123 | 50898 | Troy Group Home | Child | DYS | 8/10/2011 |
| 124 | 48274 | Tuscaloosa County Juvenile Detention Center | Child | Tuscaloosa County Commission | 11/22/2010 |
| 125 | 21923 | Vacca Campus | Child | DYS | 10/1/2007 |
| 126 | 28960 | Vacca Campus | Child | DYS | 3/27/2008 |
| 127 | 47655 | Vacca Campus | Child | DYS | 10/25/2010 |
| 128 | 52209 | Vacca Campus | Child | DYS | 10/3/2011 |
| 129 | 56526 | Vacca Campus | Child | DYS | 10/3/2012 |
| 130 | 60566 | Vacca Campus | Child | DYS | 10/1/2013 |
| 131 | 21982 | WAYS Group Home/DYS | Child | DYS | 4/4/2007 |
| 132 | 30622 | Wilmer Hall Children's Home | Child | DHR | 6/16/2008 |
| 133 | 56714 | Working on Womanhood (WOW) | Child | DYS | 10/5/2012 |
| 134 | 60898 | Working on Womanhood (WOW) | Child | DYS | 10/1/2013 |
| 135 | 48633 | WOW Girls Program/Tuscalooosa | Child | DYS | 1/12/2011 |
| 136 | 51157 | WOW Girls Program/Tuscaloosa | Child | DYS | 10/3/2011 |
| 137 | 51195 | Ability Plus - Hal Street | Adult | DMH | 9/15/2011 |
| 138 | 50707 | Ability Plus - Wildwood | Adult | DMH | 6/29/2011 |
| 139 | 51291 | Alivia Blackmon Home | Adult | DMH | 9/20/2011 |
| 140 | 63488 | Altapoint Forensic Group Home | Adult | DMH | 3/5/2014 |
| 141 | 50704 | Amazing Grace Group Home | Adult | DMH | 6/22/2011 |
| 142 | 59413 | Amazing Grace Group Home | Adult | DMH | 5/23/2013 |
| 143 | 51292 | Arc - 624 Fairground Group Home | Adult | DMH | 9/20/2011 |
| 144 | 51295 | Arc - Fayette Lamar | Adult | DMH | 9/20/2011 |
| 145 | 65815 | Arc - Jefferson County Day Program | Adult | DMH | 5/19/2014 |
| 146 | 65812 | Arc - Jefferson County Work Program | Adult | DMH | 5/19/2014 |
| 147 | 65814 | Arc - Jefferson County Work Program | Adult | DMH | 6/3/2014 |
| 148 | 58346 | Arc - Montgomery | Adult | DMH | 2/1/2013 |

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 149 | 59765 | Arc - Montgomery | Adult | DMH | 7/3/2013 |
| 150 | 62745 | Arc - Montgomery - Burges Center | Adult | DMH | 11/21/2013 |
| 151 | 62737 | Arc - Montgomery - McGinnis Center | Adult | DMH | 11/21/2013 |
| 152 | 62732 | Arc - Montgomery - Hannan Center | Adult | DMH | 11/21/2013 |
| 153 | 51572 | Arc - Raliegh Group Home | Adult | DMH | 9/30/2011 |
| 154 | 50714 | Arc - Westchester Group Home | Adult | DMH | 7/6/2011 |
| 155 | 50721 | Arc - Zinnia Group Home | Adult | DMH | 7/8/2011 |
| 156 | 50716 | Arc 620 Fairground Group Home | Adult | DMH | 7/7/2011 |
| 157 | 59630 | Arc Fayette Lamar Marengo Day Hab | Adult | DMH | 6/17/2013 |
| 158 | 50530 | Arc of Baldwin County | Adult | DMH | 6/23/2011 |
| 159 | 51412 | Arc of Baldwin County | Adult | DMH | 10/1/2011 |
| 160 | 64222 | Arc-School House Group Home | Adult | DMH | 4/16/2014 |
| 161 | 60662 | ArcWay Industries Sheltered Workshop | Adult | DMH | 10/1/2013 |
| 162 | 58170 | Arc-Way Industries Sheltered Workshop | Adult | DMH | 1/10/2013 |
| 163 | 60034 | Azalea Manor Medical Center Group Home | Adult | DMH | 7/31/2013 |
| 164 | 60643 | Azalea Manor Medical Center Group Home | Adult | DMH | 10/1/2013 |
| 165 | 58444 | Baldwin County Mental Health Center - Hillside Lodge | Adult | DMH | 2/15/2013 |
| 166 | 51196 | Betty's Lane | Adult | DMH | 9/15/2011 |
| 167 | 59397 | Bryce Hospital | Adult | DMH | 5/23/2013 |
| 168 | 60710 | Bryce Hospital | Adult | DMH | 10/1/2013 |
| 169 | 51206 | Carry Brook | Adult | DMH | 8/17/2011 |
| 170 | 59474 | Cheaha Mental Health - Motes Group Home | Adult | DMH | 6/3/2013 |
| 171 | 51306 | Cheaha Mental Health - Motes Group Home #209 | Adult | DMH | 9/21/2011 |
| 172 | 51286 | Cheaha Mental Health - Motes Group Home #211 | Adult | DMH | 9/20/2011 |
| 173 | 59479 | Conner-Crabtree Group Home | Adult | DMH | 6/4/2013 |
| 174 | 51296 | Cooper Community Residential Facility | Adult | DMH | 9/20/2011 |
| 175 | 59793 | Cooper CRF | Adult | DMH | 7/10/2013 |
| 176 | 65929 | Debrick Residential Provider | Adult | DMH | 6/12/2014 |
| 177 | 50712 | Donna's Place | Adult | DMH | 7/7/2011 |
| 178 | 59743 | Four Winds/Four Seasons - Assisted Living | Adult | DMH | 7/2/2013 |
| 179 | 39959 | Geer Center/Day Hab Program IRMHA | Adult | DMH | 3/30/2010 |
| 180 | 59741 | Genesis Group Home | Adult | DMH | 7/2/2013 |

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 181 | 58083 | Goodwill Sheltered Workshop | Adult | DMH | 1/14/2013 |
| 182 | 33510 | Greil Hospital | Adult | DMH | 2/4/2009 |
| 183 | 55041 | Greil Hospital | Adult | DMH | 6/1/2012 |
| 184 | 50705 | Haymon Home - Grace House | Adult | DMH | 6/20/2011 |
| 185 | 59790 | Indian Rivers - Cahaba 5 | Adult | DMH | 7/10/2013 |
| 186 | 51336 | Indian Rivers-Loop Road | Adult | DMH | 9/25/2011 |
| 187 | 63760 | JBS- St. Charles House | Adult | DMH | 3/21/2014 |
| 188 | 58560 | Jefferson Rehabilitation and Health Center | Adult | DPH | 2/27/2013 |
| 189 | 51284 | JLW, Inc. | Adult | DPH | 9/20/2011 |
| 190 | 58559 | Legacy Health & Rehab | Adult | DMH | 2/27/2013 |
| 191 | 51288 | Lifeline Health Systems | Adult | DMH | 9/20/2011 |
| 192 | 51299 | Lilly Springs Group Home | Adult | DMH | 9/20/2011 |
| 193 | 51283 | Magnolia Wood (421) | Adult | DMH | 9/20/2011 |
| 194 | 50720 | Magnolia Woods (403) | Adult | DMH | 7/8/2011 |
| 195 | 50718 | Magnolia Woods (419) | Adult | DMH | 7/8/2011 |
| 196 | 50736 | Magnolia Woods (505) | Adult | DMH | 7/20/2011 |
| 197 | 32214 | Marion Junction PSM | Adult | DMH | 11/10/2008 |
| 198 | 58016 | Mobile Arc Sheltered Workshop | Adult | DMH | 12/19/2012 |
| 199 | 61583 | Monte Lissa Group Home | Adult | DMH | 10/18/2013 |
| 200 | 51558 | NDRN Monitoring -VOA Group Home Athens | Adult | DMH | 9/30/2011 |
| 201 | 51552 | New Beginnings Group Home | Adult | DMH | 9/30/2011 |
| 202 | 51289 | Nobles Group Home - Prestige | Adult | DMH | 9/20/2011 |
| 203 | 29745 | North Alabama Regional Hospital | Adult | DMH | 7/14/2008 |
| 204 | 53594 | North Alabama Regional Hospital | Adult | DMH | 1/25/2012 |
| 205 | 51238 | Palk Enterprises | Adult | DMH | 9/19/2011 |
| 206 | 58410 | Palk Sheltered Workshop | Adult | DMH | 2/8/2013 |
| 207 | 60843 | Palk Sheltered Workshop | Adult | DMH | 10/1/2013 |
| 208 | 23303 | Partlow | Adult | DMH | 5/14/2007 |
| 209 | 12617 | Partlow | Adult | DMH | 8/23/2005 |
| 210 | 14169 | Partlow | Adult | DMH | 10/17/2005 |
| 211 | 22143 | Partlow | Adult | DMH | 4/30/2007 |
| 212 | 22261 | Partlow | Adult | DMH | 5/10/2007 |
| 213 | 23318 | Partlow | Adult | DMH | 6/20/2007 |

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 214 | 23314 | Partlow | Adult | DMH | 6/26/2007 |
| 215 | 28758 | Partlow | Adult | DMH | 12/18/2007 |
| 216 | 51392 | Partlow | Adult | DMH | 10/1/2011 |
| 217 | 48869 | Petra Inc.Group Home | Adult | DMH | 10/1/2010 |
| 218 | 51188 | Petra Inc.Group Home/#2 | Adult | DMH | 9/15/2011 |
| 219 | 51293 | Petway | Adult | DMH | 9/20/2011 |
| 220 | 51298 | PHP - Martin Drive Group Home | Adult | DMH | 9/20/2011 |
| 221 | 48159 | PHP Day Hab Program | Adult | DMH | 10/1/2010 |
| 222 | 48869 | PHP Group Home | Adult | DMH | 10/1/2010 |
| 223 | 63388 | Plantation Group Home | Adult | DMH | 2/24/2014 |
| 224 | 51285 | Quality South | Adult | DMH | 9/20/2011 |
| 225 | 48869 | Quality South Group Home | Adult | DMH | 10/1/2010 |
| 226 | 58343 | Rainbow Omega | Adult | DMH | 1/4/2013 |
| 227 | 51287 | Resources for Independence - 39th Group Home | Adult | DMH | 9/20/2011 |
| 228 | 48869 | Resources for Independence Group Home | Adult | DMH | 10/1/2010 |
| 229 | 33375 | Rhoc Group Homes | Adult | DMH | 10/1/2008 |
| 230 | 51307 | Robins Nest Group Home | Adult | DMH | 9/21/2011 |
| 231 | 50708 | ROC Group Home | Adult | DMH | 6/24/2011 |
| 232 | 50706 | Scope 310 | Adult | DMH | 6/13/2011 |
| 233 | 58337 | Scope 310 | Adult | DMH | 1/31/2013 |
| 234 | 10653 | Searcy | Adult | DMH | 1/19/2005 |
| 235 | 55045 | Searcy | Adult | DMH | 6/1/2012 |
| 236 | 57455 | Searcy | Adult | DMH | 11/13/2012 |
| 237 | 50710 | Serenity Home | Adult | DMH | 6/20/2011 |
| 238 | 59764 | Smithcare Homes | Adult | DMH | 7/3/2013 |
| 239 | 52908 | Southside Group Home | Adult | DMH | 11/14/2011 |
| 240 | 61575 | Sterling Group - Jonathan House | Adult | DMH | 10/17/2013 |
| 241 | 61970 | Sterling Group - K&D Group Home | Adult | DMH | 11/5/2013 |
| 242 | 61529 | Sterling Group – Teresa House | Adult | DMH | 10/16/2013 |
| 243 | 61799 | Sterling Group -Cedar Grove | Adult | DMH | 10/30/2013 |
| 244 | 63058 | Sterling Group Homes | Adult | DMH | 1/27/2014 |
| 245 | 51290 | Summit Health & Management Home | Adult | DMH | 9/20/2011 |
| 246 | 7092 | Taylor Hardin | Adult | DMH | 9/30/2003 |

| No. | Project ID | Facility | Population Served | Facility Type | Project Open Date |
|---|---|---|---|---|---|
| 247 | 9798 | Taylor Hardin | Adult | DMH | 10/1/2007 |
| 248 | 54959 | Taylor Hardin | Adult | DMH | 5/18/2012 |
| 249 | 59172 | Tri County Group Homes | Adult | DMH | 4/25/2013 |
| 250 | 58185 | UCP Birmingham Sheltered Workshop | Adult | DMH | 1/4/2013 |
| 251 | 60848 | UCP Sheltered Workshop | Adult | DMH | 10/2/2013 |
| 252 | 50713 | Viola Bertella Group Home | Adult | DMH | 7/1/2011 |
| 253 | 58740 | Vivian B. Adams Sheltered Workshop | Adult | DMH | 3/1/2013 |
| 254 | 58366 | VOA - Buddy Porter Group Home | Adult | DMH | 2/5/2013 |
| 255 | 59398 | VOA - Chestnut Street - Hartselle | Adult | DMH | 5/23/2013 |
| 256 | 63421 | VOA - Harris Road Group Home | Adult | DMH | 2/26/2014 |
| 257 | 63405 | VOA - Larry Street | Adult | DMH | 2/19/2014 |
| 258 | 59786 | VOA - Myah Group Home | Adult | DMH | 7/10/2013 |
| 259 | 51281 | VOA - Summer Place | Adult | DMH | 9/20/2011 |
| 260 | 59412 | VOA Huntsville Group Home | Adult | DMH | 5/23/2013 |
| 261 | 59415 | VOA Porter Group Home | Adult | DMH | 5/23/2013 |
| 262 | 51294 | Weaver Community Residential Facility 3 | Adult | DMH | 9/20/2011 |
| 263 | 59747 | Whitfield CRF | Adult | DMH | 7/2/2013 |