# EXHIBIT A

IN THE UNITED STATES DISTICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | CV 2013-519 |
| SAFETYNET YOUTHCARE, INC., | ) ) | |
| Defendant. | ) | |

## RESPONSES OF DEFENDANT SAFETYNET YOUTHCARE, INC. TO PLAINTIFF'S FIRST SET OF ADMISSIONS

**COMES NOW** the Defendant, SafetyNet Youthcare, Inc., and in response to Plaintiff's First Request for Admissions, states as follows:

First Set of Admissions, Request 1. Admit that Defendant's Executive Director Lynn Wheately received a written correspondence from ADAP counsel, Nancy Anderson, dated October 2, 2012, informing Mr. Wheatley of ADAP's federal statutory authority to conduct monitoring activities in all parts of facilities providing care and treatment of any individuals with disabilities.

### RESPONSE:

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 2. Admit that Defendant's Executive Director Lynn Wheatley received a written correspondence from ADAP counsel Nancy Anderson, dated January 14, 2013, informing Mr. Wheatley that ADAP intended to conduct a monitoring visit of Defendant's SafetyNet Academy Moderate Program in Minter, Alabama on January 22, 2013.

### RESPONSE:

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 3. Admit that Defendant's Corporate Clinical Director, Sheila Hatfield, received a written correspondence from ADAP counsel Nancy Anderson, dated January 14, 2013, informing Ms. Schroeder that ADAP intended to conduct a monitoring visit of Defendant's SafetyNet Academy Moderate Program in Minter, Alabama on January 22, 2013.

**RESPONSE:**

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 4. Admit that Defendant's Clinical Director, Valerie Schroeder, received a written correspondence from ADAP counsel, Nancy Anderson, dated January 14, 2013, informing Ms. Schroeder that ADAP intended to conduct a monitoring visit of Defendant's SafetyNet Academy Moderate Program in Minter, Alabama on January 22, 2013.

**RESPONSE:**

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 5. Admit that Defendant's Clinical Director, Valerie Schroeder, denied ADAP advocate Christy Johnson access to monitor Defendant's SafetyNet Academy Moderate Program while Ms. Johnson was on Defendant's SafetyNet Acadmey campus in Minter, Alabama on January 22, 2013.

**RESPONSE:**

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 6. Admit that Defendant's Clinical Director, Valerie Schroeder, stated to ADAP Advocate Christy Johnson on January 22, 2013 at the Defendant's SafetyNet Academy Campus in Minter, Alabama that ADAP was not allowed access to talk with Defendant's SafetyNet Academy Moderate residents because Moderate residents do not receive psychiatric services.

**RESPONSE:**

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 7. Admit that Defendant's Corporate Clinical Director, Sheila Hatfield, denied ADAP advocate Christy Johnson access to monitor Defendant's SafetyNet Academy Moderate Program in Minter, Alabama

while Ms. Johnson was on Defendant's SafetyNet Academy campus on May 1, 2013.

**RESPONSE:**

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 8. Admit that Defendant's Executive Director, Lyn Wheatley, received an email from ADAP counsel Andrea Mixson dated October 17, 2013 informing Mr. Wheatley that ADAP planned to monitor the Defendant's SafetyNet Academy Moderate facility on October 21, 2013.

**RESPONSE:**

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 9. Admit that on October 21, 2013, Defendant, by and through its counsel, and in Defendant Executive Director's (Lyn Wheatley) and Defendant's Clinical Director's (Shelia Hatfield) presence, denied ADAP advocate Christy Johnson and ADAP counsel Andrea Mixson access to monitor the SafetyNet Academy Moderate Program located in Minter, Alabama.

**RESPONSE:**

**Admitted. DHR advised SafetyNet Academy to deny access to the Moderate Program.**

First Set of Admissions, Request 10. Admit that Defendant's SafetyNet Academy Moderate Program serves young persons with the following mental health diagnoses as listed on its website, http://safetynetbhc.com; Attention Deficit Hyperactivity Disorder, Depressive Disorder, Generalized Anxiety Disorder, Post Traumatic Stress Disorder, Reactive Attachment Disorder, Oppositional Defiant Disorder, and Conduct Disorder.

**RESPONSE:**

**Admitted.**

First Set of Admissions, Request 11. Admit that Defendant's SafetyNet Academy Moderate Program is licensed by the Alabama Department of Human Resources (DHR) to provide treatment services for young persons with Diagnostic Symptom Manual (DSM) Axis I Diagnoses.

**RESPONSE:**

**Denied.**

First Set of Admissions, Request 12. Admit that Defendant SafetyNet YouthCare, Inc., is licensed by DHR to coordinate or provide individual counseling as a treatment service for young persons residing in Defendant's Moderate Program at SafetyNet Academy.

**RESPONSE:**

**Denied.**

First Set of Admissions, Request 13. Admit that Defendant SafetyNet YouthCare, Inc. coordinates or provides individual counseling as a treatment service for young persons residing in Defendant's Moderate Program at SafetyNet Academy as referenced on its website, http://safetynetbhc.com.

**RESPONSE:**

**Admitted.**

First Set of Admissions, Request 14. Admit that Defendant SafetyNet YouthCare, Inc. coordinates or provides psychiatric services as a treatment service to young persons residing in Defendant's Moderate Program at the SafetyNet Academy as referenced on its website, http://safetynetbhc.com.

**RESPONSE:**

**Admitted.**

First Set of Admissions, Request 15. Admit that Defendant SafetyNet YouthCare, Inc. is licensed by DHR to coordinate or provide psychiatric services as a treatment service to young persons residing in Defendant's Moderate Program at the SafetyNet Academy.

**RESPONSE:**

**Denied.**

First Set of Admissions, Request 16. Admit that Defendant SafetyNet YouthCare, Inc. is licensed by DHR to provide or coordinate family counseling as a treatment service to young persons residing in Defendant's Moderate Program at SafetyNet Academy.

**RESPONSE:**

Denied.

First Set of Admissions, Request 17. Admit that Defendant SafetyNet YouthCare, Inc. coordinates or provides family counseling as a treatment service to young persons residing in Defendant's Moderate Program at SafetyNet Academy as referenced on its website, http://safetynetbhc.com.

**RESPONSE:**

Admitted.

First Set of Admissions, Request 18. Admit that the Defendant SafetyNet YouthCare, Inc., is licensed by DHR to coordinate or provide group counseling as a treatment service to young persons residing in Defendant's Moderate Program at SafetyNet Academy.

**RESPONSE:**

Denied.

First Set of Admissions, Request 19. Admit that the Defendant SafetyNet YouthCare, Inc., coordinates or provides group counseling as a treatment service to young persons residing in Defendant's Moderate Program at SafetyNet Academy as referenced on its website, http://safetynetbhc.com.

**RESPONSE:**

Admitted.

First Set of Admissions, Request 20. Admit that the Defendant's SafetyNet Academy Moderate Program addresses the following treatment issues, among others, as listed on its website, http://safetynetbhc.com: Poor social boundaries. Familial conflict, Grief and loss. Depression and attachment issues, and physical, sexual and emotional abuse.

**RESPONSE:**

Admitted.

First Set of Admissions, Request 21. Admit that DHR licenses Defendant SafetyNet Academy in Minter, Alabama., as a child care institution pursuant to Alabama Code §38-7-2 (1975).

**RESPONSE:**

Admitted.

First Set of Admissions, Request 22. Admit that DHR licenses the SafetyNet Academy Intensive Program located in Minter, Alabama, as a child care institution pursuant to Alabama Code §38-7-2(1975).

**RESPONSE:**

**Denied.**

First Set of Admissions, Request 23. Admit that DHR licenses the SafetyNet Academy Moderate Program located in Minter, Alabama as a child care institution pursuant to Alabama Code § 38-7-2 (1975).

**RESPONSE:**

**Denied.**

/s/ Martha Leach Thompson
Martha Leach Thompson
Attorney for Defendant,
SafetyNet Youthcare, Inc.

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2014 I have electronically filed the foregoing pleading with the Clerk of the Court which will send notification of the filing to:

Sharon E. Ficquette
Luther Strange
Alabama Department of Human Resources
P O Box 304000
50 Ripley Street, Suite 2122
Montgomery, AL 36130-4000

David Slawkowski
Andrea Mixson
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487

/s/ Martha Leach Thompson
Of Counsel