IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 13-0519-CG-B ) |
| SAFETYNET YOUTHCARE, INC., | ) ) |
| Defendant/Third-Party Plaintiff, | ) ) ) |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, | ) ) ) |
| Third-Party Defendant. | ) |

## DECLARATORY JUDGMENT

In accordance with the Order entered on December 12, 2014, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that **DECLARATORY JUDGMENT** is entered against SafetyNet Youthcare, Inc., and SafetyNet Youthcare, Inc. is hereby **PERMANENTLY ENJOINED** from denying Alabama Disabilities Advocacy Program reasonable access to its intensive and moderate programs located at the Minter, Alabama facility.

**DONE and ORDERED** this 15th day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE