IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM,<br>Plaintiff,<br><br>vs.<br><br>SAFETYNET YOUTHCARE, INC.,<br>Defendant.<br><br>SAFETYNET YOUTHCARE, INC.,<br>Third Party Plaintiff,<br><br>vs.<br><br>ALABAMA DEPARTMENT OF HUMAN RESOURCES,<br>Third Party Defendant. | CIVIL ACTION NO. 13-0519-CG-B |

## NOTICE OF FILING ALABAMA DISABILTIES ADVOCACY PROGRAM (ADAP) MONITORING, VISITATION AND RECORD ACCESS PROCEDURES FOR SAFETYNET YOUTHCARE, INC. (SAFETYNET) FACILITIES

**COME NOW,** the Plaintiff (ADAP) and Defendant, SafetyNet and pursuant to this Court's December 12, 2014 Order (Doc. No. 78) hereby notice and confirm that they have met and agreed to a protocol for ADAP's access to all SafetyNet facilities, attached as Exhibit A. SafetyNet has consented to the filing of this protocol by ADAP. As the Court has not required the Third-Party Defendant, the Alabama Department of Human Resources (DHR), to participate in the protocol between ADAP and SafetyNet, DHR will receive a copy of this protocol as a party to this litigation.

1

Respectfully Submitted,

Dated: January 30, 2015

| | |
|---|---|
| Signature: */s/Martha L. Thompson (BY CONSENT)*<br>Martha Leach Thompson, Esq.<br>Stewart McCloud, Esq.<br>Attorneys for Defendant,<br>SafetyNet Youthcare, Inc.<br>HUIE, FERNAMBUCQ & STEWART, LLP<br>Three Protective Center<br>2801 Highway 280 South, Suite 200<br>Birmingham, AL 35223-2484<br>Telephone: (205) 251-1193<br>COUNSEL FOR THE DEFENDANT | Signature: */s/Andrea J. Mixson*<br>Andrea J. Mixson,<br>ASB-2155R79M<br>David J. Slawkowski,<br>ASB-0810D57S<br>Attorneys for Plaintiff,<br>Alabama Disabilities Advocacy Program<br>Box 870395<br>Tuscaloosa, AL 35487<br>Telephone: (205) 348-4928<br>Facsimile: (205) 348-3909<br>Email: amixson@adap.ua.edu<br>COUNSEL FOR THE PLAINTIFF |

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, I have served on Third-Party Defendant's counsel below in this matter by filing via CM/ECF system with the Court, email, and U.S. mail.


Felicia M. Brooks,
Deputy Attorney General
Attorney for Third-Party-Defendant,
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama 36130-4000
Telephone: (334) 242-9330
Fax: (334) 242-0689


                                         /s/Andrea J. Mixson
                                         One of Attorneys for Plaintiff